# EXHIBIT I

**ZENSTEIN KOVALSKY BUCKALEW, LLC**
By:  JOSEPH A. ZENSTEIN, ESQUIRE
Identification No.:  62349
Two Logan Square
100 N. 18th Street, Suite 300
Philadelphia, PA 19103
jzenstein@zensteinlaw.com
(215) 230-0800

MAJOR CASE

*Filed and Attested by the Office of Judicial Records 14 JUN 2022 03:33 pm G. IMPERATO*

Attorney for Plaintiff

| | | |
|---|---|---|
| CHICKIE'S & PETE'S, INC. | : | PHILADELPHIA COUNTY |
| 489 Bristol Pike | : | COURT OF COMMON PLEAS |
| Bensalem, PA 19020 | : | |
| | : | DOCKET NUMBER: |
| v. | : | 220500208 |
| | : | |
| ZURICH AMERICAN INSURANCE COMPANY | : | |
| 1299 Zurich Way | : | |
| Schaumburg, IL 60196 | : | |

## CIVIL ACTION

<table>
<tr><td><u>NOTICE</u></td><td><u>AVISO</u></td></tr>
<tr>
<td>

You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you. You should take this paper to your lawyer at once.  If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.

</td>
<td>

Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o a entregar a la corte en  forma con un abogado y escrita sus defensas o sus objectiones a las demandas en contra de su personá.  Sea avisado que  si usted no se defiende, la corte tomará medidas y puede continuar la demandante y la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. INMEDIATAMENTE.  SI NO TIENE ABOGADO O SINO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIóN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

</td>
</tr>
</table>

*PHILADELPHIA COUNTY BAR ASSOCIATION*
*LAWYER REFERRAL AND INFORMATION SERVICE*
*One Reading Center*
*PHILADELPHIA, PENNSYLVANIA 19107*
*TELEPHONE:  (215)  238-6333*

Case ID: 220500208

**ZENSTEIN KOVALSKY BUCKALEW, LLC**
By:  JOSEPH A. ZENSTEIN, ESQUIRE
Identification No.:  62349                                       MAJOR CASE
Two Logan Square
100 N. 18th Street, Suite 300
Philadelphia, PA 19103
jzenstein@zensteinlaw.com
(215) 230-0800                                                     Attorney for Plaintiff

---

| | |
|---|---|
| CHICKIE'S & PETE'S, INC. : | PHILADELPHIA COUNTY |
| 489 Bristol Pike : | COURT OF COMMON PLEAS |
| Bensalem, PA 19020 : | |
| : | DOCKET NUMBER: |
| v. : | 220500208 |
| : | |
| ZURICH AMERICAN INSURANCE COMPANY : | |
| 1299 Zurich Way : | |
| Schaumburg, IL 60196 : | |

## CIVIL ACTION
### (1C.  Contracts; 1J.  Bad Faith)

1.       Plaintiff, CHICKIE'S & PETE'S, INC., is a corporation residing at the address

set forth above.

2.       Defendant, ZURICH AMERICAN INSURANCE COMPANY, is a corporation

duly organized and existing which is licensed to issue policies of insurance in the

Commonwealth of Pennsylvania and maintains its principal place of business at the

address set forth above.  Defendant regularly conducts business in the City and County of

Philadelphia.

3.       At all times material hereto, Defendant was acting either individually or

through its duly authorized agents, servants, workmen or employees, who were acting

within the course and scope of their employment and on the business of said employer.

4.       Defendant issued to Plaintiff a renewal policy of insurance, policy number

PRA9887237-02 with effective dates June 30, 2021, to June 30, 2022 (hereinafter "the

policy"). See a true and correct copy of the policy attached hereto, made part hereof and marked Exhibit "A".

     5.     The policy covers eighteen (18) of Plaintiff's properties, with 489 Bristol Pike, Bensalem, PA 19020 being designated in the policy as location/premises number 7 (hereinafter "the property").

     6.     The policy provides blanket limits of insurance coverage for real and personal property in the amount of $31,016.801.00 and for business income and extra expense in the amount of $9,300,000.00 . See Exh. "A" at 00039.

     7.     As consideration for the policy, Plaintiff paid Defendant the sum of $███████ for the property coverage portion of the policy. See Exh. "A" at 00001.

     8.     The policy "Declarations" applicable to the property confirms that coverage exists for, among other things, real property, personal property and business income and extra expense, and that such coverage contains the blanket limits of insurance as stated above. See Exh. "A" at 00027.

     9.     The policy provides coverage for "direct physical loss of or damage to **'real property'** and **'personal property'** at a **'premises'** directly caused by a **'covered cause of loss'**." See Exh. "A" at 00079.

     10.     "**'Covered cause of loss'** means a fortitous cause or event, not otherwise excluded, which actually occurs during this policy period." See Exh. "A" at 00061.

     11.     Damage to the property caused by water that backs up or overflows from a sewer, drain or sump is not excluded or limited by the policy. See Exh. "A" at pp. 00079 to 00084.

     12.     Therefore, damage to the property caused by water that backs up or

Case ID: 220500208

overflows from a sewer, drain or sump is a covered loss.

13.     On or about July 12, 2021, while said policy of insurance was in full force and effect, the property suffered direct physical loss of or damage to real property and personal property, caused by water that backed up or overflowed from a sewer, drain or sump, resulting in damage to real and personal property in the approximate amount of $1,000,000.00.  Plaintiff is in the process of calculating the full extent of its damage, which will be produced during discovery.  Further, Plaintiff may have sustained business income loss and extra expense in an amount currently being determined and which will be produced during discovery.

14.     The loss of July 12, 2021, was fortuitous.

15.     The loss of July 12, 2021, was a **"covered cause of loss,"** as defined by the policy.

16.     Notice of Plaintiff's covered loss was given to Defendant in a prompt and timely manner and Plaintiff has done and otherwise performed all things required of Plaintiff under the policy of insurance issued by Defendant, including cooperating with Defendant's investigation; mitigating damages where reasonable, required and/or  possible; providing Defendant with all available information and complying with all conditions precedent.

17.     In response to the claim presented by Plaintiff for loss caused by water that backed up or overflowed from a sewer, drain or sump, Defendant only paid for a small amount of the damage as a "sewer back up" and claimed the rest of the loss was caused by "flood," which is subject to a deductible of $1,000,000.00.

18.     **"Flood"** is defined in the policy as "a general and temporary condition of partial or complete inundation of land areas from:

a.   The overflow, or expansion beyond normal boundaries, of inland or tidal waters, including natural or man-made lakes, reservoirs, ponds, brooks, rivers, streams, harbors, oceans, or any other body of water or water course;

b.   Waves or tides, including tsunami;

or their spray, whether driven by wind or not.

See Exh. "A" at 00064.

19.    Contrary to Defendant's position, the loss was not caused by "flood." Instead, Plaintiff's loss was caused by water that backed up or overflowed from a sewer, drain or sump, which is a covered cause of loss, and is only subject to a deductible of $5,000.00. See Exh. "A" at 00046.

20.    Defendant had no evidence that the loss was caused by "flood," as the term is defined in the policy.

21.    Defendant had no evidence to dispute that the cause of loss to the property was due to water that backed up or overflowed from a sewer, drain or sump.

22.    In fact, Defendant admitted that part of the loss was caused by water that backed up or overflowed from a sewer, drain or sump, but inexplicably refused to pay for the majority of damage to the property, which was also caused by water that backed up or overflowed from a sewer, drain or sump.

23.    Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the aforementioned policy of insurance, as well as the mishandling of Plaintiff's claim, Plaintiff has suffered loss and damage in an amount in excess of $50,000.00.

## COUNT I - BREACH OF CONTRACT

24.    Plaintiff incorporates by reference herein the facts and allegations contained

Case ID: 220500208

in the foregoing paragraphs as though same were set forth herein at length.

25.     Defendant has breached its contractual obligations to pay benefits to Plaintiff for a loss covered under Defendant's policy of insurance.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00 together with interest and costs.

## <u>COUNT II - BAD FAITH</u>

26.     Plaintiff incorporates by reference herein the facts and allegations contained in the foregoing paragraphs as though same were set forth herein at length.

27.     Defendant has engaged in Bad Faith conduct toward Plaintiff and has treated Plaintiff unreasonably and unfairly with respect to its adjustment of Plaintiff's covered loss, in violation of 42 Pa.C.S.A. §8371.

28.     Defendant's refusal to pay for Plaintiff's entire loss, and denial of coverage for the majority of Plaintiff's claim, was without any reasonable basis and Defendant knew or should have known of its lack of reasonable basis when it denied Plaintiff's claim.

29.     Defendant misrepresented that the loss was caused by flood.

30.     Defendant misrepresented that the loss was not caused by water that backed up or overflowed from a sewer, drain or sump.

31.     Defendant agreed to pay for certain damage to the first floor of the property which was caused by water that backed up or overflowed from a sewer, drain or sump, yet without a reasonable basis, refused to pay for damage in the basement of the property that was also caused by water that backed up or overflowed from a sewer, drain or sump.

32.     Defendant treated Plaintiff with reckless indifference and disregard under the circumstances.

33.     Solely as a result of Defendant's bad faith misconduct as aforesaid, Plaintiff has been required to obtain counsel to commence the present action to recover benefits due and owing under the policy of insurance issued by Defendant for Plaintiff's covered loss and has incurred costs and other expenses in connection with said claim.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory damages, punitive damages, counsel fees and costs, together with interest on Plaintiff's claim in an amount equal to the prime rate of interest plus three percent (3%), in an amount in excess of $50,000.00.

**ZENSTEIN KOVALSKY BUCKALEW, LLC**


BY: _____
        JOSEPH A. ZENSTEIN, ESQUIRE
        Attorney for Plaintiff


Date: June 14, 2022

Case ID: 220500208

**VERIFICATION**

The averments or denials of fact contained in the foregoing document are true and correct based upon the signer's knowledge or information and belief. If the foregoing contains averments which are inconsistent in fact, signer has been unable, after reasonable investigation, to ascertain which of the inconsistent averments are true, but signer has knowledge or information sufficient to form a belief that one of them is true. This Verification is made subject to the penalties of 18 Pa. C.S. §4904, relating to unsworn falsification to authorities.

ZENSTEIN KOVALSKY BUCKALEW, LLC

BY: _____

JOSEPH A. ZENSTEIN, ESQUIRE
Attorney for Plaintiff

# EXHIBIT "A"

Case ID: 220500208



**COMMERCIAL INSURANCE**

**COMMON POLICY DECLARATIONS**

| | |
|---|---|
| Policy Number    PRA 9887237-02 | Renewal of Number    PRA 9887237-01 |

Named Insured and Mailing Address

CHICKIE'S & PETE'S INC
(SEE NAMED INSURED ENDT)
489 BRISTOL PIKE
BENSALEM PA 19020-6336

Producer and Mailing Address

THE GRAHAM COMPANY
1 PENN SQ W THE GRAHAM
BUILDING
PHILADELPHIA PA 19102-4826

Producer Code    10521-000

Policy Period:  Coverage begins   06-30-2021  at 12:01 A.M.;  Coverage ends  06-30-2022  at 12:01 A.M.

The name insured is   [ ] Individual    [ ] Partnership    [X] Corporation
[ ] Other:

This insurance is provided by one or more of the stock insurance companies which are members of the Zurich-American Insurance Group.  The company that provides coverage is designated on each Coverage Part Common Declarations.  The company or companies providing this insurance may be referred to in this policy as "The Company", we, us, or our.  The address of the companies of the Zurich-American Insurance Group are provided on the next page.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE(S):**

PROPERTY PORTFOLIO PROTECTION                                          PREMIUM  $  ██████
 issued by ZURICH AMERICAN INSURANCE COMPANY
BUSINESS AUTOMOBILE                                                   PREMIUM  $  ██████
 issued by AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY

NJ-PLIGA SURCHARGE                                                             $  ██████

**IMPORTANT NOTICE – PENNSYLVANIA**
**YOUR POLICY PROVIDES COLLISION COVERAGE ON RENTAL VEHICLES.  PLEASE REFER TO THE PORTION OF YOUR POLICY PROVIDING "COLLISION" COVERAGE FOR ANY LIMITATIONS IN COVERAGE THAT MAY APPLY.**

| **THIS PREMIUM MAY BE SUBJECT TO AUDIT.** This premium does not include Taxes and Surcharges. | **TOTAL** | $ ██████ SEE INSTALLMENT SCHEDULE |
|---|---|---|
| **Taxes and Surcharges** | **TOTAL** | $ ██████ SEE INSTALLMENT SCHEDULE |

The Form(s) and Endorsement(s) made a part of this policy at the time of issue are listed on the **SCHEDULE of FORMS and ENDORSEMENTS.**

Countersigned this        day of

Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART FORM(S), FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

**Policy Number**
**PRA 9887237-02**

### SCHEDULE OF FORMS AND ENDORSEMENTS

**Zurich American Insurance Company**

Named Insured   CHICKIE'S & PETE'S INC                    Effective Date: 06-30-21
                                                          12:01 A.M., Standard Time

Agent Name   THE GRAHAM COMPANY                           Agent No.  10521-000

COMMON POLICY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| U-GU-630-E CW | 01-20 | DISCLOSURE OF INFO RELATING TO TRIA |
| U-GU-767-B CW | 01-15 | CAP ON LOSS FROM CERTIFIED ACTS OF TERR |
| U-GU-D-310-A | 01-93 | COMMON POLICY DECLARATIONS |
| U-GU-619-A CW | 10-02 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| U-GU-319-F | 01-09 | IMPORTANT NOTICE - IN WITNESS CLAUSE |
| U-GU-621-A CW | 10-02 | SCHEDULE OF NAMED INSURED(S) |
| U-GU-406-B | 07-15 | INSTALLMENT PREMIUM SCHEDULE |
| U-GU-618-A CW | 10-02 | SCHEDULE OF LOCATIONS |
| IL 00 17 | 11-98 | COMMON POLICY CONDITIONS |
| IL 00 21 | 09-08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDT |
| IL 01 20 | 10-13 | PENNSYLVANIA CHANGES - DEFENSE COST |
| IL 01 72 | 09-07 | PENNSYLVANIA CHANGES |
| IL 02 46 | 09-07 | PENNSYLVANIA CHANGES-CANC & NONRENL |
| U-GU-298-B CW | 04-94 | CANCELLATION BY US |
| IL 00 03 | 09-08 | CALCULATION OF PREMIUM |
| IL 09 10 | 07-02 | PENNSYLVANIA NOTICE |
| U-GU-1191-A CW | 03-15 | SANCTIONS EXCLUSION ENDORSEMENT |

PROPERTY PORTFOLIO PROTECTION FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| PPP-0001 | 06-06 | COMMERCIAL PROP CVG PART DECLARATIONS |
| PPP-0101 | 04-19 | COMMERCIAL PROP CVG PART GEN PROVISIONS |
| PPP-0102 | 08-16 | COMMERCIAL PROPERTY CONDITIONS |
| PPP-0103 | 08-16 | COMMERCIAL PROPERTY DEFINITIONS |
| PPP-0110 | 08-16 | REAL AND PERSONAL PROPERTY COVERAGE FORM |
| PPP-0111 | 03-14 | ADDITIONAL COVERAGES FORM |
| PPP-0112 | 08-16 | ACCOUNTS RECEIVABLE CVG (REVENUE LOSS) |
| PPP-0114 | 08-16 | FINE ARTS COVERAGE FORM |
| PPP-0115 | 03-14 | INSTALLATION & SERVICE PROPERTY CVG FORM |
| PPP-0116 | 08-16 | ORIGINAL INFORMATION PROPERTY CVG FORM |
| PPP-0117 | 03-14 | TRANSIT COVERAGE FORM |
| PPP-0130 | 08-16 | BUS INC COVG FORM (EXCL EXTRA EXPENSE) |
| PPP-0132 | 08-16 | EXTRA EXPENSE COVERAGE FORM |
| PPP-0209 | 06-06 | FLOOD EXCL -- AMENDED DEF SPECIFIC LOCS |
| PPP-0302 | 03-14 | DEP PREM BI CVG -- UNSCHEDULED LOCS |
| PPP-0304 | 08-16 | EARTH MOVEMENT COVERAGE |
| PPP-0308 | 06-06 | ENABLING ENDORSEMENT |
| PPP-0310 | 08-16 | FLOOD COVERAGE |
| PPP-0321 | 04-19 | OFF-PREM SERVICE INTERRUPTION--TE |
| PPP-0338 | 05-10 | UNINTENTIONAL ERRORS OR OMISSIONS COVRG. |
| U-GU-1228-A NJ | 04-17 | NEW JERSEY EARTHQUAKE INSURANCE AVAIL |
| CP 01 21 | 06-95 | STANDARD FIRE POLICY PROVISIONS |

AUTOMOBILE FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| CA 20 54 | 10-13 | EMPLOYEE HIRED AUTOS |
| CA 20 01 | 10-13 | ADDL INSD-LESSOR |
| U-CA-531-B | 02-08 | NOTICE REGARDING TERRORISM PREMIUM |
| U-CA-812-A CW | 05-10 | NOTIFICATION TO OTHERS OF CANCELLATION |
| U-CA-D-600-C | 04-14 | BUSINESS AUTO DECLARATIONS |
| CA 00 01 | 10-13 | BUSINESS AUTO COVERAGE FORM |
| CA 01 80 | 03-21 | PENNSYLVANIA CHANGES |
| CA 22 37 | 10-13 | PA BASIC FIRST PARTY BENEFIT |

**U-GU-619-A CW (10/02)**

Case ID: 220500208
00002

**Policy Number
PRA 9887237-02**

## SCHEDULE OF FORMS AND ENDORSEMENTS

**Zurich American Insurance Company**

Named Insured   CHICKIE'S & PETE'S INC

Effective Date: 06-30-21

12:01 A.M., Standard Time

Agent Name   THE GRAHAM COMPANY

Agent No.   10521-000

| | | |
|---|---|---|
| CA 22 38 | 10-13 | PA ADDED AND COMB FIRST PARTY BEN ENDT |
| U-CA-424-F CW | 04-14 | COVERAGE EXTENSION ENDORSEMENT |
| CA 99 16 | 10-13 | HIRED AUTO SPECIFIED AS COV AUTO YOU OWN |
| CA 99 23 | 10-13 | RENTAL REIMBURSEMENT COVERAGE |

Case ID: 220500208
00003

# Important Notice – In Witness Clause



In return for the payment of premium, and subject to the terms of this policy, coverage is provided as stated in this policy.

IN WITNESS WHEREOF, this Company has executed and attested these presents and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative(s).

*President*

*Corporate Secretary*

---

**QUESTIONS ABOUT YOUR INSURANCE?**  Your agent or broker is best equipped to provide information about your insurance.  Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready):

Zurich in North America
Customer Inquiry Center
1299 Zurich Way
Schaumburg, Illinois  60196-1056
**1-800-382-2150** (Business Hours:  8am - 4pm [CT])
**Email**: info.source@zurichna.com

---

Case ID: 220500208
00004

**Policy Number**
**PRA 9887237-02**

SCHEDULE OF NAMED INSURED(S)

# ZURICH AMERICAN INSURANCE COMPANY

| | | |
|---|---|---|
| Named Insured | CHICKIE'S & PETE'S INC | Effective Date:   06-30-21 |
| | | 12:01 A.M., Standard Time |
| Agent Name | THE GRAHAM COMPANY | Agent No.   10521-000 |

NAMED INSURED

CHICKIE'S & PETE'S INC
4010, INC.

4010, LLC

PACKER CAFE, INC. T/A CHICKIE'S & PETE'S

POQUESSING MANAGEMENT, LLC

POQUESSING PROFESSIONAL BUILDING, LLC

130 CRABCO REALTY NJ, LLC

130 CRABCO NJ, LLC T/A CHICKIE'S & PETE'S

EHT CRABCO NJ, LLC T/A CHICKIE'S & PETE'S

CPC INTERNATIONAL, LLC T/A PHILADELPHIA'S FAMOUS C&P

WRIGHT FOOD SERVICES, LLC

CPC BUCKS COUNTY, LLC

WW-CPC, LLC

OC-CPC, LLC

AUDUBON CPC, LLC

WARRINGTON CPC, LLC

DREXEL HILL CPC, LLC

VENUE FOOD SERVICES, LLC

AC-CPC, LLC

CRABCO ENTERPRISES LLC

CRABCO ENTERPRISES PA LP

CRABCO PA GP LLC

GLASSBORO CPC, LLC

MARLTON CPC, LLC

CPC AIRPORT PHL, LLC

CPC PROPERTIES, INC.

**U-GU-621-A CW (10/02)**

Case ID: 220500208
00005



---

**INSTALLMENT PREMIUM SCHEDULE**

The total premium shown in the Declarations of this policy is made payable in installments, on the dates and in the amounts shown below.

| NAMED INSURED | POLICY NUMBER | ENDORSEMENT NUMBER |
|---|---|---|
| CHICKIE'S & PETE'S INC | PRA 9887237-02 | |

| PAYMENT DUE | STANDARD PREMIUM | TAXES PREPAID | TOTAL PREMIUM |
|---|---|---|---|
| 06/30/21 | $ ███████ | $ ██████ | $ ████████ |
| 09/30/21 | $ | | $ |
| 12/30/21 | $ | | $ |
| 03/30/22 | $ | | $ |
| TOTAL | $ ███████ | $ ██████ | $ ████████ |

Failure to pay the installment Premium by the Due Date shown shall constitute non-payment of premium for which we may cancel this policy.

Case ID: 220500208
00006

**Policy Number**
**PRA 9887237-02**

### SCHEDULE OF LOCATIONS

### Zurich American Insurance Company

Named Insured   CHICKIE'S & PETE'S INC

Effective Date:  06-30-21
12:01 A.M., Standard Time

Agent Name   THE GRAHAM COMPANY

Agent No.   10521-000

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, Zip Code) | Occupancy |
|---|---|---|---|
| 001 | 001 | 1526 PACKER AVE PHILADELPHIA, PA 19145 | |
| 002 | 001 | 11000 ROOSEVELT BLVD PHILADELPHIA, PA 19116 | |
| 003 | 001 | 4010 ROBBINS AVE 4010-4012 PHILADELPHIA, PA 19135 | |
| 004 | 001 | 183 ROUTE 130 BORDENTOWN, NJ 08505 | |
| 005 | 001 | 6055 BLACK HORSE PIKE EGG HARBOR TOWNSHIP, NJ 08234 | |
| 006 | 001 | 8500 ESSINGTON AVE PHILADELPHIA, PA 19153 | |
| 006 | 002 | 8500 ESSINGTON AVE TERMINAL C11 PHILADELPHIA, PA 19153 | |
| 006 | 003 | 8500 ESSINGTON AVE TERMINAL C17 AND C31 PHILADELPHIA, PA 19153 | |
| 006 | 005 | 8500 ESSINGTON AVE TERMINAL E6A AND E6C PHILADELPHIA, PA 19153 | |
| 006 | 006 | 8500 ESSINGTON AVE TERMINAL D1 PHILADELPHIA, PA 19153 | |
| 007 | 001 | 489 BRISTOL PIKE BENSALEM, PA 19020 | |
| 008 | 001 | 2999 STREET RD BENSALEM, PA 19020 | |

**U-GU-618-A CW (10/02)**

Case ID: 220500208
00007

**Policy Number**
**PRA 9887237-02**

## SCHEDULE OF LOCATIONS

## Zurich American Insurance Company

| Named Insured | CHICKIE'S & PETE'S INC | Effective Date: 06-30-21 |
| | | 12:01 A.M., Standard Time |
| Agent Name | THE GRAHAM COMPANY | Agent No.  10521-000 |

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, Zip Code) | Occupancy |
|---|---|---|---|
| 009 | 001 | 3600 WILDWOOD BOARDWALK<br>WILDWOOD, NJ 08260 | |
| 010 | 001 | 908 OCEAN CITY BOARDWALK<br>OCEAN CITY, NJ 08226 | |
| 011 | 001 | 500 EASTON RD<br>WARRINGTON, PA 18976 | |
| 012 | 001 | 675 SHANNONDELL BLVD<br>AUDUBON, PA 19403 | |
| 013 | 001 | 1142 OCEAN CITY BOARDWALK<br>OCEAN CITY, NJ 08226 | |
| 014 | 001 | 5035 TOWNSHIP LINE RD<br>5035-37<br>DREXEL HILL, PA 19026 | |
| 015 | 001 | TROPICANA LOWER LEVEL<br>SPC 8 AND CASINO LEVEL<br>SPC 2<br>ATLANTIC CITY, NJ 08401 | |
| 016 | 001 | 234 ROWAN BLVD<br>234-240<br>GLASSBORO, NJ 08028 | |
| 017 | 001 | 2500 BOARDWALK<br>WILDWOOD, NJ 08260 | |
| 018 | 001 | 101 ROUTE 73 S<br>MARLTON, NJ 08053 | |

**U-GU-618-A CW (10/02)**

Case ID: 220500208
00008

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

Case ID: 220500208
00009

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

 © ISO Properties, Inc., 2007

Case ID: 220500208
00010

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007
IL 00 21 09 08      □

Case ID: 220500208
00011

IL 01 20 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – MORTGAGEHOLDER'S ERRORS AND OMISSIONS
COVERAGE FORM
ELECTRONIC DATA LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

1. Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Electronic Data Liability, Employment-related Practices Liability, Farm, Liquor Liability, Medical Professional Liability, Owners And Contractors Protective Liability, Pollution Liability, Product Withdrawal, Products/Completed Operations Liability, Railroad Protective Liability and Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;

2. Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;

3. Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;

4. Section **A.** Coverage under the Legal Liability Coverage Form; and

5. Coverage **C** – Mortgageholder's Liability under the Mortgageholder's Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that none of the claims ("claims"), for which we provided a defense or defense costs, are covered under this insurance, we have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement under this provision will only apply to the costs we have incurred after we notify you in writing that there may not be coverage and that we are reserving our rights to terminate the defense or the payment of defense costs and to seek reimbursement for defense costs.

© Insurance Services Office, Inc., 2013

Case ID: 220500208
00012

IL 01 72 09 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART

**A.** For insurance provided under the:

Capital Assets Program (Output Policy) Coverage Part
Commercial Inland Marine Coverage Part
Commercial Property Coverage Part
Crime And Fidelity Coverage Part
Equipment Breakdown Coverage Part

The **TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY** Common Policy Condition is replaced by the following:

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

If you die, this Coverage Part will remain in effect as provided in **1.** or **2.** below, whichever is later:

**1.** For 180 days after your death regardless of the policy period shown in the Declarations, unless the insured property is sold prior to that date; or

**2.** Until the end of the policy period shown in the Declarations, unless the insured property is sold prior to that date.

Coverage during the period of time after your death is subject to all provisions of this policy including payment of any premium due for the policy period shown in the Declarations and any extension of that period.

**B.** For insurance provided under the:

Capital Assets Program (Output Policy) Coverage Part

Commercial Inland Marine Coverage Part
Commercial Property Coverage Part
Farm Coverage Part

The following is added to the **LOSS PAYMENT** Loss Condition and supersedes any provision to the contrary:

**NOTICE OF ACCEPTANCE OR DENIAL OF CLAIM**

**1.** Except as provided in **3.** below, we will give you notice, within 15 working days after we receive a properly executed proof of loss, that we:

**a.** Accept your claim;

**b.** Deny your claim; or

**c.** Need more time to determine whether your claim should be accepted or denied.

If we deny your claim, such notice will be in writing, and will state any policy provision, condition or exclusion used as a basis for the denial.

If we need more time to determine whether your claim should be accepted or denied, the written notice will state the reason why more time is required.

   © ISO Properties, Inc., 2006     ☐

Case ID: 220500208
00013

**2.** If we have not completed our investigation, we will notify you again in writing, within 30 days after the date of the initial notice as provided in **1.c.** above, and thereafter every 45 days. The written notice will state why more time is needed to investigate your claim and when you may expect us to reach a decision on your claim.

**3.** The notice procedures in **1.** and **2.** above do not apply if we have a reasonable basis, supported by specific information, to suspect that an insured has fraudulently caused or contributed to the loss by arson or other illegal activity. Under such circumstances, we will notify you of the disposition of your claim within a period of time reasonable to allow full investigation of the claim, after we receive a properly executed proof of loss.

Case ID: 220500208
00014

IL 02 46 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

**1.** The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.

**2. Cancellation Of Policies In Effect For Less Than 60 Days**

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.

**3. Cancellation Of Policies In Effect For 60 Days Or More**

If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

**b.** You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

**c.** A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**d.** Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

Case ID: 220500208
00015

**e.** Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**f.** Other reasons that the Insurance Commissioner may approve. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

This policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

**4.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

**5.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**6.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If the first Named Insured cancels, the refund may be less than pro rata and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.

**7.** If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

**B.** The following are added and supersede any provisions to the contrary:

**1. Nonrenewal**

If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to the first Named Insured at least 60 days before the expiration date of the policy.

**2. Increase Of Premium**

If we increase your renewal premium, we will mail or deliver to the first Named Insured written notice of our intent to increase the premium at least 30 days before the effective date of the premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to the first Named Insured's last known address. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

Case ID: 220500208
00016

**COMMERCIAL INSURANCE**

---

**CANCELLATION BY US**

---

**This endorsement changes the policy.  Please read it carefully.**

This endorsement modifies insurance provided by the following:

BOILER AND MACHINERY COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL INLAND MARINE COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE FORM
FARM COVERAGE FORM
GARAGE COVERAGE FORM
LIQUOR LIABILITY COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
POLLUTION LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
TRUCKERS COVERAGE FORM

**SCHEDULE**

**Number of Days' Notice:**  90

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph 2, of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

Case ID: 220500208
0001

U-GU-298-B-CW (4/94)
Page 1 of 1

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

      CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
      COMMERCIAL AUTOMOBILE COVERAGE PART
      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      COMMERCIAL INLAND MARINE COVERAGE PART
      COMMERCIAL PROPERTY COVERAGE PART
      CRIME AND FIDELITY COVERAGE PART
      EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
      EQUIPMENT BREAKDOWN COVERAGE PART
      FARM COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      POLLUTION LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was com-
puted based on rates in effect at the time the policy
was issued. On each renewal, continuation, or anni-
versary of the effective date of this policy, we will
compute the premium in accordance with our rates
and rules then in effect.

© ISO Properties, Inc., 2007

Case ID: 220500208
00018

IL 09 10 07 02

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

**1.** Surveys;

**2.** Consultation or advice; or

**3.** Inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

**1.** If the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;

**2.** To consultation services required to be performed under a written service contract not related to a policy of insurance; or

**3.** If any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.

| **Instruction to Policy Writers** |
|---|
| Attach the Pennsylvania Notice to all new and renewal certificates insuring risks located in Pennsylvania. |

© ISO Properties, Inc.,  2001

Case ID: 220500208
00019



# SANCTIONS EXCLUSION ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

The following exclusion is added to the policy to which it is attached and supersedes any existing sanctions language in the policy, whether included in an Exclusion Section or otherwise:

SANCTIONS EXCLUSION

Notwithstanding any other terms under this policy, we shall not provide coverage nor will we make any payments or provide any service or benefit to any insured, beneficiary, or third party who may have any rights under this policy to the extent that such cover, payment, service, benefit, or any business or activity of the insured would violate any applicable trade or economic sanctions law or regulation.

The term policy may be comprised of common policy terms and conditions, the declarations, notices, schedule, coverage parts, insuring agreement, application, enrollment form, and endorsements or riders, if any, for each coverage provided.  Policy may also be referred to as contract or agreement.

We may be referred to as insurer, underwriter, we, us, and our, or as otherwise defined in the policy, and shall mean the company providing the coverage.

Insured may be referred to as policyholder, named insured, covered person, additional insured or claimant, or as otherwise defined in the policy, and shall mean the party, person or entity having defined rights under the policy.

These definitions may be found in various parts of the policy and any applicable riders or endorsements.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

Case ID: 220500208
00020



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021   To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**      PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

**PREMISES #**      1

**PREMISES ADDRESS**
1526 PACKER AVE
PHILADELPHIA, PA  19145

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $      4,455,000 |
| FLOOD (SCHEDULE I) | $      4,455,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- DIRECT DAMAGE | $      1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- BUSINESS INCOME AND EXTRA EXPENSE | $        250,000 |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT | $        50,000 |
| FLOOD | $        25,000 |

Case ID: 220500208 00021


**ZURICH**

# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021   To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**        PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

**PREMISES #**        2

**PREMISES ADDRESS**
11000 ROOSEVELT BLVD
PHILADELPHIA, PA  19116

---

| COVERAGE | LIMIT OF INSURANCE | |
|---|---|---|
| REAL PROPERTY | NOT COVERED | |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE | |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE | |
| EARTH MOVEMENT (SCHEDULE A) | $ | 1,800,000 |
| FLOOD (SCHEDULE I) | $ | 1,800,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- DIRECT DAMAGE | $ | 1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- BUSINESS INCOME AND EXTRA EXPENSE | $ | 250,000 |

---

| DEDUCTIBLE | AMOUNT | |
|---|---|---|
| EARTH MOVEMENT | $ | 50,000 |
| FLOOD | $ | 25,000 |

---

PPP-0001 (06 06)

Case ID: 220500208
00022



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

| NAMED INSURED: | POLICY PERIOD: |
|---|---|
| CHICKIE'S & PETE'S INC | From: 6/30/2021   To: 6/30/2022 |
| | 12:01 A.M. STANDARD TIME AT YOUR |
| | MAILING ADDRESS |

**POLICY NUMBER:**       PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

| PREMISES #       3 | PREMISES ADDRESS |
|---|---|
| | 4010-4012 ROBBINS AVE |
| | PHILADELPHIA, PA  19135 |

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $      1,200,000 |
| FLOOD (SCHEDULE I) | $      1,200,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- DIRECT DAMAGE | $      1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- BUSINESS INCOME AND EXTRA EXPENSE | $        100,000 |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT | $        50,000 |
| FLOOD | $        25,000 |

Case ID: 220500208
00023



**ZURICH**

# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021    To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**        PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

**PREMISES #**        4

**PREMISES ADDRESS**
183 ROUTE 130
BORDENTOWN, NJ  08505

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $     3,004,000 |
| FLOOD (SCHEDULE I) | $     3,004,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- DIRECT DAMAGE | $     1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- BUSINESS INCOME AND EXTRA EXPENSE | $        100,000 |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT | $        50,000 |
| FLOOD | $        25,000 |

Case ID: 220500208
00024



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021   To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**      PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

**PREMISES #**      5

**PREMISES ADDRESS**
6055 BLACK HORSE PIKE
EGG HARBOR TOWNSHIP, NJ  08234

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $     3,350,000 |
| FLOOD (SCHEDULE I) | $     3,350,000 |
| OFF-PREMISES SERVICE INTERRUPTION--DIRECT DAMAGE | $     1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION--BUSINESS INCOME AND EXTRA EXPENSE | $       250,000 |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT | $       50,000 |
| FLOOD | $       25,000 |

Case ID: 220500208
00025



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

| | |
|---|---|
| **NAMED INSURED:**<br>CHICKIE'S & PETE'S INC | **POLICY PERIOD:**<br>From:  6/30/2021   To:  6/30/2022<br>12:01 A.M. STANDARD TIME AT YOUR<br>MAILING ADDRESS |

**POLICY NUMBER:**     PRA 9887237-02

---

**SUMMARY OF PREMISES**

| | |
|---|---|
| **PREMISES #**     6 | **PREMISES ADDRESS**<br>8500 ESSINGTON AVE<br>PHILADELPHIA, PA  19153 |

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | NOT COVERED |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $                5,000,000 |
| FLOOD (SCHEDULE I) | $                5,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION--<br>   DIRECT DAMAGE | $                1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION--<br>   BUSINESS INCOME AND EXTRA EXPENSE | $                  100,000 |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT | $                     50,000 |
| FLOOD | $                   100,000 |

Case ID: 220500208<br>00026



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021   To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**      PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

**PREMISES #**      7

**PREMISES ADDRESS**
489 BRISTOL PIKE
BENSALEM, PA  19020

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $     1,103,000 |
| FLOOD (SCHEDULE I) | $     1,103,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- DIRECT DAMAGE | $     1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- BUSINESS INCOME AND EXTRA EXPENSE | $       100,000 |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT | $       50,000 |
| FLOOD | $     1,000,000 |

Case ID: 220500208
00027



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021    To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**    PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

**PREMISES #**    8

**PREMISES ADDRESS**
2999 STREET RD
BENSALEM, PA  19020

---

| COVERAGE | LIMIT OF INSURANCE | |
|---|---|---|
| REAL PROPERTY | NOT COVERED | |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE | |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE | |
| EARTH MOVEMENT (SCHEDULE A) | $ | 4,150,000 |
| FLOOD (SCHEDULE I) | $ | 4,150,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- DIRECT DAMAGE | $ | 1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- BUSINESS INCOME AND EXTRA EXPENSE | $ | 250,000 |

---

| DEDUCTIBLE | AMOUNT | |
|---|---|---|
| EARTH MOVEMENT | $ | 50,000 |
| FLOOD | $ | 25,000 |

---

Case ID: 220500208
00028



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021   To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**       PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

**PREMISES #**       9

**PREMISES ADDRESS**
3600 WILDWOOD BOARDWALK
WILDWOOD , NJ  08260

---

| COVERAGE | LIMIT OF INSURANCE | |
|---|---|---|
| REAL PROPERTY | NOT COVERED | |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE | |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE | |
| EARTH MOVEMENT (SCHEDULE A) | $ | 175,000 |
| OFF-PREMISES SERVICE INTERRUPTION--   DIRECT DAMAGE | $ | 1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION--   BUSINESS INCOME AND EXTRA EXPENSE | $ | 100,000 |

---

| DEDUCTIBLE | AMOUNT | |
|---|---|---|
| EARTH MOVEMENT | $ | 50,000 |

Case ID: 220500208
00029



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From: 6/30/2021   To: 6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**      PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

**PREMISES #**      10

**PREMISES ADDRESS**
908 OCEAN CITY BOARDWALK
OCEAN CITY, NJ  08226

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | NOT COVERED |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $                          175,000 |
| OFF-PREMISES SERVICE INTERRUPTION--<br>　DIRECT DAMAGE | $                       1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION--<br>　BUSINESS INCOME AND EXTRA EXPENSE | $                          100,000 |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT | $                            50,000 |

Case ID: 220500208
00030



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021   To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**      PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

**PREMISES #**      11

**PREMISES ADDRESS**
500 EASTON RD
WARRINGTON, PA  18976

---

| COVERAGE | LIMIT OF INSURANCE | |
|---|---|---|
| REAL PROPERTY | NOT COVERED | |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE | |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE | |
| EARTH MOVEMENT (SCHEDULE A) | $ | 1,400,000 |
| FLOOD (SCHEDULE I) | $ | 1,400,000 |
| OFF-PREMISES SERVICE INTERRUPTION--    DIRECT DAMAGE | $ | 1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION--    BUSINESS INCOME AND EXTRA EXPENSE | $ | 250,000 |

---

| DEDUCTIBLE | AMOUNT | |
|---|---|---|
| EARTH MOVEMENT | $ | 50,000 |
| FLOOD | $ | 25,000 |

Case ID: 220500208
00031



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021   To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**     PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

**PREMISES #**     12

**PREMISES ADDRESS**
675 SHANNONDELL BLVD
AUDUBON, PA  19403

---

| COVERAGE | LIMIT OF INSURANCE | |
|---|---|---|
| REAL PROPERTY | NOT COVERED | |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE | |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE | |
| EARTH MOVEMENT (SCHEDULE A) | $ | 1,151,000 |
| FLOOD (SCHEDULE I) | $ | 1,151,000 |
| OFF-PREMISES SERVICE INTERRUPTION--<br>    DIRECT DAMAGE | $ | 1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION--<br>    BUSINESS INCOME AND EXTRA EXPENSE | $ | 100,000 |

---

| DEDUCTIBLE | AMOUNT | |
|---|---|---|
| EARTH MOVEMENT | $ | 50,000 |
| FLOOD | $ | 25,000 |

---

Case ID: 220500208
00032



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021   To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**     PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

**PREMISES #**     13

**PREMISES ADDRESS**
1142 OCEAN CITY BOARDWALK
OCEAN CITY, NJ  08226

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $      225,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- DIRECT DAMAGE | $    1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- BUSINESS INCOME AND EXTRA EXPENSE | $      100,000 |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT | $       50,000 |

---

PPP-0001 (06 06)

Case ID: 220500208
00033



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021   To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**      PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

**PREMISES #**      14

**PREMISES ADDRESS**
5035-37 TOWNSHIP LINE RD
DREXEL HILL, PA  19026

---

| COVERAGE | LIMIT OF INSURANCE | |
|---|---|---|
| REAL PROPERTY | NOT COVERED | |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE | |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE | |
| EARTH MOVEMENT (SCHEDULE A) | $ | 1,450,000 |
| FLOOD (SCHEDULE I) | $ | 1,450,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- DIRECT DAMAGE | $ | 1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- BUSINESS INCOME AND EXTRA EXPENSE | $ | 100,000 |

---

| DEDUCTIBLE | AMOUNT | |
|---|---|---|
| EARTH MOVEMENT | $ | 50,000 |
| FLOOD | $ | 25,000 |

---

PPP-0001 (06 06)

Case ID: 220500208
00034



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From: 6/30/2021      To: 6/30/2022
12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS

**POLICY NUMBER:**      PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

**PREMISES #**   15

**PREMISES ADDRESS**
TROPICANA LOWER LEVEL SPC 8 AND CASINO LEVEL SPC 229,2831 BOARDWALK
ATLANTIC CITY, NJ  08401

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | NOT COVERED |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $                                    3,600,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- DIRECT DAMAGE | $                                    1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- BUSINESS INCOME AND EXTRA EXPENSE | $                                      250,000 |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT | $                                      50,000 |

---

Case ID: 220500208
00035



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021   To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**      PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

**PREMISES #**      16

**PREMISES ADDRESS**
234-240 ROWAN BLVD
GLASSBORO, NJ  08028

---

| COVERAGE | LIMIT OF INSURANCE | |
|---|---|---|
| REAL PROPERTY | NOT COVERED | |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE | |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE | |
| EARTH MOVEMENT (SCHEDULE A) | $ | 750,000 |
| FLOOD (SCHEDULE I) | $ | 750,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- DIRECT DAMAGE | $ | 1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- BUSINESS INCOME AND EXTRA EXPENSE | $ | 100,000 |

---

| DEDUCTIBLE | AMOUNT | |
|---|---|---|
| EARTH MOVEMENT | $ | 50,000 |
| FLOOD | $ | 25,000 |

Case ID: 220500208
00036



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021    To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**        PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

**PREMISES #**        17

**PREMISES ADDRESS**
2500 BOARDWALK
WILDWOOD , NJ  08260

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | NOT COVERED |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $                               380,000 |
| OFF-PREMISES SERVICE INTERRUPTION--<br>   DIRECT DAMAGE | $                             1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION--<br>   BUSINESS INCOME AND EXTRA EXPENSE | $                               100,000 |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT | $                                 50,000 |

Case ID: 220500208
00037



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

| NAMED INSURED: | POLICY PERIOD: |
| --- | --- |
| CHICKIE'S & PETE'S INC | From:  6/30/2021   To:  6/30/2022 |
| | 12:01 A.M. STANDARD TIME AT YOUR |
| | MAILING ADDRESS |

**POLICY NUMBER:**      PRA 9887237-02

---

**SUMMARY OF PREMISES**

---

| PREMISES # | 18 | **PREMISES ADDRESS** |
| --- | --- | --- |
| | | 101 ROUTE 73 S |
| | | MARLTON, NJ  08053 |

---

| COVERAGE | LIMIT OF INSURANCE | |
| --- | --- | --- |
| REAL PROPERTY | NOT COVERED | |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE | |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE | |
| EARTH MOVEMENT (SCHEDULE A) | $ | 4,700,000 |
| FLOOD (SCHEDULE I) | $ | 4,700,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- DIRECT DAMAGE | $ | 1,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION-- BUSINESS INCOME AND EXTRA EXPENSE | $ | 250,000 |

---

| DEDUCTIBLE | AMOUNT | |
| --- | --- | --- |
| EARTH MOVEMENT | $ | 50,000 |
| FLOOD | $ | 25,000 |

Case ID: 220500208
00038

# Commercial Property Coverage Part Declarations



**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021   To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**        PRA 9887237-02

---

**BLANKET LIMITS OF INSURANCE**

---

**REAL PROPERTY AND PERSONAL PROPERTY BLANKET LIMIT OF INSURANCE**        $ 31,016,801

The above Limit of Insurance is the most we will pay for direct physical loss or damage in any one occurrence for all **"real property"** and **"personal property"** at **"premises"** for which the Limit of Insurance is shown as Included in Blanket Limit of Insurance.  If **"real property"** or **"personal property"** coverage does not apply at any specific **"premises"**, the Limit of Insurance will show as Not Covered for those **"premises"**.  If a more specific Limit of Insurance is shown for **"real property"** or **"personal property"** at a **"premises"**, that Limit of Insurance replaces, and is not in addition to, the Blanket Limit of Insurance.

**BUSINESS INCOME AND EXTRA EXPENSE BLANKET LIMIT OF INSURANCE**        $  9,300,000

The above Limit of Insurance is the most we will pay for in any one occurrence for all loss of **"business income"** and **"extra expense"** at **"premises"** for which the Limit of Insurance is shown as Included in Blanket Limit of Insurance.  If **"business income"** or **"extra expense"** coverage does not apply at any specific **"premises"**, the Limit of Insurance will show as Not Covered for those **"premises"**.  If a more specific Limit of Insurance is shown for **"business income"** or **"extra expense"** at a **"premises"**, that Limit of Insurance replaces, and is not in addition to, the Blanket Limit of Insurance.

Case ID: 220500208
00039



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

| | |
|---|---|
| **NAMED INSURED:** | **POLICY PERIOD:** |
| CHICKIE'S & PETE'S INC | From:  6/30/2021  To:   6/30/2022 |
| | 12:01 A.M. STANDARD TIME AT YOUR |
| | MAILING ADDRESS |

**POLICY NUMBER:**      PRA 9887237-02

---

**ADDITIONAL COVERAGES -- LIMITS OF INSURANCE**

---

Limits of Insurance applicable at a **"premises"** that differ from those indicated below will be shown under the Summary of Premises section of this Declarations for that **"premises"**.  Those Limits of Insurance replace, and are not in addition to, the Limits of Insurance shown below for those specified coverages and **"premises"**.  If any Additional Coverages do not apply at any specific **"premises"**, the Limit of Insurance will show as Not Covered for those **"premises"**.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| CIVIL AUTHORITY | |
|     BUSINESS INCOME | 30 DAYS |
|     EXTRA EXPENSE | 30 DAYS |
| CONSEQUENTIAL LOSS--NET | $    25,000 PER PREMISES |
|   LEASEHOLD INTEREST | |
| CONSEQUENTIAL LOSS--TENANT'S | $   250,000 PER PREMISES |
|   IMPROVEMENTS AND BETTERMENTS | |
| CONSEQUENTIAL LOSS--UNDAMAGED STOCK | $   250,000 PER PREMISES |
| CONTAMINATION BY A REFRIGERANT | $    25,000 PER PREMISES |
| CONTRACTUAL PENALTIES--BUSINESS INCOME | $    25,000 PER OCCURRENCE |
| DEBRIS REMOVAL--COVERED PROPERTY | COVERED |
| DEBRIS REMOVAL--SUPPLEMENTAL LIMIT | $   250,000 PER OCCURRENCE |
| DEBRIS REMOVAL--UNCOVERED PROPERTY | $     2,500 PER OCCURRENCE |
| DEFERRED PAYMENTS | $    50,000 PER OCCURRENCE |



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021   To:   6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**        PRA 9887237-02

---

**ADDITIONAL COVERAGES -- LIMITS OF INSURANCE**

---

Limits of Insurance applicable at a **"premises"** that differ from those indicated below will be shown under the
Summary of Premises section of this Declarations for that **"premises"**.  Those Limits of Insurance replace,
and are not in addition to, the Limits of Insurance shown below for those specified coverages and **"premises"**.
If any Additional Coverages do not apply at any specific **"premises"**, the Limit of Insurance will show as Not
Covered for those **"premises"**.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| DEPENDENT BUSINESS INCOME-- UNSCHEDULED LOCATIONS | $    250,000 PER OCCURRENCE |
| ELECTRONIC VANDALISM | |
|    DIRECT DAMAGE | $      25,000 ANNUAL AGGREGATE |
|    BUSINESS INCOME | $      25,000 ANNUAL AGGREGATE |
| EXPEDITING EXPENSE | $      25,000 PER PREMISES |
| EXPENSE TO REDUCE LOSS--BUSINESS INCOME | COVERED |
| EXTENDED PERIOD OF INDEMNITY--BUSINESS INCOME | 60 DAYS |
| EXTRA EXPENSE | $      25,000 PER PREMISES |
| FAIRS OR EXHIBITIONS | |
|    PERSONAL PROPERTY | $      50,000 PER OCCURRENCE |
|    BUSINESS INCOME | $      10,000 PER OCCURRENCE |
| FIRE DEPARTMENT SERVICE CHARGE | $    250,000 PER PREMISES |
| FIRE PROTECTIVE EQUIPMENT REFILLS | COVERED |

Case ID: 220500208
00041



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021   To:   6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**       PRA 9887237-02

---

**ADDITIONAL COVERAGES -- LIMITS OF INSURANCE**

---

Limits of Insurance applicable at a **"premises"** that differ from those indicated below will be shown under the Summary of Premises section of this Declarations for that **"premises"**.  Those Limits of Insurance replace, and are not in addition to, the Limits of Insurance shown below for those specified coverages and **"premises"**.  If any Additional Coverages do not apply at any specific **"premises"**, the Limit of Insurance will show as Not Covered for those **"premises"**.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| **INFLATION GUARD** | |
| REAL PROPERTY | 4 % ANNUAL |
| PERSONAL PROPERTY | 4 % ANNUAL |
| | |
| **INGRESS/EGRESS** | |
| BUSINESS INCOME | 30 DAYS |
| EXTRA EXPENSE | 30 DAYS |
| | |
| **LOCK AND KEY REPLACEMENT** | $      25,000 PER PREMISES |
| | |
| **MICROORGANISMS** | $    250,000 ANNUAL AGGREGATE |
| | |
| **MICROORGANISMS--BUSINESS INCOME** | $      25,000 ANNUAL AGGREGATE |
| | |
| **NEWLY ACQUIRED PREMISES** | |
| REAL PROPERTY | $   1,000,000 FOR 180 DAYS |
| PERSONAL PROPERTY | $   1,000,000 FOR 180 DAYS |
| BUSINESS INCOME | $    250,000 FOR 180 DAYS |
| EXTRA EXPENSE | $      25,000 FOR 180 DAYS |
| | THE ABOVE LIMITS APPLY SEPARATELY TO EACH NEWLY ACQUIRED PREMISES. |
| | |
| **NEWLY ACQUIRED PROPERTY** | |
| REAL PROPERTY | $    250,000 PER PREMISES FOR 180 DAYS |
| PERSONAL PROPERTY | $    250,000 PER PREMISES FOR 180 DAYS |

Case ID: 220500208
00042



**ZURICH**

# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021   To:   6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**      PRA 9887237-02

---

**ADDITIONAL COVERAGES -- LIMITS OF INSURANCE**

Limits of Insurance applicable at a **"premises"** that differ from those indicated below will be shown under the Summary of Premises section of this Declarations for that **"premises"**.  Those Limits of Insurance replace, and are not in addition to, the Limits of Insurance shown below for those specified coverages and **"premises"**.  If any Additional Coverages do not apply at any specific **"premises"**, the Limit of Insurance will show as Not Covered for those **"premises"**.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| OFF-PREMISES SERVICE INTERRUPTION--<br>  DIRECT DAMAGE | $    100,000 PER PREMISES |
| OUTDOOR TREES, SHRUBS, PLANTS, OR LAWNS | $    250,000 PER PREMISES<br>$        5,000 PER TREE, SHRUB, PLANT, OR LAWN |
| POLLUTANT CLEAN UP AND REMOVAL--<br>  LAND AND WATER | $    100,000 ANNUAL AGGREGATE<br>                       PER PREMISES |
| PRESERVATION OF PROPERTY | 180 DAYS |
| PROFESSIONAL FEES | $    25,000 PER OCCURRENCE |
| REPORTED UNSCHEDULED PREMISES<br>    REAL PROPERTY<br>    PERSONAL PROPERTY<br>    BUSINESS INCOME<br>    EXTRA EXPENSE | <br>NOT COVERED<br>NOT COVERED<br>NOT COVERED<br>NOT COVERED |
| REWARD PAYMENTS | $    25,000 PER OCCURRENCE |
| SALESPERSONS SAMPLES | $    25,000 PER OCCURRENCE |
| SPOILAGE--EQUIPMENT BREAKDOWN | $    100,000 PER PREMISES |

Case ID: 220500208
00043



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

| | |
|---|---|
| **NAMED INSURED:** | **POLICY PERIOD:** |
| CHICKIE'S & PETE'S INC | From:  6/30/2021   To:   6/30/2022 |
| | 12:01 A.M. STANDARD TIME AT YOUR |
| | MAILING ADDRESS |

**POLICY NUMBER:**      PRA 9887237-02

---

**ADDITIONAL COVERAGES -- LIMITS OF INSURANCE**

---

Limits of Insurance applicable at a **"premises"** that differ from those indicated below will be shown under the Summary of Premises section of this Declarations for that **"premises"**.  Those Limits of Insurance replace, and are not in addition to, the Limits of Insurance shown below for those specified coverages and **"premises"**.  If any Additional Coverages do not apply at any specific **"premises"**, the Limit of Insurance will show as Not Covered for those **"premises"**.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| THEFT DAMAGE TO BUILDINGS | COVERED |
| UNINTENTIONAL ERRORS AND OMISSIONS COVERAGE | $    500,000 PER OCCURRENCE |
| UNREPORTED PREMISES | |
|     REAL PROPERTY | $    100,000 PER UNREPORTED PREMISES |
|     PERSONAL PROPERTY | $    100,000 PER UNREPORTED PREMISES |
|     BUSINESS INCOME | $      10,000 PER UNREPORTED PREMISES |
|     EXTRA EXPENSE | $      10,000 PER UNREPORTED PREMISES |

Case ID: 220500208
00044



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021      To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**        PRA 9887237-02

---

**MARINE COVERAGE -- LIMITS OF INSURANCE**

---

Limits of Insurance applicable at a **"premises"** that differ from those indicated below will be shown under the Summary of Premises section of this Declarations for that **"premises"**.  Those Limits of Insurance replace, and are not in addition to, the Limits of Insurance shown below for those specified coverages and **"premises"**.  If any Marine Coverages do not apply at any specific **"premises"**, the Limit of Insurance will show as Not Covered for those **"premises"**.

| COVERAGE | LIMIT OF INSURANCE | |
|---|---|---|
| ACCOUNTS RECEIVABLE (REVENUE LOSS) | $      250,000 | PER PREMISES |
| ACCOUNTS RECEIVABLE (REVENUE LOSS) – AWAY FROM PREMISES | $      250,000 | PER OCCURRENCE |
| FINE ARTS | $       25,000 | PER PREMISES |
| FINE ARTS – AWAY FROM PREMISES | $       25,000 | PER OCCURRENCE |
| INSTALLATION AND SERVICE PROPERTY | | |
|        STOCK TO BE INSTALLED | $       25,000 | PER OCCURRENCE - INSTALLATION PREMISES |
| | $       25,000 | PER OCCURRENCE - TEMPORARY STORAGE LOCATION |
| | $       25,000 | PER OCCURRENCE - TRANSIT |
|        TOOLS AND EQUIPMENT | | |
|            SCHEDULED EQUIPMENT | | NOT COVERED |
|            UNSCHEDULED TOOLS & EQUIPMENT | $        1,000 | PER ANY ONE ITEM |
| | $       10,000 | PER OCCURRENCE |

Unscheduled tools and equipment coverage is intended for items valued at or less than the limit per any one item shown above.  An item valued at more than this limit must be specifically scheduled or no coverage applies to that item.

| | | |
|---|---|---|
| ORIGINAL INFORMATION PROPERTY | $      250,000 | PER PREMISES |
| ORIGINAL INFORMATION PROPERTY – AWAY FROM PREMISES | $      250,000 | PER OCCURRENCE |
| TRANSIT | | |
|        PERSONAL PROPERTY | $      100,000 | PER OCCURRENCE |
|        BUSINESS INCOME | $       10,000 | PER OCCURRENCE |

Case ID: 220500208
00045



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021   To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**         PRA 9887237-02

---

**DEDUCTIBLES**

---

GENERAL DEDUCTIBLES

PROPERTY DEDUCTIBLE:                          $       5,000 PER OCCURRENCE

The above deductible applies to all loss, damage, cost, or expense covered by this Commercial
Property Coverage Part, unless a specific coverage deductible is shown elsewhere on this
Declarations or an endorsement.

BUSINESS INCOME AND EXTRA EXPENSE WAITING PERIOD:                24 HOURS

The above waiting period applies to all loss or expense covered by Business Income and Extra
 Expense coverages contained in this Commercial Property Coverage Part, unless a specific
coverage deductible is shown elsewhere on this Declarations or an endorsement.

OFF-PREMISES SERVICE INTERRUPTION--                             24 HOURS
    TIME ELEMENT WAITING PERIOD:

The above waiting period applies to all loss or expense covered by Off-Premises Service
Interruption—Time Element coverage contained in this Commercial Property Coverage Part.

Case ID: 220500208
00046



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From:  6/30/2021   To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**        PRA 9887237-02

---

**DEDUCTIBLES**

---

CATASTROPHE PERIL DEDUCTIBLES:

  EARTH MOVEMENT DEDUCTIBLES

  Loss or damage to Covered Property caused by **"earth movement"** is subject to separate
  deductible amounts.  The deductibles applicable to **"earth movement"** are stated in the
  Summary of Premises section of this Declarations for that specific **"premises"**.  If the Earth
  Movement coverage applies to loss or damage at **"reported unscheduled premises"**, the
  deductible amounts for **"reported unscheduled premises"** are stated on the Catastrophe
  Coverage – Limits of Insurance and Deductibles section of this Declarations.

  The Earth Movement Deductibles only apply to loss or damage that, but for the application of the
  Deductibles, would be paid by us under this Commercial Property Coverage Part.

  FLOOD DEDUCTIBLES

  Loss or damage to Covered Property caused by **"flood"** is subject to separate deductible
  amounts.  The deductibles applicable to **"flood"** are stated in the Summary of Premises section
  of this Declarations for that specific **"premises"**.  If the Flood coverage applies to loss or damage
  at **"reported unscheduled premises"**, the deductible amounts for **"reported unscheduled
  premises"** are stated on the Catastrophe Coverage – Limits of Insurance and Deductibles
  section of this Declarations.

  The Flood Deductibles only apply to loss or damage that, but for the application of the
  Deductibles, would be paid by us under this Commercial Property Coverage Part.

Case ID: 220500208
00047



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
CHICKIE'S & PETE'S INC

**POLICY PERIOD:**
From: 6/30/2021   To:  6/30/2022
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**      PRA 9887237-02

---

**CATASTROPHE COVERAGE -- LIMITS OF INSURANCE AND DEDUCTIBLES**

---

Catastrophe Coverages shown below apply only at those **"premises"** that show an applicable Limit of
Insurance for that Catastrophe Coverage in the Summary of Premises section of this Declarations.  If
coverage applies at **"reported unscheduled premises"**, those Limits of Insurance and Deductibles are
shown below.

| CATASTROPHE COVERAGE | LIMITS OF INSURANCE AND DEDUCTIBLES |
|---|---|
| EARTH MOVEMENT (SCHEDULE A) | |
|   PREMISES | SEE SUMMARY OF PREMISES SECTION |
|   OCCURRENCE | $     5,000,000 |
|   ANNUAL AGGREGATE | $     5,000,000 |
|   DEDUCTIBLE | SEE SUMMARY OF PREMISES SECTION |
| | |
| FLOOD (SCHEDULE I) | |
|   PREMISES | SEE SUMMARY OF PREMISES SECTION |
|   OCCURRENCE | $     5,000,000 |
|   ANNUAL AGGREGATE | $     5,000,000 |
|   DEDUCTIBLE | SEE SUMMARY OF PREMISES SECTION |

Case ID: 220500208
00048



# Commercial Property Coverage Part
# General Provisions

**IMPORTANT INFORMATION ABOUT THIS COMMERCIAL PROPERTY COVERAGE PART. PLEASE READ IT CAREFULLY.**

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties, and what is and what is not covered.

**DEFINITIONS AND MEANINGS**

Throughout this Commercial Property Coverage Part, the words "you" and "your" refer to the Named Insured shown on the Commercial Property Coverage Part Declarations.  The words "we", "us", and "our" refer to the Company providing this insurance coverage.

The word "occurrence" includes all losses or damages that are attributable directly or indirectly to one cause or a series of similar causes.  All such losses or damages will be treated as one occurrence.  However, if occurrence is specifically defined in a Coverage Form, that definition applies to the insurance provided by that Coverage Form and any endorsements to that Coverage Form.

For purposes of this Commercial Property Coverage Part:

**a.**    Covered Property is the property that is insured for loss or damage under the applicable Coverage Forms or endorsements.

**b.**    Covered Income is the income that is insured for loss under the applicable Coverage Forms or endorsements.

Other words and phrases that appear in bold and in quotation marks, or in quotation marks only, have special meaning. You will find these definitions in the Commercial Property Definitions, Coverage Forms, and in endorsements to the Coverage Forms.

Words or phrases that are not defined are intended to have their ordinary or common meaning.  Disputes concerning the meaning of words or phrases will be resolved using the most recently published version of Webster's Unabridged Dictionary.

Unless otherwise stated, words that are used in the plural tense include the singular tense (and vice versa).

**FORMS**

In addition to these General Provisions, the Commercial Property Coverage Part contains the Common Policy Conditions, Commercial Property Conditions, Commercial Property Definitions, and various Coverage Forms and endorsements as shown on the Property Forms and Endorsements Section of the Schedule of Forms and Endorsements.  Some forms and endorsements may refer to other Coverage Forms, but you only have coverage under a particular Coverage Form if it is shown on the Property Forms and Endorsements Section of the Schedule of Forms and Endorsements.  Similarly, even if the Property Forms and Endorsements Section of the Schedule of Forms and Endorsements shows that you have a

Case ID: 220500208
00049

Coverage Form, you will not have coverage for each coverage and optional coverage mentioned in that Coverage Form unless they are shown on the Commercial Property Coverage Part Declarations.

**DEDUCTIBLES**

If a deductible applies, it is described in the applicable Coverage Form or endorsement.  The amount of the deductible to be applied is shown on the Summary of Premises, Deductibles, or Catastrophe Coverage - Limits of Insurance and Deductibles sections of the Commercial Property Coverage Part Declarations.

Unless otherwise stated in a Coverage Form or endorsement, if more than one deductible applies, we will apply each deductible separately.  Except for covered loss or damage due to **"earth movement"**, **"flood"**, or **"named storm"**, or to wind or hail when a separate Wind Deductible or Wind and Hail Deductible is applicable, the total of all deductible amounts applied will not exceed the highest applicable deductible for loss or damage to Covered Property and the highest applicable deductible for loss under **"time element coverage"**.

Loss or damage to Covered Property caused by **"earth movement"**, **"flood"**, **"named storm"**, water damage, theft and wind or hail may be subject to separate deductible amounts.  The Summary of Premises section of the Commercial Property Coverage Part Declarations identify the **"premises"** subject to the separate deductibles and the deductible amounts.  If the Earth Movement Deductibles, Flood Deductibles, Named Storm Deductibles, or Wind and Hail Deductibles apply to loss or damage at **"reported unscheduled premises"**, to **"contractor's equipment"** away from **"premises"**, or to **"installation property"** away from **"premises"**, the deductible amounts are stated on the Catastrophe Coverage - Limits of Insurance and Deductibles section of the Commercial Property Coverage Part Declarations.

The Earth Movement Deductibles, Flood Deductibles, Named Storm Deductibles, Wind Deductibles, and Wind and Hail Deductibles only apply to loss or damage that, but for the application of the Deductibles, would be paid by us under this Commercial Property Coverage Part.

Case ID: 220500208
00050



# Commercial Property Conditions

**Table of Contents**

| Conditions | Page No. |
|---|---|
| Abandonment | 1 |
| Appraisal | 1 |
| Concealment, Misrepresentation, or Fraud | 1 |
| Conformity to Statute | 1 |
| Control of Property | 2 |
| Duties in the Event of Loss or Damage | 2 |
| Insurance Under Two or More Coverages | 2 |
| Legal Action Against Us | 2 |
| Liberalization | 3 |
| Loss Payment | 3 |
| Mortgageholders | 4 |
| No Benefit to Bailee | 4 |
| Other Insurance | 5 |
| Policy Period, Coverage Territory | 5 |
| Recovered Property | 6 |
| Suspended Equipment | 6 |
| Transfer of Rights of Recovery Against Others to Us | 6 |

Case ID: 220500208
00051



# Commercial Property Conditions

This Commercial Property Coverage Part is subject to the following conditions as well as the Common Policy Conditions.

## A. ABANDONMENT

There can be no abandonment of any property to us.

## B. APPRAISAL

If we and you disagree on the value of the property or the amount of the loss, either may make written demand for an appraisal of the loss.  In this event, each party will select a competent, disinterested, and impartial appraiser who has no direct or indirect financial interest in the claim.  The two appraisers will select an umpire.  If they cannot agree, either may request that selection of an umpire be made by a judge of a court having jurisdiction.  The appraisers will state separately the value of each item of lost or damaged property as of the date of loss and amount of loss in accordance with the Valuation provisions of the applicable Coverage Form or, if not stated, the **"actual cash value"** and **"replacement cost"**.  If they fail to agree, they will submit their differences to the umpire.  A decision agreed to by any two will be binding.  Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim in whole or in part, based on the terms and conditions of the policy.

## C. CONCEALMENT, MISREPRESENTATION, OR FRAUD

This policy is void in any case of fraud by you or any other insured as it relates to this Commercial Property Coverage Part at any time before or after a loss.  It is also void as to you or any other insured, and we will not pay you or any other insured, if you or any other insured, at any time before or after a loss, intentionally conceal or misrepresent a material fact concerning:

**1.** The insurance provided by this policy;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under the policy.

## D. CONFORMITY TO STATUTE

Terms of this Commercial Property Coverage Part that are in conflict with the statutes of the state in which this policy is issued are hereby amended to conform to such statutes.

Case ID: 220500208
00052

**E. CONTROL OF PROPERTY**

Breach of any provision contained in the Commercial Property Conditions or Common Policy Conditions by any person, other than you, beyond your direction or control will not affect this insurance.

The breach of any provision contained in the Commercial Property Conditions or Common Policy Conditions at any one or more locations will not affect coverage at any location where, at the time of loss or damage, there was no breach.

**F. DUTIES IN THE EVENT OF LOSS OR DAMAGE**

**1.** You must see that the following are done in the event of loss or damage to Covered Property:

**a.** Notify the police if a law may have been broken.

**b.** Give us prompt notice of the loss or damage, including a description of the property involved.

**c.** As soon as possible, give us a description of how, when, and where the loss or damage occurred.

**d.** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a **"covered cause of loss"**. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**e.** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values, and amount of loss claimed.

**f.** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing, and analysis, and permit us to make copies from your books and records.

**g.** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**h.** Cooperate with us in the investigation or settlement of the claim.

**2.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3.** Failure of an agent or one of your employees, other than an officer, partner, manager, **"member"**, director, trustee, proprietor, or risk management employee, to notify us of any loss or damage that they know about will not affect the insurance afforded you by this Commercial Property Coverage Part.

**G. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**H. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Commercial Property Coverage Part unless:

Case ID: 220500208
00053

1. All of its terms have been fully complied with; and

2. The action is brought within 2 years after the date on which the loss or damage commenced.

**I.   LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Commercial Property Coverage Part, without additional premium and within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Commercial Property Coverage Part.

**J.   LOSS PAYMENT**

The following apply unless otherwise provided in a Coverage Form in this Commercial Property Coverage Part:

1. In the event of loss or damage covered by this Commercial Property Coverage Part, at our option, we will  either:

   a. Pay the amount of the loss or damage;

   b. Pay the cost of repairing or replacing the lost or damaged property;

   c. Take all or any part of the property at an agreed or appraised value; or

   d. Repair, rebuild, or replace the property with other property of like kind and quality.

   We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

2. If we elect to exercise option 1.c. with respect to any branded or labeled **"merchandise"** or **"finished stock"**, you may:

   a. Stamp salvage on the **"merchandise"** or **"finished stock"**, or its containers, if the stamp will not physically damage the **"merchandise"** or **"finished stock"**; or

   b. Remove the brands or labels, if doing so will not physically damage the **"merchandise"** or **"finished stock"**. You must relabel the **"merchandise"** or **"finished stock"**, or its containers, to comply with the law.

   We will assume the cost of stamping or removal and charge it to salvage expense.

3. We will not pay you more than your financial interest in the Covered Property.

4. This Commercial Property Coverage Part provides no rights or benefits to any other person or organization, unless otherwise provided.  Any claim for loss that is covered under this Commercial Property Coverage Part must be presented by you.  At our option, we may adjust the loss with the owners of lost or damaged property if other than you.  If we pay the owners, such payment will satisfy your claims against us for the owners' property.  We will not pay the owners more than their financial interest in the Covered Property.

5. We may elect to defend you against suits arising from claims of owners of Covered Property.  We will do this at our expense.

6. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Commercial Property Coverage Part and:

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

CaseID: 220500208
00054

7.   The first Named Insured shown on the Declarations will be the payee for any payment of claims that we may make with respect to this Commercial Property Coverage Part, subject to the Mortgageholders Condition below and any endorsements.  However, our payment for loss or damage to **"personal property of others"** may be to the account of the owner of the property.

## K.  MORTGAGEHOLDERS

1.   Mortgageholder includes trustee.

2.   We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown on the Declarations in their order of precedence, as interests may appear.

3.   The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

4.   If we deny your claim because of your acts or because you have failed to comply with the terms of this Commercial Property Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

   a.   Pays the premium due under this Commercial Property Coverage Part at our request if you have failed to do so;

   b.   Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   c.   Has notified us of any change in ownership, occupancy, or substantial change in risk known to the mortgageholder.

   All of the terms of this Commercial Property Coverage Part will then apply directly to the mortgageholder.

5.   If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Commercial Property Coverage Part:

   a.   The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   b.   The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

   At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

6.   If we cancel the policy, we will give written notice to the mortgageholder at least:

   a.   10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   b.   30 days before the effective date of cancellation if we cancel for any other reason.

7.   If we elect not to renew the policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## L.  NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

Camp ID 220500208
00055

**M.  OTHER INSURANCE**

**1.**  If you have other insurance subject to the same plan, terms, conditions, and provisions as the insurance under this Commercial Property Coverage Part, we will pay our share of the covered loss or damage.  Our share is the proportion that the applicable Limit of Insurance under this Commercial Property Coverage Part bears to the sum of all the Limits of Insurance covering on the same basis.

**2.**  If there is other insurance covering the same loss or damage, other than that described in Paragraph 1. above, we will pay only the least of the following amounts:

**a.**  Any Limit of Insurance applicable to the Covered Property that has sustained such loss or damage;

**b.**  The amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not, without application of any deductible amounts contained elsewhere in this Commercial Property Coverage Part; or

**c.**  The amount we would have paid had such other insurance not existed.

**3.**  Paragraphs 1. and 2. above do not apply to other insurance that is purchased as insurance in excess of the Limit of Insurance under this Commercial Property Coverage Part.

**N.  POLICY PERIOD, COVERAGE TERRITORY**

Under this Commercial Property Coverage Part:

**1.**  We cover loss or damage which happens:

**a.**  During the policy period shown on the Declarations; and

**b.**  Within the coverage territory.

**2.**  The coverage territory is:

**a.**  The United States of America (including its territories and possessions); and

**b.**  Puerto Rico.

**3.**  When this Commercial Property Coverage Part provides coverage for property in transit:

**a.**  The coverage territory is extended to Canada for property in transit as long as the origin or destination is included in 2. above, except when property is being transported by a vessel.

**b.**  The coverage territory is extended to everywhere else in the world for property while being transported by an aircraft, as long as either the origin or destination is included in 2. above and neither the origin nor the destination is in any country upon which the United States government has imposed sanctions, embargoes or similar prohibitions.

**4.**  If the property is in transit by a vessel that originated outside the coverage territory included in 2. above, then coverage commences when the property has been fully discharged from the vessel onto a point within the coverage territory.

**5.**  If the property is in transit by a vessel with a destination outside the coverage territory included in 2. above, then coverage ends when the property has been loaded on board the vessel.

**6.**  For the Fairs or Exhibitions Additional Coverage, the Coverage Territory is extended to Canada.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0102 (08 16)
Page 58

CAP-BI 220500208
00056

## O.  RECOVERED PROPERTY

1.  If either you or we recover any property after loss settlement, that party must give the other prompt notice.  At your option, you may do one of the following:

   a.  Keep the loss payment and transfer the recovered property to us; or

   b.  Keep the recovered property and return the loss payment to us.  If you do this, we will pay for the recovery expenses and the expense to repair the recovered property up to the applicable Limit of Insurance.

2.  The amount of loss can be reduced by any salvage recovery through the sale of the damaged Covered Property.

   a.  If, following a loss, a recovery is made from the sale of damaged Covered Property and your claim has not yet been paid, we will be entitled to this salvage recovery until we have recovered our salvaging fees and expenses.  The balance of the salvage recovery will be paid to you and the amount of your loss settlement will be reduced by this balance.

   b.  If your claim has already been paid when a salvage recovery is made, we will be entitled to the salvage proceeds until we have recovered the difference between the amount we paid you for your claim and the amount we would have paid you had the salvage recovery been handled in accordance with a. above.  Any balance of the salvage recovery will then be promptly refunded to you.

## P.  SUSPENDED EQUIPMENT

We, or any of our representatives, have the right to declare property to be **"suspended equipment"** when the property is found to be in, or exposed to, a dangerous condition, provided we have:

1.  Told you of the dangerous condition immediately upon discovering it and informed you of its designation as **"suspended equipment"**; and

2.  Mailed or delivered a written notice of such condition and designation, within 24 hours of the discovery, which notice is mailed or delivered to:

   a.  Your last known address; or

   b.  The address where said object is located.

Any designation of **"suspended equipment"** can only be rescinded, in writing, by endorsement to this Commercial Property Coverage Part.

Any designation of **"suspended equipment"** will result in your receiving a pro rata refund of premium you paid for the coverage of that property under this Commercial Property Coverage Part.  However, any designation of **"suspended equipment"** will be in effect if we have not yet made or offered the refund.

## Q.  TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Commercial Property Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment.  That person or organization must do everything necessary to secure our rights and cooperate with our efforts to recover our payment and must do nothing after loss to impair our rights.  But you may, without restricting your coverage, waive your rights against another party in writing:

1.  Prior to a loss to your Covered Property or Covered Income.

2.  After a loss to your Covered Property or Covered Income only if, at the time of loss, that party is one of the following:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0102 (08 16)

Page 63
Camp ID 220500208

00057

**a.** Someone insured under this Commercial Property Coverage Part;

**b.** A business firm owned or controlled by you;

**c.** A business firm, or an individual, that owns or controls you; or

**d.** Your tenant.

Any recovery as a result of subrogation proceedings arising out of a covered loss, net of fees (including legal fees) and expenses we incur in such subrogation proceedings, will be shared with you in the following manner:

**1.** We will add the amount of any deductible you incurred to the amount of any other provable uninsured loss you incurred.  This is your interest.

**2.** We will determine the proportion your interest bears to the entire provable loss (both insured and uninsured).  This is your pro rata share.

**3.** We will reimburse to you your pro rata share of the recovery after deduction, from the total recovery, of recovery expenses paid by us and after deduction of any legal fees paid by us.  We will retain the balance.  We will not owe you any amount for any legal fees or any expenses incurred by you in furtherance of any recovery unless those fees or expenses are approved by us in writing and in advance of your incurring those fees or expenses.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0102 (08 16)
Page 72 of 73

Camp R 220500208
00058



# Commercial Property Definitions

1. **"Accounts receivable records"** means accounting records you use to document the billing and collection of **"money"** due from your customers, regardless of what material it is inscribed, printed, written, or recorded upon.

2. **"Actual cash value"** means **"replacement cost"** reduced by each of the following:

   a. Physical deterioration;

   b. Depreciation;

   c. Obsolescence;

   d. Depletion;

   e. Non-conformity to codes, ordinances, regulations, or statutes; and

   f. The cost to reconstruct or remodel undamaged portions of **"real property"**.

   But in no event will **"actual cash value"** be higher than the **"market value"**.

3. **"Amount you actually spend"** means:

   a. The total payments you make to an entity you do not own or operate at the time of loss or damage to repair the damaged **"real property"** or **"personal property"**; and

   b. For goods and services provided by entities you own or operate at the time of loss or damage to repair the damaged **"real property"** or **"personal property"**:

      1) Direct payroll cost, excluding fixed payroll, for labor directly chargeable to the repair, rebuilding, or replacement of the damaged property;

      2) **"Replacement cost"** for your **"merchandise"** used in the repair, rebuilding, or replacement of the damaged property;

      3) Regular cash selling price, less any discounts and expenses you otherwise would have had, for your **"finished stock"** used in the repair, rebuilding, or replacement of the damaged property; and

      4) **"Replacement cost"** for your property other than **"merchandise"** or **"finished stock"** used in the repair, rebuilding, or replacement of the damaged property if replaced within 24 months, otherwise your original cost.

4. **"Banking premises"** means the interior of that portion of any building occupied by a banking institution or similar safe depository.

5. **"Business income"** means:

   a. **"Net income"**; plus

   b. **"Continuing expenses"**.

Includes copyrighted material of insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

Case ID: 220500208
00059

6. **"Cessation of work"** means any period of time when your business activities have ceased.

   **"Cessation of work"** does not mean:

   a. Any period of time during which your business activities would not normally have been conducted, such as weekends or holidays;

   b. Seasonal activity planned in advance;

   c. Schedule delays due to weather; or

   d. Labor actions beyond your control.

7. **"Cloud facility"** means a data center(s) owned and operated by others whom you depend on to provide **"information technology services"**.

8. **"Computer systems"** means:

   a. Computer hardware, software, and electronic data;

   b. Input and output devices;

   c. Data storage devices;

   d. Networking equipment and components;

   e. Firmware; and

   f. Electronic backup facilities, including systems accessible through the internet, intranets, or virtual private networks.

9. **"Contaminant"** means any substance that creates an impurity when it mixes with or comes into contact with another substance.

10. **"Continuing expenses"** means:

   a. Your continuing normal operating expenses including, but not limited to:

      1) Payroll;

      2) Rental payments as tenants; and

      3) Factory overhead; and

   b. Charges, which are the legal obligations of your tenants and have not been satisfied, and which are now your obligation.

   **"Continuing expenses"** does not mean:

   a. **"Extra expense"**;

   b. Expediting expense;

   c. **"Research and development continuing expenses"**;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

PPP-0103 (08 16)
Page 2 of 19

Case ID: 220500208
00060

   **d.**  Any charges or expenses that do not necessarily continue during the **"period of restoration"** or **"extended period of indemnity"**; or

   **e.**  Bad debts.

**11.** **"Contractor's employees' property"** means tools and clothing owned by your officers, directors, partners, **"managers"**, **"members"**, or employees (including leased or temporary employees).

**12.** **"Contractor's equipment"** means:

   **a.**  Equipment, tools, machinery, and other mechanical and electrical devices of a mobile nature used for contracting, installation, erection, repair, or moving operations or projects;

   **b.**  Self-propelled vehicles designed and used primarily to carry mounted equipment;

   **c.**  Vehicles designed for highway use that are unlicensed and not operated on public roads; and

   **d.**  Watercraft, marine floats, or barges less than 26 feet long,

owned by you or owned by others in your care, custody, or control.

**"Contractor's equipment"** does not mean:

   **a.**  Contraband or property in the course of illegal transportation or trade;

   **b.**  Aircraft;

   **c.**  Railroad cars;

   **d.**  Temporary or permanent forms, shoring, scaffolding, or falsework;

   **e.**  **"Contractor's employees' property"**; or

   **f.**  Recreational watercraft.

**13.** **"Contributing locations"** means locations owned and operated by others who:

   **a.**  You depend on to deliver materials or services directly to you, or to others under your contract of sale; or

   **b.**  Pay you royalties, licensing fees, or commissions under written agreements.

**"Contributing locations"** does not mean:

   **a.**  Locations owned and operated by others who you depend upon to provide only power, communications, or other utility services to you; or

   **b.**  **"Manufacturing locations"**.

**14.** **"Covered cause of loss"** means a fortuitous cause or event, not otherwise excluded, which actually occurs during this policy period.

**"Covered cause of loss"** does not mean:

   **a.**  A fortuitous cause or event, whether or not excluded, which actually occurred prior to this policy period, regardless of the date on which it first becomes manifest or is first discovered; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

PPP-0103 (08 16)
Page 3 of 19

Case ID: 220500208
00061

**b.** Damage.

15. **"Defective materials"** means materials which are broken, inadequate, improper, faulty, flawed, improperly specified, contaminated, unfit for the purpose intended, or which contain a latent defect.

16. **"Denial of service"** means the direction of a high volume of inquiries to web site or e-mail destinations, effectively denying or limiting legitimate access, whether or not known to you.

17. **"Dependent premises"** means the following types of locations:

    **a.** **"Contributing locations"**;

    **b.** **"Recipient locations"**;

    **c.** **"Manufacturing locations"**; and

    **d.** **"Leader locations"**.

    If the location is described by an address only, it includes the area associated with that address in which you or the occupant are legally entitled to conduct **"operations"** and includes that area extending 1,000 feet beyond that address.

    If the location is described by an address and further described by geographic boundaries, only the area within such boundaries, and within 1,000 feet thereof, is included.

    **"Dependent premises"** does not mean any of the above locations within any country in which the United States government or Canadian government have imposed sanctions, embargoes, or similar prohibitions.

18. **"Duplicate information property"** means recorded information in any format which can either be copied from an existing original or duplicate or replaced by purchasing an existing duplicate that is available for sale, including any material it is recorded upon.

    **"Duplicate information property"** does not mean:

    **a.** **"Stock"**;

    **b.** **"Fine arts"**;

    **c.** **"Money"**;

    **d.** **"Securities"**; or

    **e.** **"Electronic data processing hardware"**.

19. **"Earth movement"** means earthquake or other seismic activity, rising or shifting of earth (including frost heaves), or subsidence other than **"sinkhole collapse"**.

    **"Earth movement"** does not mean landslide, avalanche, or volcanic eruption, explosion or effusion, or tsunami.

20. **"Electronic data processing hardware"** means:

    **a.** A network of electronic components capable of accepting information and processing it according to a plan and which exists primarily to generate information in tangible form or on electronic media, as well as air conditioning equipment and fire protection equipment used exclusively for data processing operations;

    **b.** Telephone equipment; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

**c.** Facsimile equipment.

**"Electronic data processing hardware"** does not mean computers, devices, or components which:

**a.** Exist primarily to control or operate machinery or equipment or to produce **"stock in process"** or **"finished stock"**; or

**b.** Are **"stock"**.

21. **"Electronic vandalism"** means:

   **a.** Willful or malicious electronic alteration, manipulation, tampering, or destruction of **"accounts receivable records"**, **"duplicate information property"**, **"electronic data processing hardware"**, **"original information property"**, or **"research and development property"**;

   **b.** Introduction of a virus, code, or similar instruction that disrupts the normal operation of **"electronic data processing hardware"** and may destroy, alter, contaminate, or compromise the integrity, quality, or performance of **"accounts receivable records"**, **"duplicate information property"**, **"electronic data processing hardware"**, **"original information property"**, or **"research and development property"**;

   **c.** Unauthorized viewing, copying, or use of any electronic **"accounts receivable records"**, **"duplicate information property"**, **"original information property"**, or **"research and development property"**; and

   **d.** **"Denial of service"**.

22. **"Equipment breakdown cause of loss"** means any of the following:

   **a.** Artificially generated electrical current, including electrical arcing, that injures or disturbs electrical devices, wiring, or equipment;

   **b.** Explosion, rupture, or bursting of steam boilers, steam pipes, steam engines, steam turbines, gas turbines, or apparatus attached to and forming a part thereof, when owned, operated, or controlled by you; except for explosion of accumulated gases or fuel within the furnace of any fired vessel, other than gas turbines, or within the flues or passages through which the products of combustion pass;

   **c.** Any condition or event inside steam boilers, steam pipes, steam engines, steam turbines, gas turbines, or apparatus attached to and forming a part thereof, when owned, operated, or controlled by you; except for explosion of accumulated gases or fuel within the furnace of any fired vessel, other than gas turbines, or within the flues or passages through which the gases of combustion pass;

   **d.** Any condition or event, other than an explosion, inside hot water boilers, other water heating equipment, engines other than steam engines, or pressure vessels when owned, operated, or controlled by you; and

   **e.** Mechanical or machinery breakdown, including rupture or bursting caused by centrifugal force, of property owned, operated, or controlled by you.

23. **"Extended period of indemnity"** means the period of time that begins on the date the **"period of restoration"** ends and ends on the earlier of:

   **a.** The date your gross sales, including rental income, are restored to the amount that would have existed if no direct physical loss or damage occurred; or

   **b.** The date calculated by adding the number of days shown on the Declarations for Extended Period of Indemnity-- Business Income to the date the **"period of restoration"** ended.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

Case ID: 220500208
00063

**"Extended period of indemnity"** does not mean **"research and development extended period of indemnity"**.

24. **"Extra expense"** means operating expenses you incur during the **"period of restoration"** that would not have been necessary to incur if there had been no direct physical loss or damage to the property, provided such expenses are incurred:

   a. In an attempt to avoid a **"suspension"** of or to continue those **"operations"** which have been affected by the direct physical loss or damage to the property; or

   b. In an attempt to minimize the **"period of restoration"**.

   **"Extra expense"** does not mean:

   a. Costs incurred to purchase **"merchandise"** as a replacement for your **"finished stock"**;

   b. **"Continuing expenses"** or **"research and development continuing expenses"**;

   c. Costs to repair, rebuild, or replace any property, or research or restore **"original information property"**; or

   d. Amounts incurred on financing or investment activity conducted for your own account.

25. **"Fine arts"** means paintings, etchings, pictures, tapestries, and other bona fide works of art, rarity, historical value, or artistic merit such as rugs, statuary, marbles, bronzes, antiques, furniture, rare books, antique silver, manuscripts, porcelains, rare glass, and bric-a-brac.

26. **"Finished stock"** means **"goods you have manufactured"** which are completed and ready for packing, shipment, installation, or sale.

   **"Finished stock"** does not mean **"goods you have manufactured"** which are completed and ready for packing, shipment, installation, or sale on a **"premises"** or **"reported unscheduled premises"** of any retail outlet at which you are insured by Business Income Insurance.

27. **"Flood"** means a general and temporary condition of partial or complete inundation of land areas from:

   a. The overflow, or the expansion beyond normal boundaries, of inland or tidal waters, including natural or man-made lakes, reservoirs, ponds, brooks, rivers, streams, harbors, oceans, or any other body of water or watercourse;

   b. Waves or tides, including tsunami;

   or their spray, whether driven by wind or not.

28. **"Fungus"** means any type or form of fungus, mold, or mildew and any mycotoxins, spores, scents, or by-products produced or released by fungi.

29. **"Goods you have manufactured"** means:

   a. Goods manufactured at a location you own or operate; and

   b. Goods manufactured at a location that you do not own or operate, provided:

      1) You contracted for the goods to be manufactured exclusively for you; and

      2) You are the owner or licensee of the design, patent, trademark, or copyright for the goods.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

PPP-0103 (08 16)
Page 64 of 194

Case ID: 220500208
00064

30. **"Green roofing systems"** means environmentally friendly roof coverings as defined by the LEED® Green Building Rating System™ of the U.S. Green Building Council or any other trees, shrubs, plants, grass, or lawns and other landscaping materials which are part of a vegetated roof.

31. **"Gross leasehold interest"** means:

   a. The monthly rental value of the **"premises"** or **"reported unscheduled premises"** you rent or lease on the date the direct physical loss or damage occurs; minus

   b. The actual monthly rent you pay, including taxes, insurance, janitorial, or other services you pay as part of the rent.

      Example:

      | | |
      |---|---|
      | Monthly rental value of your leased **"premises"**: | $1,000 |
      | Monthly rent including taxes, insurance, janitorial, or other services that you pay for as part of the rent: | - $700 |
      | **"Gross leasehold interest"** | $300 |

32. **"Improvements and betterments"** means fixtures, alterations, installations, or additions:

   a. Comprising a part of the building you occupy as a tenant but do not own;

   b. Made or acquired at your expense exclusive of rent paid by you or for which you are legally required by written contract to insure; and

   c. Which you cannot remove legally.

33. **"Information technology services"** means technology services provided under a written contract consisting of:

   a. Maintaining, managing, or controlling **"computer systems"**;

   b. Hosting or facilitating your internet website or web application(s); and

   c. Other related technology services.

   **"Information technology services"** does not mean video, voice, or data communication services.

34. **"Installation property"** means materials, supplies, equipment, and machinery, and any other similar property owned by you or owned by others, which are in your care, custody, or control, that you are contractually responsible for, which are intended to become a permanent part of an **"installation or service premises"**.

   **"Installation property"** does not mean **"landscaping materials"** or land.

35. **"Installation or service premises"** means a location that is not owned, leased, or operated by you, at which you are installing, constructing, or servicing property.

   **"Installation or service premises"** does not mean a **"rigging premises"**.

36. **"Landscaping materials"** means trees, shrubs, plants, grass, lawns, and other landscaping materials, including **"green roofing systems"** owned by you or owned by others, which are in your care, custody, or control that you are contractually responsible for, and intended to become a permanent part of an **"installation or service premises"**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

Case ID: 220500208
00065

**"Landscaping materials"** does not mean trees, shrubs, plants, grass, lawns, or other landscaping materials or **"green roofing systems"** that exist as a permanent part of an **"installation or service premises"** prior to the start of the project.

37. **"Leader locations"** means locations owned and operated by others who you depend on to attract customers to your business.

38. **"Malfunction"** means any abnormal or imperfect function, including the failure to function, of machinery, systems, apparatus, or equipment.

39. **"Manager"** means a person elected by the **"members"** to direct the limited liability company's business affairs.

40. **"Manufacturing locations"** means locations owned and operated by others who you depend on to manufacture products for delivery to your customers under contract of sale.

41. **"Market value"** means the price which the property might be expected to realize if offered for sale in a fair market on the date of loss or damage.

42. **"Member"** means an owner of a limited liability company represented by its membership interest, who also may serve as a **"manager"**.

43. **"Merchandise"** means:

   a.  Goods held for sale or installation by you which are not **"goods you have manufactured"**; and

   b.  **"Goods you have manufactured"** which are completed and ready for packing, shipment, installation, or sale on a **"premises"** or **"reported unscheduled premises"** of any retail outlet at which you are insured by Business Income Insurance.

44. **"Microorganism"** means any type or form of organism of microscopic or ultramicroscopic size including, but not limited to, **"fungus"**, wet or dry rot, virus, algae, or bacteria, or any by-product.

45. **"Mistake"** means any act or decision, whether intentional or negligent, including the failure to act or decide, of any person, group, organization, or governmental body which creates or allows a result which is unexpected, inadequate, defective, faulty, or otherwise unsuitable for the intended purpose.

46. **"Money"** means:

   a.  Currency, coins, bullion, or bank notes, whether or not in current use; and

   b.  Travelers checks, register checks, food stamps, and money orders held for sale to the public.

47. **"Monthly leasehold interest"** means the original costs you paid for:

   a.  Bonus Payments – **"Money"** you originally paid to acquire your lease, but not including rent, prepaid rent, or security; and

   b.  Prepaid Rent - Advance rent you paid that will not be refunded to you, other than periodic rental payments,

   divided by the number of months left in your lease at the time of the expenditure.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

Case ID: 220500208
00066

Example:

| | |
|---|---|
| Original cost of Bonus Payment | $4,000 |
| With 20 months left in the lease at the time of Bonus Payment | ÷20 |
| **"Monthly leasehold interest"** | $200 |

48. **"Net income"** means the net profit or loss, including rental income from tenants, that would have been earned or incurred before taxes.

49. **"Net leasehold interest"** means the sum of:

    **a.** The net present value of your **"gross leasehold interest"** for each remaining month of your lease, discounted at the Prime Rate prevailing on the date the direct physical loss or damage occurs, rounded to the nearest whole number; plus

    **b.** Your **"monthly leasehold interest"** times the number of months left in your lease on the date direct physical loss or damage occurs, rounded to the nearest whole number.

Example:

With 20 months left in lease and 10% Prime Rate:

| | |
|---|---|
| **"Gross leasehold interest"** | $300 |
| Net Present Value Factor x 18.419 for 20 months | X 18.419 |
| Subtotal **a.** | $5,526 |
| **"Monthly leasehold interest"** | $200 |
| With 20 months left in lease | x 20 |
| Subtotal **b.** | $4,000 |
| **"Net leasehold interest"** | |
| Subtotal **a.** + Subtotal **b.** | $9,526 |

50. **"Newly acquired premises"** means a permanently fixed location you own, lease, rent, or control.  The location becomes a **"newly acquired premises"** on the later of:

    **a.** The date you obtain possession or control of the location; or

    **b.** The date **"real property"** or **"personal property"** in which you have an insurable interest is first placed at the location.

**"Newly acquired premises"** does not mean:

    **a.** A **"premises"**;

    **b.** An **"unreported premises"**;

    **c.** A **"reported unscheduled premises"**;

    **d.** A fair or exhibition;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

Case ID: 220500208
00067

    **e.**  An **"installation or service premises"**;

    **f.**  A **"rigging premises"**; or

    **g.**  A **"temporary storage location"**.

**51.** **"Off-premises service interruption"** means the interruption of power or other utility services supplied to a covered location, however caused, if the interruption takes place away from the covered location.

**52.** **"Operations"** means:

    **a.**  Your business activities occurring at the covered location prior to the physical loss or damage; and

    **b.**  The covered location is tenantable prior to the physical loss or damage.

    **"Operations"** does not mean:

    **a.**  The activities of those with whom you do business;

    **b.**  Investing or financing activities conducted for your own account; or

    **c.**  **"Research and development operations"**.

**53.** **"Original information property"** means recorded information in any format which cannot be copied from an existing original or duplicate or replaced by purchasing an existing duplicate that is available for sale, including any material it is recorded upon.

    **"Original information property"** does not mean:

    **a.**  **"Stock"**;

    **b.**  **"Fine arts"**;

    **c.**  **"Money"**;

    **d.**  **"Securities"**;

    **e.**  **"Electronic data processing hardware"**; or

    **f.**  **"Research and development property"**.

**54.** **"Outdoor trees, shrubs, plants, or lawns"** means outdoor trees, shrubs, plants, grass, or lawns you own.

    **"Outdoor trees, shrubs, plants, or lawns"** does not mean:

    **a.**  Growing crops;

    **b.**  Standing timber;

    **c.**  **"Landscaping materials"**;

    **d.**  **"Stock"**, or

    **e.**  **"Green roofing systems"**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

PPP-0103 (08 16)
Page 68 of 89

Case ID: 220500208
00068

55. **"Period of restoration"** means the period of time that begins when:

   **a.** The direct physical loss or damage that causes **"suspension"** of your **"operations"** occurs; or

   **b.** The date **"operations"** would have begun if the start of **"operations"** is delayed because of loss of or damage to any of the following:

      **1)** **"Real property"**, whether complete or under construction;

      **2)** Alterations or additions to **"real property"**; or

      **3)** **"Personal property"**:

         **a)** Used in such construction, alterations, or additions;

         **b)** Incidental to the occupancy of the area intended for construction, alteration, or addition; or

         **c)** Incidental to the alteration of the occupancy of an existing building or structure.

If you resume **"operations"**, with reasonable speed, the **"period of restoration"** ends on the earlier of:

   **a.** The date when the location where the loss or damage occurred could have been physically capable of resuming the level of **"operations"** which existed prior to the loss or damage, if the location had been restored to the physical size, construction, configuration, location, and material specifications which would satisfy the minimum requirements necessary to obtain all required building permits, occupancy permits, operating licenses, or similar documents; or

   **b.** The date when a new permanent location is physically capable of resuming the level of **"operations"** which existed prior to the loss or damage, if you resume **"operations"** at a new permanent location.

If you do not resume **"operations"**, or do not resume **"operations"** with reasonable speed (whether at your **"premises"** or **"reported unscheduled premises"** or elsewhere), the **"period of restoration"** will end on the date when the location where the loss or damage occurred could have been restored to the physical size, construction, configuration, location, and material specifications which existed at the time of loss or damage, with no consideration for any time:

   **a.** Which would have been required to make changes in order to satisfy the minimum requirements necessary to obtain all required building permits, occupancy permits, operating licenses, or similar documents; and

   **b.** Which would have been necessary to make the location physically capable of resuming the level of **"operations"** which existed prior to the loss or damage after the completion of repairs, replacement, or rebuilding.

**"Period of restoration"** does not include any increased period required due to the enforcement of any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **"pollutants"** or **"microorganisms"**.

The expiration date of this policy will not cut short the **"period of restoration"**.

56. **"Personal property"** means:

   **a.** **"Your personal property"**;

   **b.** **"Your employees' personal property"**;

   **c.** **"Personal property of others"** in your care, custody, or control;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

Case ID: 220500208
00069

**d.**   The value of labor, materials, or services furnished or arranged by you on **"personal property of others"**;

**e.**   Your interest in **"improvements and betterments"** to buildings or structures; and

**f.**   Glass which, as a tenant, you are required to insure.

**"Personal property"** does not mean:

**a.**   Naturally occurring water;

**b.**   Growing crops or standing timber;

**c.**   **"Outdoor trees, shrubs, plants, or lawns"**;

**d.**   **"Green roofing systems"**;

**e.**   **"Money"**, bills, notes, or **"securities"**;

**f.**   Contraband or property in the course of illegal transportation or trade;

**g.**   Animals, unless:

    **1)**   Owned by others and boarded by you; or

    **2)**   Owned by you as **"stock"** while inside of buildings;

**h.**   **"Fine arts"**;

**i.**   **"Original information property"**;

**j.**   Vehicles or self-propelled machines (including aircraft or watercraft) that:

    **1)**   Are licensed for use on public roads; or

    **2)**   Are operated principally away from a **"premises"** or **"reported unscheduled premises"**;

But not:

    **1)**   Vehicles or self-propelled machines you manufacture, process, warehouse, or hold for sale, other than vehicles licensed for use on public roads;

    **2)**   Vehicles licensed for use on public roads that you manufacture, process, warehouse, or hold for sale, while on a **"premises"** or **"reported unscheduled premises"**; or

    **3)**   Unpowered watercraft while out of water on a **"premises"** or **"reported unscheduled premises"**;

**k.**   Property contained in underground mines, mine shafts, caverns, open pits, or quarries;

**l.**   **"Research and development property"**;

**m**.   Spacecraft, satellites, associated launch vehicles and any major components, including any property contained therein;

**n.**   **"Scheduled property"**; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

Case ID: 220500208
00070

**o.** Property covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance.

57. **"Personal property of others"** means personal property not owned by you, your officers, directors, partners, **"managers"**, **"members"**, or employees (including leased or temporary employees).

58. **"Pollutants"** means any solid, liquid, gaseous, or thermal irritant, or **"contaminant"**, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste.  Waste includes materials to be recycled, reconditioned, or reclaimed.

59. **"Premises"** means:

A location scheduled on the Declarations for this Commercial Property Coverage Part.

**a.** If the location is described by an address only, it includes the area associated with that address in which you are legally entitled to conduct your business activities and includes that area extending 1,000 feet beyond the address.

**b.** If the location is described by an address and further described by geographic boundaries, it includes only the area within such geographic boundaries in which you are legally entitled to conduct your business activities and includes that area extending 1,000 feet beyond that area.

If you are a tenant, for purposes of **"time element coverage"**, **"premises"** includes those portions of the location not rented or intended to be rented to others.

60. **"Raw stock"** means material in the state in which you acquired it for conversion into **"finished stock"**.

61. **"Real property"** means:

**a.** Buildings, including their **"green roofing systems"**;

**b.** Permanent structures;

**c.** Equipment and apparatus used to maintain or service the buildings, structures, or their **"premises"** or **"reported unscheduled premises"**; and

**d.** Materials, equipment, supplies, and temporary structures used for making additions, alterations, or repairs to the buildings or permanent structures.

**"Real property"** does not mean:

**a.** **"Fine arts"**;

**b.** Land;

**c.** Water;

**d.** Underground mines, mine shafts, caverns, open pits, or quarries;

**e.** Growing crops or standing timber;

**f.** **"Outdoor trees, shrubs, plants, or lawns"**;

**g.** **"Research and development property"**;

**h.** **"Contractor's equipment"**;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

    **i.**   **"Contractor's employees' property"**;

    **j.**   **"Installation property"**;

    **k.**   **"Landscaping materials"**;

    **l.**   Property of others in your care, custody, or control for **"rigging"**; or

    **m.**  Launch facilities for spacecraft or satellites.

**62.** **"Recipient locations"** means locations owned or operated by others, who you depend on to accept your products or services.

**63.** **"Replacement cost"** means the lesser of:

    **a.** **Repair Cost**

    The cost to repair the **"real property"** or **"personal property"** at the time of direct physical loss or damage with new materials of like kind and quality, of similar size, for the same use or occupancy, and in compliance with all applicable zoning, land use, or construction codes in force at the time of loss or damage.  This includes the cost to reconstruct or remodel undamaged portions of the **"real property"** when those costs are a consequence of enforcement of such codes.

    **b.** **Rebuild Cost**

    The cost to rebuild the **"real property"** or **"personal property"**  at the time of direct physical loss or damage with new materials of like kind and quality, of similar size, for the same use or occupancy, and in compliance with all applicable zoning, land use, or construction codes in force at the time of loss or damage.  Unless otherwise required at the time of loss by the applicable codes, this cost will be based on rebuilding at the same location where the loss occurred.

    **c.** **Replace Cost**

    The cost to replace the **"real property"** or **"personal property"**  at the time of direct physical loss or damage with new materials of like kind and quality, of similar size, for the same use or occupancy, and in compliance with all applicable zoning, land use, or construction codes in force at the time of loss.  Unless otherwise required at the time of loss by the applicable codes, this cost will be based on replacing at the same location where the loss or damage occurred.

    If property of the same kind and quality is no longer available, we will pay to replace it with other property of similar quality and function, including property of greater processing capacity.

    **"Real property"** and **"personal property"** valuation includes the cost you paid for non-refundable or non-transferable extended warranties, maintenance contracts, or service contracts which were still in force at the time of loss or damage and are no longer valid as a result of loss of or damage to **"real property"** or **"personal property"**.

    If there is an ordinance or law in force at the time of loss or damage that regulates zoning, land use, or construction of **"real property"** or **"personal property"** at the **"premises"** or **"reported unscheduled premises"**, and if loss or damage covered by this Commercial Property Coverage Part causes a demolition order to be issued pursuant to any such ordinance or law, **"replacement cost"** includes the costs to demolish and clear the site of the undamaged portion of the **"real property"** or **"personal property"**.

**"Replacement cost"** does not mean:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

Case ID: 220500208
00072

a. Costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of, **"pollutants"** or **"microorganisms"**;

b. Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling, or remediation of property due to contamination by **"pollutants"** or due to the presence, growth, proliferation, spread, or any activity of **"microorganisms"**; or

c. Costs to comply with any ordinance or law that you were required to comply with before the loss or damage.

64. **"Reported unscheduled premises"** means permanently fixed locations for which you have submitted a schedule on file with us containing:

a. The address of the location and includes that area extending 1000 feet beyond the address;

b. An identification of the property, business income, or extra expense to be covered; and

c. The value of such identified property, business income, or extra expense.

If you are a tenant, for purposes of **"time element coverage"**, **"reported unscheduled premises"** includes those portions of the location not rented or intended to be rented to others.

**"Reported unscheduled premises"** does not mean:

a. A **"premises"**;

b. A **"newly acquired premises"**;

c. An **"unreported premises"**;

d. A fair or exhibition;

e. An **"installation or service premises"**;

f. A **"temporary storage location"**;

g. A **"rigging premises"**; or

h. With respect to loss or damage covered by any **"time element coverage"**, a **"dependent premises"**.

65. **"Research and development continuing expenses"** means your continuing normal operating expenses that are directly attributable to **"research and development operations"**, including payroll, rental payments as tenants, and factory overhead.

66. **"Research and development extended period of indemnity"** means the period of time that begins on the date the **"period of restoration"** ends and ends on the earlier of:

a. The effective date of new contracts that will utilize that portion of your **"research and development continuing expenses"** attributable to a suspension, lapse, or cancellation for which coverage is provided under paragraph **b.** of the Extended Period of Indemnity Additional Coverage; or

b. The date calculated by adding the number of days shown on the Declarations for Research and Development Extended Period of Indemnity--Business Income to the date the **"period of restoration"** ended.

67. **"Research and development operations"** means your business activities where **"research and development property"** is being planned, created, developed, or tested.

Case ID: 220500208
00073

68. **"Research and development property"** means:

   a.  Information which cannot be duplicated or purchased from another source, including any material it is inscribed, printed, written, or recorded upon, including documents, manuscripts, records, data, or programs, developed or used in conjunction with any research and development project;

   b.  Original or experimental property;

   c.  Prototypes or samples;

   d.  Experiments in progress;

   e.  Biological products, processes, or cultures; and

   f.  **"Research animals"**.

   **"Research and development property"** does not mean:

   a.  Animals, other than **"research animals"**;

   b.  **"Money"**, bills, notes, or **"securities"**;

   c.  **"Stock"**;

   d.  **"Fine arts"**; or

   e.  Growing plants or crops.

69. **"Research animal"** means any multi-cellular organism that is used in your **"research and development operations"**.

70. **"Rigging"** means rigging, hoisting, moving, erecting, lowering, and millwright work.

71. **"Rigging premises"** means a location for the purpose of:

   a.  **"Rigging"**;

   b.  Assembling or dismantling work done in connection with a **"rigging"** project; or

   c.  Operations incidental to a **"rigging"**, assembling, or dismantling project.

72. **"Salespersons samples"** means **"personal property"** that is in the custody of one of your salespersons and used only for sample purposes.

73. **"Scheduled property"** means those items described in the SCHEDULED PROPERTY COVERAGE FORM within the Coverage Territory.

   **"Scheduled property"** does not mean:

   a.  **"Real property"**;

   b.  **"Personal property"**;

   c.  Contraband or property in the course of illegal transportation or trade;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

Case ID: 220500208
00074

    **d.**  **"Money"**, bills, notes, or **"securities"**;

    **e.**  Waterborne property or property while being loaded onto or unloaded out of any watercraft, except while in the custody of a carrier for hire.

    **f.**  Vehicles or self-propelled machines (including aircraft or watercraft) that:

        **1)**  Are licensed for use on public roads; or

        **2)**  Are operated principally away from a **"premises"** or **"reported unscheduled premises"**;

    But not:

        **1)**  Vehicles or self-propelled machines you manufacture, process, warehouse, or hold for sale, other than vehicles licensed for use on public roads;

        **2)**  Vehicles licensed for use on public roads that you manufacture, process, warehouse, or hold for sale, while on a **"premises"** or **"reported unscheduled premises"**; or

        **3)**  Unpowered watercraft while out of water on a **"premises"** or **"reported unscheduled premises"**;

    **g.**  Property contained in underground mines, mine shafts, caverns, open pits, or quarries; or

    **h.**  Spacecraft, satellites, associated launch vehicles and any major components, including any property contained therein.

**74.** **"Securities"** means negotiable and non-negotiable instruments or contracts representing either **"money"** or property and includes:

    **a.**  Tokens, tickets, revenue, and other stamps whether or not in current use; and

    **b.**  Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you.

    **"Securities"** does not mean:

    **a.**  **"Money"**; or

    **b.**  Lottery tickets held for sale.

**75.** **"Sinkhole collapse"** means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or similar rock formations.

    **"Sinkhole collapse"** does not mean the:

    **a.**  Sinking or collapse of land into man-made underground cavities;

    **b.**  Sinking or collapse of land caused by or resulting from **"flood"**; or

    **c.**  Cost of filling sinkholes.

**76.** **"Specified causes of loss"** means the following:

    **a.**  Fire;

    **b.**  Lightning;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

Case ID: 220500208
00075

    **c.** Explosion;

    **d.** Windstorm or hail;

    **e.** Smoke;

    **f.** Aircraft or vehicles;

    **g.** Riot or civil commotion;

    **h.** Vandalism;

    **i.** Leakage from fire extinguishing equipment;

    **j.** **"Sinkhole collapse"**;

    **k.** Volcanic action;

    **l.** Falling objects, excluding loss or damage to:

        **1)** **"Personal property"** in the open; or

        **2)** The interior of buildings or property inside buildings, unless the roof or an outside wall of the building is first damaged by a falling object;

    **m.** Weight of snow, ice, or sleet;

    **n.** Accidental discharge or leakage of water or steam from any part of a system or appliance containing water or steam; and

    **o.** **"Equipment breakdown cause of loss"**, excluding loss of or damage to **"stock"** caused by the discharge, dispersal, release, or escape of refrigerants.

**77.** **"Stock"** means the following:

    **a.** **"Raw stock"**;

    **b.** **"Stock in process"**;

    **c.** **"Finished stock"**; and

    **d.** **"Merchandise"**.

**78.** **"Stock in process"** means **"raw stock"** which has undergone aging, seasoning, mechanical, or other process of manufacture but which has not become **"finished stock"**.

**79.** **"Suspended equipment"** means any boiler, fired or unfired vessel, refrigerating or air conditioning system, piping and its accessory equipment, and any mechanical or electrical machine or apparatus used for the generation, transmission, or utilization of mechanical or electrical power, provided we have complied with the requirements described in the Suspended Equipment Condition contained in the COMMERCIAL PROPERTY CONDITIONS.

**80.** **"Suspension"** means:

    **a.** The slowdown or cessation of your business activities; or

    **b.** That a part or all of the covered location is rendered untenantable.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

PPP-0103 (08 16)
Page 8 of 19

Case ID: 220500208
00076

81. **"Temporary storage location"** means a permanently fixed location that you lease, rent, or occupy for a period of less than one year where **"stock"** or **"installation property"** that is to become a permanent part of an **"installation or service premises"** is stored while waiting to be delivered to an **"installation or service premises"** and there is a written construction or installation contract or agreement to install that **"stock"** or **"installation property"** at that **"installation or service premises"**.

    **"Temporary storage location"** does not mean:

    **a.**  A **"premises"**;

    **b.**  A **"newly acquired premises"**;

    **c.**  A **"reported unscheduled premises"**;

    **d.**  A **"rigging premises"**;

    **e.**  A fair or exhibition; or

    **f.**  An **"unreported premises"**.

82. **"Time element coverage"** means the coverage provided under any of the following:

    **a.**  BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE);

    **b.**  BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY; or

    **c.**  EXTRA EXPENSE COVERAGE FORM.

83. **"Unreported premises"** means a permanently fixed location that contains **"real property"** or **"personal property"** in which you have an insurable interest, but has not been reported to us.

    **"Unreported premises"** does not mean:

    **a.**  A **"premises"**;

    **b.**  A **"newly acquired premises"**;

    **c.**  A **"reported unscheduled premises"**;

    **d.**  A **"rigging premises"**;

    **e.**  A fair or exhibition;

    **f.**  An **"installation or service premises"**;

    **g.**  A **"temporary storage location"**; or

    **h.**  With respect to loss or damage covered by any **"time element coverage"**, a **"dependent premises"**.

84. **"Your employees' personal property"** means personal property owned by your officers, directors, partners, **"managers"**, **"members"**, or employees (including leased or temporary employees).

85. **"Your personal property"** means personal property owned by you.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Contains copyrighted material of the American Association of Insurance Services.

PPP-0103 (08 16)
Page 19 of 19

Case ID: 220500208
00077

# Real and Personal Property Coverage Form



**Table of Contents**

| **Section** | **Page No.** |
|---|---|
| Coverage | 1 |
| Excluded Causes of Loss | 1 |
| Limitations | 5 |
| Deductible | 6 |
| Valuation | 6 |
| Optional Coverage | 7 |

Case ID: 220500208
00078



# Real and Personal Property Coverage Form

## A.  COVERAGE

We will pay for direct physical loss of or damage to **"real property"** and **"personal property"** at a **"premises"** directly caused by a **"covered cause of loss"**.  We will not pay more in any one occurrence than the applicable Limit of Insurance shown on the Declarations for such loss of or damage to Covered Property at that **"premises"**.

## B.  EXCLUDED CAUSES OF LOSS

### 1.  Artificially Maintained Conditions

We will not pay for loss of or damage to **"personal property"** caused by or resulting from the loss of or change in any artificially maintained or generated temperature, humidity, or atmosphere.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from an **"equipment breakdown cause of loss"**, **"mistake"**, or **"malfunction"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

This exclusion does not apply to *"electronic data processing hardware"* or **"duplicate information property"**.

### 2.  Cracking and Settling

We will not pay for loss or damage caused by or resulting from bulging, cracking, shrinkage, expansion, or settling of **"real property"** or **"personal property"**.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

### 3.  Disappearance or Shortage

We will not pay for loss caused by or resulting from disappearance or shortage disclosed on taking inventory or where there is no physical evidence to show what happened to the property.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

### 4.  Dishonest Acts

We will not pay for loss or damage caused by or resulting from fraudulent, dishonest, or criminal acts or omissions, committed by you, your partners, **"members"**, officers, **"managers"**, employees (including leased or temporary employees), directors, trustees, authorized representatives, or anyone else to whom you have entrusted the property for any purpose:

**a.**  Acting alone or in collusion with others; or

**b.**  Whether or not occurring during the hours of employment.

Case ID: 220500208
00079

This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

This exclusion does not apply to:

a.   Acts of vandalism committed by your employees (including leased or temporary employees); or

b.   Carriers for hire or anyone claiming to be a carrier for hire at the time the property is entrusted to them.

**5.   Earth Movement**

We will not pay for loss or damage caused directly or indirectly by **"earth movement"**.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.  But if **"earth movement"** results in fire, explosion, theft or sprinkler leakage, we will pay for that portion of the loss or damage which was solely caused by that fire, explosion, theft or sprinkler leakage.

**6.   Electronic Vandalism**

We will not pay for loss or damage caused by or resulting from **"electronic vandalism"**.

This exclusion applies even if the **"electronic vandalism"** was caused by or resulted from a **"mistake"** or **"malfunction"**.

**7.   Expected, Preventable, or Accumulated Losses**

We will not pay for loss or damage caused by or resulting from:

a.   Wear and tear;

b.   Smoke, vapor, or gas from agricultural smudging or industrial operations;

c.   Smog;

d.   Rust or other corrosion, decay, deterioration, fading, hidden or latent defect, or any quality of the property that causes it to damage or destroy itself;

e.   Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or

f.   Inherent vice.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**8.   Flood**

We will not pay for loss or damage caused directly or indirectly by **"flood"**.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.  But if **"flood"** results in fire, explosion, or theft, we will pay for that portion of the loss or damage which was solely caused by that fire, explosion, or theft.

Case ID: 220500208
00080

### 9. Governmental Action

We will not pay for loss or damage caused directly or indirectly by any seizure, confiscation, expropriation, nationalization, or destruction of property by order of governmental authority.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

This exclusion does not apply to:

**a.** Seizure or destruction of property by order of governmental authority and taken at the time of fire to prevent its spread; or

**b.** Demolition orders issued pursuant to any ordinance or law in effect at the time of loss or damage regulating construction, use, or repair of any property; provided such demolition order has become legally enforceable as a result of physical damage to:

**1)** Covered **"real property"**; or

**2)** Covered **"personal property"**;

directly caused by a **"covered cause of loss"**.

However, this exception does not apply to demolition orders issued pursuant to any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of, **"pollutants"** or **"microorganisms"**.

### 10. Impact Damage

We will not pay for loss or damage caused by or resulting from water, including water pressure, ice, or impact of watercraft to buildings or structures located on or partially over water, including retaining walls, bulkheads, piers, wharves, docks, or any other property located on those structures.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

### 11. Loss of Market or Delay

We will not pay for loss or damage caused by or resulting from loss of market, loss of use, or delay.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

### 12. Microorganisms

We will not pay for loss or damage consisting of, directly or indirectly caused by, contributed to, or aggravated by the presence, growth, proliferation, spread, or any activity of **"microorganisms"**, unless resulting from fire or lightning.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"specified cause of loss"**, other than fire or lightning, we will pay that portion of the loss or damage which was solely caused by that **"specified cause of loss"**.

We will also not pay for loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"microorganisms"**.

CamDen 220500208
00081

### 13. Nuclear Hazard

We will not pay for loss or damage caused directly or indirectly by nuclear reaction or radiation, or radioactive contamination, however caused.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.  But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for that portion of the loss or damage which was solely caused by that fire.

### 14. Off-Premises Service Interruption

We will not pay for loss or damage caused by or resulting from any **"off-premises service interruption"**.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

This exclusion does not apply to **"electronic data processing hardware"** or **"duplicate information property"**.

### 15. Pollutants

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release, or escape of **"pollutants"**.  But, if the discharge, dispersal, seepage, migration, release, or escape is caused by a **"specified cause of loss"**, we will pay only for that portion of the loss or damage solely caused by that **"specified cause of loss"**.

We will also not pay for loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"pollutants"**.

This exclusion does not apply to **"electronic data processing hardware"** or **"duplicate information property"**.

### 16. Process Failures, Defects, or Errors

We will not pay for any of the following:

**a.** Loss or damage due to spoilage, destruction, adulteration, discard, reduction in value, or any other loss or damage to **"stock"** caused by or resulting from a **"mistake"** or **"malfunction"** in the alteration, calibration, development, distribution, installation, manufacturing, maintenance, processing, repair, research, or testing of such **"stock"**.

**b.** Loss or damage, including the costs of correcting or making good, caused by or resulting from:

**1)** A **"mistake"** in planning, zoning, development, surveying, siting;

**2)** A **"mistake"** in design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**3)** A **"mistake"** in materials used in repair, construction, renovation, or remodeling; or

**4)** Insufficient or failure of maintenance or servicing,

of part or all of any property on or off a **"premises"**.

Case ID: 220500208
00082

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**c.** Loss or damage, including the costs of correcting or making good, caused by or resulting from incorporating **"defective materials"** into part or all of any property on or off a **"premises"**.

But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**d.** Loss of or damage to machinery or equipment while undergoing a pressure or electrical test.  This exclusion applies even if this excluded cause of loss was caused by or resulted from an **"equipment breakdown cause of loss"**, **"mistake"**, or **"malfunction"**.

But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**17. Suspended Equipment**

We will not pay for loss or damage caused by or resulting from an **"equipment breakdown cause of loss"** to **"suspended equipment"**.  This exclusion applies even if this excluded cause of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**18. War and Military Action**

We will not pay for loss or damage arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority by hindering or defending against any of these.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

## C. LIMITATIONS

**1.** The following types of property are covered only up to the Limits of Insurance shown below in any one occurrence for loss or damage due to theft:

**a.** $2,500 for furs, fur garments, and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum, and other precious alloys or metals.

This limit does not apply to:

**1)** Jewelry or watches worth $100 or less per item; or

**2)** Precious or semiprecious stones or metals used for industrial purposes.

Case ID: 220500208

00083

    **c.**  $250 for lottery tickets held for sale.

These Limits of Insurance are included in, and not in addition to, any other applicable Limits of Insurance.

**2.**  We will pay for direct physical loss of or damage to **"green roofing systems"** directly caused by a **"covered cause of loss"** other than loss or damage caused by or resulting from:

    **a.**  Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals;

    **b.**  Disease;

    **c.**  Changes in or extremes of temperature;

    **d.**  Dampness or dryness of atmosphere or of soil supporting the vegetation; or

    **e.**  Rain, snow, hail, ice, or sleet.

## D.  DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductibles shown on the Declarations.  We will then pay the amount of loss or damage in excess of the Deductibles, up to the applicable Limits of Insurance.

## E.  VALUATION

We will determine the amount of covered loss or damage as follows:

**1.**  Except as provided in 2., 3., 4., 5., 6., and 7. below, the lesser of the following amounts:

    **a.**  The **"replacement cost"**; or

    **b.**  The **"amount you actually spend"** to repair, rebuild, or replace the **"real property"** or **"personal property"** at the same or another location.

**2.**  Except as provided in 3., 5., 6., and 7. below, **"real property"** or **"personal property"**, other than **"improvements and betterments"**, which is not repaired, rebuilt, or replaced will be valued at the **"actual cash value"** at the time and place of loss or damage.  If you commence the repair, rebuilding, or replacement of the lost or damaged **"real property"** or **"personal property"** within 24 months from the date the loss or damage occurred, upon completion of the repair, rebuilding, or replacement, we will pay you the difference between the **"actual cash value"** previously paid and the **"replacement cost"** at the time of loss or damage.

**3.**  **"Merchandise"** which has been sold but not delivered and **"finished stock"** at the regular cash selling price, less any discounts and expenses you otherwise would have had.

**4.**  **"Stock in process"** at the value of **"raw stock"**, your labor expended, and your materials incorporated plus the proper proportion of your overhead charges, calculated in accordance with principles of Direct Costing.  In no event will overhead be calculated in accordance with the principles of Absorption Costing.

**5.**  **"Improvements and betterments"** at:

    **a.**  The **"replacement cost"** if you make repairs with reasonable speed.

    **b.**  A proportion of your original cost if you do not make repairs with reasonable speed.  We will determine the proportionate value as follows:

Case ID: 220500208
00084

1) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

2) Divide the amount determined in 1) above by the number of days from the installation of **"improvements and betterments"** to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will be used as the expiration of the lease.

c. That portion which has not been paid if others pay for repairs, rebuilding, or replacement.

6. **"Personal property"** which has been permanently removed from service at **"actual cash value"**.

7. **"Duplicate information property"** at the lesser of:

a. The cost to purchase a duplicate copy, if a duplicate copy exists and is available for sale; or

b. The cost of blank materials, plus any cost incurred to copy data onto blank materials from a duplicate source on the same type of materials, provided such copying does not violate licensing or contract agreements.

## F. OPTIONAL COVERAGE

**Margin Clause**

If Margin Clause is shown on the Declarations, we will not pay more than the lesser of the following:

1. The amount of covered loss or damage at the **"premises"**; or

2. The percentage applied to the applicable Limit of Insurance for such property at the **"premises"**.

The most we will pay is the applicable percentage shown on the Declarations for Margin Clause.  However, in no event will we pay more than $5,000,000 over the applicable Limits of Insurance shown on the Declarations for that **"premises"**.

This Optional Coverage for **"real property"** or **"personal property"** does not apply to:

1. Any Limit of Insurance applicable to more than one **"premises"**; or

2. Any other Limit of Insurance applicable for which a specific coverage Limit of Insurance is provided.

Case ID: 220500208
00085

# Additional Coverages Form



**Table of Contents**

| Section | Page No. |
|---|---|
| Additional Coverages | 1 |
|    Consequential Loss--Net Leasehold Interest | 1 |
|    Consequential Loss--Tenant's Improvements and Betterments | 2 |
|    Consequential Loss--Undamaged Stock | 2 |
|    Contamination by a Refrigerant. | 2 |
|    Debris Removal | 3 |
|    Deferred Payments | 3 |
|    Electronic Vandalism--Direct Damage | 4 |
|    Expediting Expense | 4 |
|    Fairs or Exhibitions | 4 |
|    Fire Department Service Charge | 4 |
|    Fire Protective Equipment Refills | 5 |
|    Inflation Guard | 5 |
|    Lock and Key Replacement | 5 |
|    Microorganisms | 6 |
|    Newly Acquired Premises | 6 |
|    Newly Acquired Property … | 6 |
|    Off-Premises Service Interruption--Direct Damage | 7 |
|    Outdoor Trees, Shrubs, Plants, or Lawns | 7 |
|    Pollutant Clean Up and Removal--Land and Water | 8 |
|    Preservation of Property | 8 |
|    Professional Fees | 8 |

Case ID: 220500208
00086

**Section**                                                                                              **Page No.**

Reported Unscheduled Premises ...........................................................................   8

Reward Payments ...............................................................................................   9

Salespersons Samples ........................................................................................   9

Spoilage--Equipment Breakdown...........................................................................   9

Theft Damage to Buildings....................................................................................   9

Unreported Premises ..........................................................................................   10

Deductible .........................................................................................................   10

Case ID: 220500208
00087



# Additional Coverages Form

## A.  ADDITIONAL COVERAGES

The following are Additional Coverages to coverages set forth in this Commercial Property Coverage Part.  If you have not chosen a coverage elsewhere in this Commercial Property Coverage Part, there is no coverage under its corresponding Additional Coverages.  For example, if you do not have coverage for **"stock"** under the REAL AND PERSONAL PROPERTY COVERAGE FORM, you will not have coverage related to **"stock"** under the Consequential Loss--Undamaged Stock Additional Coverage, or any other Additional Coverage for **"stock"**.

Each of the following Additional Coverages apply independently of one another.  Unless otherwise stated, the excluded causes of loss, exclusions, terms, and conditions in the applicable Coverage Forms apply to these Additional Coverages.

The most we will pay for loss, damage, cost, or expense under any of the following Additional Coverages are the Limits of Insurance shown on the Declarations.  Limits for these Additional Coverages apply in addition to any other applicable policy limits, unless otherwise stated.

### 1.  Consequential Loss--Net Leasehold Interest

We will pay for the loss of **"net leasehold interest"** you sustain when your lease is cancelled:

**a.**  By the lessor; and

**b.**  As a result of a valid condition of your lease,

due to direct physical loss of or damage to **"real property"** or **"personal property"** directly caused by a **"covered cause of loss"** at a **"premises"** or **"reported unscheduled premises"**.  We will not pay more than the **"net leasehold interest"** at the time of the cancellation of the lease.  However, if your lease is cancelled and your landlord lets you continue to use the **"premises"** or **"reported unscheduled premises"** under a new lease, we will not pay more than:

**a.**  The rent you will pay under the new lease; minus

**b.**  The rent you were paying at the time of cancellation.

We will not pay under this Additional Coverage if the **"premises"** or **"reported unscheduled premises"** where the lease is cancelled had been vacant for more than 60 consecutive days prior to the loss or damage unless you had entered into an agreement to sublease the **"premises"** or **"reported unscheduled premises"**.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Consequential Loss--Net Leasehold Interest.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

Case ID: 220500208
00088

**2.    Consequential Loss--Tenant's Improvements and Betterments**

We will pay for the value of undamaged **"improvements and betterments"** when your lease is cancelled:

**a.**    By the lessor; and

**b.**    As a result of a valid condition of your lease,

due to direct physical loss of or damage to **"real property"** or **"personal property"** directly caused by a **"covered cause of loss"** at a **"premises"** or **"reported unscheduled premises"**.

If you rent an entire building, we will pay only if:

**a.**    At least 25% of the area of that entire building has been damaged; or

**b.**    A minimum of 6 months remains in your current lease and at least 6 months is required to repair the building for your occupancy.

If you rent a portion of a building, we will only pay if:

**a.**    A minimum of 6 months remains in your lease; and

**b.**    At least 6 months is required to repair the building for your occupancy.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Consequential Loss--Tenant's Improvements and Betterments.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**3.    Consequential Loss--Undamaged Stock**

We will pay for the consequential loss in value of undamaged **"stock"** which has become unmarketable as a complete product because of direct physical loss of or damage to other **"stock"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Consequential Loss--Undamaged Stock.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**4.    Contamination by a Refrigerant**

We will pay for direct physical loss of or damage to **"stock"** caused by the release or escape of refrigerants from any equipment located at a **"premises"** or **"reported unscheduled premises"** provided the release or escape was not caused by or resulted from **"flood"** or **"earth movement"**.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Contamination by a Refrigerant.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

Case ID: 220500208
00089

**5.   Debris Removal**

    **a.**    We will pay your expense to remove debris of Covered Property, for which a Limit of Insurance is shown on the Declarations, remaining after a **"covered cause of loss"**.   The most we will pay under this Additional Coverage for Debris Removal is the remaining applicable Limit of Insurance for the Covered Property shown on the Declarations after payment of the covered physical loss or damage.

        If the total of the loss or damage and debris removal expense exceeds the applicable Limit of Insurance, we will pay the remaining debris removal expenses.   The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Debris Removal--Supplemental Limit.

    **b.**    If wind causes direct physical loss of or damage to Covered Property, we will also pay for the expenses you incur to remove debris of uncovered property that is blown on to the **"premises"** or **"reported unscheduled premises"** by wind and to remove debris of **"outdoor trees, shrubs, plants, or lawns"** damaged by wind.

        The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Debris Removal--Uncovered Property.

In no event will there be any coverage under this Debris Removal Additional Coverage for any costs to:

    **a.**    Extract **"pollutants"** from land or water; or

    **b.**    Remove, restore, or replace polluted land or water.

The expenses will be paid only if they are reported to us in writing within 180 days of the date of loss or damage.

**6.   Deferred Payments**

We will pay your financial interest in **"personal property"** that suffers direct physical loss or damage directly caused by a **"covered cause of loss"** after delivery to buyers and sold by you on a conditional sale or trust agreement, or any installment or deferred payment plan.

This Additional Coverage does not apply to default of such agreement or plan by the buyer.

We will determine the amount of covered loss or damage as follows:

    **a.**    In the event of a total loss and the buyer refuses to continue payment, coverage will be valued based on the amount shown on your books as due from the buyer;

    **b.**    In the event of partial loss or damage and the buyer refuses to continue payment, forcing you to repossess, coverage will be valued as follows:

        If the realized value of the repossessed **"personal property"** is:

        **1)**    Greater than or equal to the amount shown on your books as due from the buyer, we will make no payment; or

        **2)**    Less than the amount shown on your books as due from the buyer, we will pay the difference, less any amount that was past due at the time of loss by more than 30 days; and

    **c.**    When a loss occurs and the buyer continues to pay you, there will be no loss payment.

Case ID: 220500208
00090

The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Deferred Payments.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**7.   Electronic Vandalism--Direct Damage**

We will pay for loss of or damage to **"accounts receivable records"**, **"duplicate information property"**, **"electronic data processing hardware"**, **"original information property"** or **"research and development property"** caused by **"electronic vandalism"**.

The most we will pay under this Additional Coverage in any one policy year is the Annual Aggregate Limit of Insurance shown on the Declarations for Electronic Vandalism--Direct Damage.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**8.   Expediting Expense**

In the event of covered loss of or damage to **"real property"** or **"personal property"** at a **"premises"** or **"reported unscheduled premises"** directly caused by a **"covered cause of loss"**, we will pay reasonable and necessary additional expenses you incur for temporary repair of damage to such **"real property"** or **"personal property"** and the additional expenses you incur for expediting the permanent repair or replacement of such damaged property.  This Additional Coverage does not include expenses recoverable elsewhere in this Commercial Property Coverage Part.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Expediting Expense.

**9.   Fairs or Exhibitions**

We will pay for direct physical loss of or damage to **"personal property"**:

**a.**   At fairs or exhibitions; and

**b.**   In transit to or from fairs or exhibitions,

directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Fairs or Exhibitions--Personal Property.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**10.   Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a **"covered cause of loss"** at a **"premises"** or **"reported unscheduled premises"**, we will pay for your liability for the fire department service charges:

**a.**   Assumed by contract or agreement prior to loss; or

**b.**   Required by local ordinance, law, or statute.

Case ID: 220500208
00091

We will also pay for those costs incurred by your fire brigade to save or protect Covered Property from a fire, but not including the costs to refill fire protective equipment.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Fire Department Service Charge.

No deductible applies to this Additional Coverage.

**11.   Fire Protective Equipment Refills**

We will pay the reasonable and necessary costs you incur to refill fire protective equipment which has been discharged:

**a.**   Accidentally; or

**b.**   In the course of saving or protecting Covered Property from a **"covered cause of loss"**.

No Limit applies to this Additional Coverage.

**12.   Inflation Guard**

The Limits of Insurance to which the Inflation Guard applies will automatically increase by the annual percentage shown on the Declarations.

The amount of the increase will be:

**a.**   The Limit of Insurance that applied on the most recent of this Commercial Property Coverage Part's inception date, anniversary date, or date of any other Commercial Property Coverage Part change amending the Limit of Insurance, multiplied by

**b.**   The percentage of annual increase shown on the Declarations, expressed as a decimal (Example: 8% is .08), multiplied by

**c.**   The number of days since the beginning of the most recent Commercial Property Coverage Part year or the effective date of the most recent Commercial Property Coverage Part change amending the Limit of Insurance, divided by 365.

**Example:**

| If: | The applicable Limit of Insurance is | $100,000 |
|---|---|---|
| | The annual percentage increase is | 8% |
| | The number of days since the beginning of the Coverage Part Year (or last Coverage Part change) is | 146 |
| Then: | The amount of increase is $100,000 x .08 x 146 / 365 = | $   3,200 |
| | The available Limit of Insurance is | $103,200 |

**13.   Lock and Key Replacement**

We will pay the reasonable cost of:

**a.**   Entry key replacement if keys to a **"premises"** or **"reported unscheduled premises"** are stolen; or

**b.**   Entry lock repair or replacement made necessary by theft or attempted theft at a **"premises"** or **"reported unscheduled premises"**.

Case ID: 220500208
00092

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Lock and Key Replacement.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**14.    Microorganisms**

We will pay the following when **"microorganisms"** are the result of a **"covered cause of loss"**, other than fire or lightning:

**a.**      Direct physical loss of or damage to Covered Property caused by **"microorganisms"**, including the cost of removal of the **"microorganisms"**;

**b.**      The reasonable cost to tear out and replace any part of the covered building or other property needed to gain access to the **"microorganisms"**; and

**c.**      The reasonable cost of testing performed after removal, repair, replacement, or restoration of the damaged property is completed, provided there is a reason to believe that the **"microorganisms"** are still present.

The most we will pay under this Additional Coverage in any one policy year is the Annual Aggregate Limit of Insurance shown on the Declarations for Microorganisms.  Regardless of the number of claims, this Limit is the most we will pay for the total of all loss, damage, or cost, even if the **"microorganisms"** continue to be present, active, or recur.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**15.    Newly Acquired Premises**

We will pay for direct physical loss of or damage to **"real property"** or **"personal property"** at a **"newly acquired premises"** directly caused by a **"covered cause of loss"**.

This Additional Coverage will automatically expire on the earliest of the following dates:

**a.**      The date you report the **"newly acquired premises"** to us;

**b.**      The number of days shown on the Declarations from the date the location becomes a **"newly acquired premises"**; or

**c.**      The date this policy expires or is cancelled.

We will charge you additional premium for values reported from the date the location becomes a **"newly acquired premises"**.

The most we will pay under this Additional Coverage at any one **"newly acquired premises"** is the applicable Limit of Insurance shown on the Declarations for Newly Acquired Premises.

**16.    Newly Acquired Property**

We will pay for direct physical loss of or damage to:

Case ID: 220500208
00093

**a.** Your newly acquired or constructed **"real property"** at a **"premises"** if coverage is not currently shown for **"real property"** at that **"premises"** on the Declarations; and

**b.** Your newly acquired **"personal property"** at a **"premises"** if coverage is not currently shown for **"personal property"** at that **"premises"** on the Declarations.

This Additional Coverage will automatically expire on the earliest of the following dates:

**a.** The date you report the newly acquired property to us;

**b.** The number of days shown on the Declarations from the date construction of **"real property"** begins or completed **"real property"** or **"personal property"** is acquired; or

**c.** The date this policy expires or is cancelled.

We will charge you additional premium for values reported from the date construction of **"real property"** begins or **"personal property"** or completed **"real property"** is acquired.

The most we will pay under this Additional Coverage at any one **"premises"** is the applicable Limit of Insurance shown on the Declarations for Newly Acquired Property.

**17.    Off-Premises Service Interruption--Direct Damage**

We will pay for direct physical loss of or damage to **"real property"** and **"personal property"** at a **"premises"** or **"reported unscheduled premises"** directly caused by an **"off-premises service interruption"**.  The interruption must result from direct physical loss or damage directly caused by a **"covered cause of loss"** to any property located away from the **"premises"** or **"reported unscheduled premises"** and used to provide any of the following services to the **"premises"** or **"reported unscheduled premises"**:

**a.** Water;

**b.** Power, including steam and natural gas; or

**c.** Communication.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Off-Premises Service Interruption--Direct Damage.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**18.    Outdoor Trees, Shrubs, Plants, or Lawns**

We will pay for direct physical loss of or damage to **"outdoor trees, shrubs, plants, or lawns"** at a **"premises"** or **"reported unscheduled premises"** directly caused by:

**a.** Fire;

**b.** Lightning;

**c.** Explosion;

**d.** Riot or civil commotion; or

**e.** Aircraft.

Case ID: 220500208
00094

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** and for any one tree, shrub, plant, or lawn are the Limits of Insurance shown on the Declarations for Outdoor Trees, Shrubs, Plants, or Lawns.

**19.   Pollutant Clean Up and Removal--Land and Water**

We will pay the reasonable expenses you incur to extract **"pollutants"** from land or water at a **"premises"** or **"reported unscheduled premises"** if the discharge, dispersal, seepage, migration, release, or escape of the **"pollutants"** is directly caused by a **"covered cause of loss"**.

This Additional Coverage does not apply to the costs to test for, monitor, or assess the existence, concentration, or effects of **"pollutants"**.  But we will pay for the reasonable cost of testing performed in the course of extracting the **"pollutants"** from the land or water.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** in any one policy year is the Annual Aggregate Limit of Insurance shown on the Declarations for Pollutant Clean Up and Removal--Land and Water.

The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the **"covered cause of loss"** occurs.

**20.   Preservation of Property**

If Covered Property is removed from a **"premises"** or **"reported unscheduled premises"** to preserve it from actual or imminent physical loss or damage caused by a **"covered cause of loss"**:

We will pay for:

a.     Any direct physical loss of or damage to Covered Property while it is being moved to or while stored at another location for up to the number of days shown on the Declarations for Preservation of Property; and

b.     The reasonable cost to remove Covered Property from the **"premises"** or **"reported unscheduled premises"**.

The Limit for this Additional Coverage is included in, and not in addition to, the applicable Limit of Insurance shown on the Declarations for that Covered Property.

**21.   Professional Fees**

We will reimburse you for the reasonable expenses you incur for professional services for auditors, accountants, architects, or engineers which are necessary to prepare a statement of loss or exhibits required in connection with any loss covered under this Commercial Property Coverage Part.   This Additional Coverage does not apply to fees and costs of:

a.     Your employees; or

b.     Attorneys, public adjusters, loss appraisers, or loss consultants.

The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Professional Fees.

**22.   Reported Unscheduled Premises**

We will pay for direct physical loss of or damage to **"real property"** and **"personal property"** at a **"reported unscheduled premises"** directly caused by a **"covered cause of loss"**.

Case ID: 220500208
00095

The most we will pay under this Additional Coverage at any one **"reported unscheduled premises"** is the applicable Limit of Insurance shown on the Declarations for Reported Unscheduled Premises.

**23.    Reward Payments**

We will reimburse you for rewards you pay for information leading to:

**a.**    The successful return of undamaged stolen Covered Property to you or a law enforcement agency; or

**b.**    The arrest and conviction of any persons for having damaged or stolen your Covered Property.

The reward payments must be documented.

The most we will pay under this Additional Coverage in any one occurrence is 25% of the covered loss, prior to the application of any applicable deductible and recovery of any Covered Property, up to the Limit of Insurance shown on the Declarations for Reward Payments.

**24.    Salespersons Samples**

We will pay for direct physical loss of or damage to **"salespersons samples"** in transit while in the custody of a salesperson or at any location, other than a **"premises"** or **"reported unscheduled premises"**, directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Salespersons Samples.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**25.    Spoilage--Equipment Breakdown**

We will pay for direct physical loss of or damage to **"stock"** at a **"premises"** or **"reported unscheduled premises"** directly caused by the loss of or changes in any artificially maintained or generated temperature, humidity, or atmosphere resulting from an **"equipment breakdown cause of loss"** to atmosphere control equipment at the **"premises"** or **"reported unscheduled premises"**.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Spoilage--Equipment Breakdown.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**26.    Theft Damage to Buildings**

We will pay for direct physical loss of or damage to **"real property"** at a **"premises"** or **"reported unscheduled premises"** in which you are a tenant directly caused by theft, burglary, or robbery, provided you are legally obligated to pay for such loss or damage.

The most we will pay under this Additional Coverage is the Limit of Insurance shown on the Declarations for **"personal property"** at that **"premises"** or **"reported unscheduled premises"**.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

Case ID: 220500208
00096

**27.    Unreported Premises**

We will pay for direct physical loss of or damage to **"real property"** and **"personal property"**, other than **"salespersons samples"** or property in transit, at an **"unreported premises"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage at any one **"unreported premises"** is the Limit of Insurance shown on the Declarations for Unreported Premises.

**B.    DEDUCTIBLE**

We will not pay for loss, damage, cost, or expense in any one occurrence until the amount of loss, damage, cost, or expense exceeds the applicable Deductibles shown on the Declarations.  We will then pay the amount of loss, damage, cost, or expense in excess of the Deductibles, up to the applicable Limits of Insurance.

Case ID: 220500208
00097



# Accounts Receivable Coverage Form (Revenue Loss)

**Table of Contents**

| Section | Page No. |
|---|---|
| Coverages | 1 |
| Excluded Causes of Loss | 1 |
| Deductible | 5 |
| Valuation | 5 |

Case ID: 220500208
00098



# Accounts Receivable Coverage Form (Revenue Loss)

**A.  COVERAGES**

**1.  Accounts Receivable (Revenue Loss)**

We will pay for:

**a.**  The **"money"** due you from customers that you are unable to collect;

**b.**  Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts; and

**c.**  Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage;

that result from direct physical loss of or damage to your **"accounts receivable records"** at a **"premises"** or **"reported unscheduled premises"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Marine Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Accounts Receivable (Revenue Loss).

**2.  Accounts Receivable (Revenue Loss)--Away From Premises**

We will also pay for:

**a.**  The **"money"** due you from customers that you are unable to collect;

**b.**  Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts; and

**c.**  Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage;

that result from direct physical loss of or damage to your **"accounts receivable records"** away from a **"premises"** or **"reported unscheduled premises"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Marine Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Accounts Receivable (Revenue Loss)--Away From Premises.

**B.  EXCLUDED CAUSES OF LOSS**

**1.  Alteration, Falsification, Concealment, or Destruction**

We will not pay for loss or damage caused by or resulting from alteration, falsification, concealment, or destruction of **"accounts receivable records"** done to conceal the wrongful giving, taking, or withholding of **"money"**, **"securities"**, or other property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0112 (08 16)
Page 1 of 5

Case ID: 220500208
00099



**2. Bookkeeping, Accounting, or Billing Mistakes**

We will not pay for loss or damage caused by or resulting from a **"mistake"** or **"malfunction"** in bookkeeping, accounting, or billing.

**3. Defects or Errors**

We will not pay for any of the following:

**a.** Loss or damage caused by or resulting from a **"mistake"** in:

**1)** Programming;

**2)** Instructions to a machine; or

**3)** Installation or maintenance of **"electronic data processing hardware"** or component parts.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**b.** Loss or damage, including the costs of correcting or making good, caused by or resulting:

**1)** A **"mistake"** in planning, zoning, development, surveying, siting;

**2)** A **"mistake"** in design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**3)** A **"mistake"** in materials used in repair, construction, renovation, or remodeling; or

**4)** Insufficient or failure of maintenance or servicing;

of part or all of any property on or off a **"premises"** or **"reported unscheduled premises"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**c.** Loss or damage, including the costs of correcting or making good, caused by or resulting from incorporating **"defective materials"** into part or all of any property on or off a **"premises"** or **"reported unscheduled premises"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**4. Disappearance or Shortage**

We will not pay for loss caused by or resulting from disappearance or shortage disclosed on taking inventory or where there is no physical evidence to show what happened to the **"accounts receivable records"**. This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

**5. Dishonest Acts**

We will not pay for loss or damage caused by or resulting from fraudulent, dishonest, or criminal acts or omissions, committed by you, your partners, **"members"**, officers, **"managers"**, employees (including leased or temporary employees), directors, trustees, authorized representatives, or anyone else to whom you have entrusted the **"accounts receivable records"** for any purpose:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0112 (08 16)

Page 8 of 57

Case ID: 220500208
00100

**a.** Acting alone or in collusion with others; or

**b.** Whether or not occurring during the hours of employment.

This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

This exclusion does not apply to:

**a.** Acts of vandalism committed by your employees (including leased or temporary employees); or

**b.** Carriers for hire or anyone claiming to be a carrier for hire at the time the property is entrusted to them.

**6. Earth Movement**

We will not pay for loss or damage caused directly or indirectly by **"earth movement"**. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered. But if **"earth movement"** results in fire, explosion, theft, or sprinkler leakage we will pay for that portion of the loss or damage which was solely caused by that fire, explosion, theft or sprinkler leakage.

**7. Electronic Vandalism**

We will not pay for loss or damage caused by or resulting from **"electronic vandalism"**.

This exclusion applies even if the **"electronic vandalism"** was caused by or resulted from a **"mistake"** or **"malfunction"**.

**8. Expected, Preventable, or Accumulated Losses**

We will not pay for loss or damage caused by or resulting from:

**a.** Wear and tear;

**b.** Smoke, vapor, or gas from agricultural smudging or industrial operations;

**c.** Smog;

**d.** Rust or other corrosion, decay, deterioration, fading, hidden or latent defect, or any quality of the property that causes it to damage or destroy itself;

**e.** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or

**f.** Inherent vice.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 220500208
00101

9. **Flood**

We will not pay for loss or damage caused directly or indirectly by **"flood"**. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered. But if **"flood"** results in fire, explosion, or theft, we will pay for that portion of the loss or damage which was solely caused by that fire, explosion, or theft.

10. **Governmental Action**

We will not pay for loss or damage caused directly or indirectly by any seizure, confiscation, expropriation, nationalization, or destruction of property by order of governmental authority. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

This exclusion does not apply to acts of destruction of **"accounts receivable records"** ordered by governmental authority and taken at the time of fire to prevent its spread.

11. **Loss of Market or Delay**

We will not pay for loss or damage caused by or resulting from loss of market, loss of use, or delay. This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

12. **Microorganisms**

We will not pay for loss or damage consisting of, directly or indirectly caused by, contributed to, or aggravated by the presence, growth, proliferation, spread, or any activity of **"microorganisms"**, unless resulting from fire or lightning. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"specified cause of loss"**, other than fire or lightning, we will pay that portion of the loss or damage which was solely caused by that **"specified cause of loss"**.

We will also not pay for loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"microorganisms"**.

13. **Nuclear Hazard**

We will not pay for loss or damage caused directly or indirectly by nuclear reaction or radiation, or radioactive contamination, however caused. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for that portion of the loss or damage which was solely caused by that fire.

14. **War and Military Action**

We will not pay for loss or damage arising, directly or indirectly, out of:

a.   War, including undeclared or civil war;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 220500208
00102

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority by hindering or defending against any of these.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

## C.  DEDUCTIBLE

We will not pay for loss, damage, or expense in any one occurrence until the amount of loss, damage, or expense exceeds the applicable Deductibles shown on the Declarations.  We will then pay the amount of loss, damage, or expense in excess of the Deductibles, up to the applicable Limits of Insurance.

## D.  VALUATION

If you cannot accurately establish the amount of accounts receivable outstanding at the time of loss or damage to **"accounts receivable records"**, the following method will be used to determine the amount of covered loss, damage, or expense:

**1.** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurred; and

**2.** Adjust that total for normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

The following will be deducted from the total amount of accounts receivable, however that amount is established:

**1.** The amount of the accounts receivable for which there is no loss or damage;

**2.** The amount of the accounts receivable that you are able to re-establish or collect;

**3.** An amount to allow for probable bad debts that you are normally unable to collect; and

**4.** All unearned interest and service charges.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 220500208
00103



# Fine Arts Coverage Form

**Table of Contents**

| **Section** | **Page No.** |
|---|---|
| Coverages | 1 |
| Excluded Causes of Loss | 1 |
| Deductible | 4 |
| Valuation | 4 |

Case ID: 220500208
00104



# Fine Arts Coverage Form

## A. COVERAGES

### 1. Fine Arts

We will pay for direct physical loss of or damage to **"fine arts"** at a **"premises"** or **"reported unscheduled premises"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Marine Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Fine Arts.

### 2. Fine Arts--Away From Premises

We will also pay for direct physical loss of or damage to **"fine arts"** away from a **"premises"** or **"reported unscheduled premises"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Marine Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Fine Arts--Away From Premises.

## B. EXCLUDED CAUSES OF LOSS

### 1. Defects or Errors

We will not pay for any of the following:

**a.** Loss or damage, including the costs of correcting or making good, caused by or resulting from:

   **1)** A "mistake" in planning, zoning, development, surveying, siting;

   **2)** A "mistake" in design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   **3)** A "mistake" in materials used in repair, construction, renovation, or remodeling; or

   **4)** Insufficient or failure of maintenance or servicing,

of part or all of any property on or off a **"premises"** or **"reported unscheduled premises"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**b.** Loss or damage, including the costs of correcting or making good, caused by or resulting from incorporating **"defective materials"** into part or all of any property on or off a **"premises"** or **"reported unscheduled premises"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.


Case ID: 220500208
00105

**2. Disappearance or Shortage**

We will not pay for loss caused by or resulting from disappearance or shortage disclosed on taking inventory or where there is no physical evidence to show what happened to the **"fine arts"**. This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

**3. Dishonest Acts**

We will not pay for loss or damage caused by or resulting from fraudulent, dishonest, or criminal acts or omissions, committed by you, your partners, **"members"**, officers, **"managers"**, employees (including leased or temporary employees), directors, trustees, authorized representatives, or anyone else to whom you have entrusted the **"fine arts"** for any purpose:

**a.** Acting alone or in collusion with others; or

**b.** Whether or not occurring during the hours of employment.

This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

This exclusion does not apply to:

**a.** Acts of vandalism committed by your employees (including leased or temporary employees); or

**b.** Carriers for hire or anyone claiming to be a carrier for hire at the time the property is entrusted to them.

**4. Earth Movement**

We will not pay for loss or damage caused directly or indirectly by **"earth movement"**. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered. But if **"earth movement"** results in fire, explosion, theft, or sprinkler leakage, we will pay for that portion of the loss or damage which was solely caused by that fire, explosion, theft, or sprinkler leakage.

**5. Expected, Preventable, or Accumulated Losses**

We will not pay for loss or damage caused by or resulting from:

**a.** Wear and tear;

**b.** Smoke, vapor, or gas from agricultural smudging or industrial operations;

**c.** Smog;

**d.** Rust or other corrosion, decay, deterioration, fading, hidden or latent defect, or any quality of the property that causes it to damage or destroy itself;

**e.** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or

**f.** Inherent vice.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0114 (08 16)
Page 4 of 5

Case ID: 220500208
00106

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**6. Flood**

We will not pay for loss or damage caused directly or indirectly by **"flood"**. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered. But if **"flood"** results in fire, explosion, or theft, we will pay for that portion of the loss or damage which was solely caused by that fire, explosion, or theft.

**7. Governmental Action**

We will not pay for loss or damage caused directly or indirectly by any seizure, confiscation, expropriation, nationalization, or destruction of property by order of governmental authority. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

This exclusion does not apply to:

**a.** Seizure or destruction of **"fine arts"** by order of governmental authority and taken at the time of fire to prevent its spread; or

**b.** Demolition orders issued pursuant to any ordinance or law in effect at the time of loss or damage regulating construction, use, or repair of any property; provided such demolition order has become legally enforceable as a result of physical damage to:

   **1)** Covered **"real property"**; or

   **2)** Covered **"personal property"**,

   directly caused by a **"covered cause of loss"**.

   However, this exception does not apply to demolition orders issued pursuant to any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of, **"pollutants"** or **"microorganisms"**.

**8. Loss of Market or Delay**

We will not pay for loss or damage caused by or resulting from loss of market, loss of use, or delay. This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

**9. Microorganisms**

We will not pay for loss or damage consisting of, directly or indirectly caused by, contributed to, or aggravated by the presence, growth, proliferation, spread, or any activity of **"microorganisms"**, unless resulting from fire or lightning. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"specified cause of loss"**, other than fire or lightning, we will pay that portion of the loss or damage which was solely caused by that **"specified cause of loss"**.

Case ID: 220500208
00107

We will also not pay for loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"microorganisms"**.

**10. Nuclear Hazard**

We will not pay for loss or damage caused directly or indirectly by nuclear reaction or radiation, or radioactive contamination, however caused.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.   But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for that portion of the loss or damage which was solely caused by that fire.

**11. Pollutants**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release, or escape of **"pollutants"**.  But, if the discharge, dispersal, seepage, migration, release, or escape is caused by a **"specified cause of loss"**, we will pay only for that portion of the loss or damage which was solely caused by that **"specified cause of loss"**.

We will also not pay for loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"pollutants"**.

**12. Repair, Restoration, or Retouching**

We will not pay for loss of or damage to **"fine arts"** caused by or resulting from repair, restoration, or retouching.

**13. War and Military Action**

We will not pay for loss or damage arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority by hindering or defending against any of these.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

**C.  DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductibles shown on the Declarations.  We will then pay the amount of loss or damage in excess of the Deductibles, up to the applicable Limits of Insurance.

**D.  VALUATION**

**1.** **"Fine arts"** are valued based on the lesser of:

**a.** **"Market value"** at the time of loss or damage; or

CamIID 220500208
00108

   **b.**  The value of **"fine arts"** that are individually listed and described on the schedule on file with us.

**2**. **Pairs or Sets**

In case of loss to any part of a pair or set, we may:

   **a.** Repair or replace any part to restore the pair or set to its value before the loss; or

   **b.**  Pay the difference between the value of the pair or set before and after the loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 220500208
00109



# Installation and Service Property Coverage Form

**Table of Contents**

| <u>Section</u> | <u>Page No.</u> |
|---|---|
| Coverages | 1 |
| Excluded Causes of Loss | 2 |
| Deductible | 5 |
| Additional Conditions | 5 |
| Valuation | 5 |

Case ID: 220500208
00110



# Installation and Service Property Coverage Form

## A. COVERAGES

**1. Stock to be Installed**

We will pay for direct physical loss of or damage to **"stock"** directly caused by a **"covered cause of loss"** while such **"stock"** is:

**a.** At an **"installation or service premises"**;

**b.** At a **"temporary storage location"**; or

**c.** In transit, to or from an **"installation or service premises"** or a **"temporary storage location"**.

Coverage ends at the earlier of the following:

**a.** Your insurable interest in the **"stock"** ceases;

**b.** The **"stock"** is accepted by the purchaser;

**c.** The **"stock"** is installed and you have been paid;

**d.** The **"stock"** is installed and put to its intended use; or

**e.** The policy expires or is cancelled.

The most we will pay under this Marine Coverage in any one occurrence is the applicable Limit of Insurance shown on the Declarations for Installation and Service Property--Stock to be Installed.

**2. Tools and Equipment**

We will pay for direct physical loss of or damage to:

**a.** **"Personal property"** that are tools and equipment; and

**b.** Vehicles that are not licensed for use on public roads,

used by you to install or service property at an **"installation or service premises"** directly caused by a **"covered cause of loss"**.  Coverage applies while such property is:

**a.** At an **"installation or service premises"**; or

**b.** In transit, to or from an **"installation or service premises"**.

The most we will pay under this Marine Coverage for any one item and in any one occurrence is the applicable Limit of Insurance shown on the Declarations for Installation and Service Property--Tools and Equipment or in a schedule on file with us.

Case ID: 220500208
00111

**B.   EXCLUDED CAUSES OF LOSS**

**1.   Artificially Maintained Conditions**

We will not pay for loss of or damage to **"personal property"** caused by or resulting from the loss of or change in any artificially maintained or generated temperature, humidity, or atmosphere.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from an **"equipment breakdown cause of loss"**, **"mistake"**, or **"malfunction"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

This exclusion does not apply to **"electronic data processing hardware"** or **"duplicate information property"**.

**2.   Disappearance or Shortage**

We will not pay for loss caused by disappearance or shortage disclosed on taking inventory or where there is no physical evidence to show what happened to the property.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

**3.   Dishonest Acts**

We will not pay for loss caused by or resulting from fraudulent, dishonest, or criminal acts or omissions, committed by you, your partners, **"members"**, officers, **"managers"**, employees (including leased or temporary employees), directors, trustees, authorized representatives, or anyone else to whom you have entrusted the property for any purpose:

**a.**   Acting alone or in collusion with others; or

**b.**   Whether or not occurring during the hours of employment.

This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

This exclusion does not apply to:

**a.**   Acts of vandalism committed by your employees (including leased or temporary employees); or

**b.**   Carriers for hire or anyone claiming to be a carrier for hire at the time the property is entrusted to them.

**4.   Expected, Preventable, or Accumulated Losses**

We will not pay for loss or damage caused by or resulting from:

**a.**   Wear and tear;

**b.**   Smoke, vapor, or gas from agricultural smudging or industrial operations;

**c.**   Smog;

**d.**   Rust or other corrosion, decay, deterioration, fading, hidden or latent defect, or any quality of the property that causes it to damage or destroy itself;

**e.**   Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or

Camber 220500208
00112

**f.** Inherent vice.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**5.   Governmental Action**

We will not pay for loss or damage caused directly or indirectly by any seizure, confiscation, expropriation, nationalization, or destruction of property by order of governmental authority.   Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

This exclusion does not apply to:

**a.** Seizure or destruction of property by order of governmental authority and taken at the time of fire to prevent its spread; or

**b.** Demolition orders issued pursuant to any ordinance or law in effect at the time of loss or damage regulating construction, use, or repair of any property; provided such demolition order has become legally enforceable as a result of physical damage to **"real property"** containing covered **"personal property"** directly caused by a **"covered cause of loss"**.

However, this exception does not apply to demolition orders issued pursuant to any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"microorganisms"**.

**6.   Loss of Market or Delay**

We will not pay for loss or damage caused by or resulting from loss of market, loss of use, or delay.   This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

**7.   Microorganisms**

We will not pay for loss or damage consisting of, directly or indirectly caused by, contributed to, or aggravated by the presence,  growth,  proliferation, spread, or any activity of **"microorganisms"**, unless resulting from fire or lightning.   Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"specified cause of loss"**, other than fire or lightning, we will pay that portion of the loss or damage which was solely caused by that **"specified cause of loss"**.

We will also not pay for loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"microorganisms"**.

**8.   Nuclear Hazard**

We will not pay for loss or damage caused directly or indirectly by nuclear reaction or radiation, or radioactive contamination, however caused. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence

Case ID: 220500208
00113

to the loss, even if such other cause or event would otherwise be covered.  But, if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for that portion of the loss or damage which was solely caused by that fire.

**9.   Precipitation**

We will not pay for loss or damage caused by or resulting from rain, hail, snow, ice, or sleet to property in the open.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

This exclusion does not apply to:

**a.**   **"Stock"** in the custody of a carrier for hire; or

**b.**   Vehicles that are not licensed for use on public roads.

**10.   Process Failures, Defects, or Errors**

We will not pay for any of the following:

**a.**   Loss or damage due to spoilage, destruction, adulteration, discard, reduction in value, or any other loss or damage to **"stock"** caused by or resulting from a **"mistake"** or **"malfunction"** in the alteration, development, distribution, installation, manufacturing, maintenance, processing, repair, or testing of such **"stock"**.

**b.**   Loss or damage, including the costs of correcting or making good, caused by or resulting from:

   **1)**   A **"mistake"** in planning, zoning, development, surveying, siting;

   **2)**   A **"mistake"** in design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   **3)**   A **"mistake"** in materials used in repair, construction, renovation, or remodeling; or

   **4)**   Insufficient or failure of maintenance or servicing,

   of part or all of any property on or off an **"installation or service premises"**.

   But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**c.**   Loss or damage, including the costs of correcting or making good, caused by or resulting from incorporating **"defective materials"** into part or all of any property on or off an **"installation or service premises"**.

   But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**d.**   Loss of or damage to machinery or equipment while undergoing a pressure or electrical test.  This exclusion applies even this excluded cause of loss was caused by or resulted from an **"equipment breakdown cause of loss"**, **"mistake"**, or **"malfunction"**.

   But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

PPP-0115 (03 14)
Page 114 of 6

Case ID: 220500208
00114

**11.  Suspended Equipment**

We will not pay for loss or damage caused by or resulting from an **"equipment breakdown cause of loss"** to **"suspended equipment"**.  This exclusion applies even if this excluded cause of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**12.  War and Military Action**

We will not pay for loss or damage arising, directly or indirectly, out of:

**a.**  War, including undeclared or civil war;

**b.**  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**c.**  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority by hindering or defending against any of these.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

**13.  Weight of Load**

We will not pay for loss of or damage to **"personal property"** that are tools and equipment or vehicles used by you to install or service property caused by or resulting from the weight of a load exceeding the manufacturer's rated lifting or supporting capacity of any machine under the operating conditions at the time of loss or damage.

**C.  DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductibles shown on the Declarations.  We will then pay the amount of loss or damage in excess of the Deductibles, up to the applicable Limits of Insurance.

**D.  ADDITIONAL CONDITIONS**

The following conditions apply in addition to the COMMERCIAL PROPERTY CONDITIONS and the COMMON POLICY CONDITIONS:

**1.**  In the event of any loss or damage to Covered Property in transit, you must immediately make a claim in writing against the carrier, bailee, or others involved.

**2.**  The coverage provided for **"stock"** by this Coverage Form is primary to any other insurance not subject to the same plan, terms, conditions, and provisions as this Coverage Form.

**E.  VALUATION**

We will determine the value of covered loss or damage as follows:

**1.**  Except as provided in 2., 3., 4., 5., 6., and 7. below, the lesser of the following amounts:

**a.**  The **"replacement cost"**; or

Case ID: 220500208
00115

    **b.** The **"amount you actually spend"** to repair, rebuild, or replace Covered Property.

**2.** Except as provided in 3., 5., 6., and 7. below, Covered Property which is not repaired, rebuilt, or replaced will be valued at the **"actual cash value"** at the time and place of loss or damage.  If you commence the repair, rebuilding, or replacement of the lost or damaged Covered Property within 24 months from the date the loss or damage occurred, upon completion of the repair, rebuilding, or replacement we will pay you the difference between the **"actual cash value"** previously paid and the **"replacement cost"** at the time of loss or damage.

**3.** **"Merchandise"** and **"finished stock"** at the regular cash selling price, less any discounts and expenses you otherwise would have had.

**4.** **"Stock in process"** at the value of **"raw stock"**, your labor expended, and your materials incorporated plus the proper proportion of your overhead charges, calculated in accordance with principles of Direct Costing. In no event will overhead be calculated in accordance with the principles of Absorption Costing.

**5.** Covered Property which has been permanently removed from service at **"actual cash value"**.

**6.** **"Duplicate information property"** at the lesser of:

    **a.** The cost to purchase a duplicate copy, if a duplicate copy exists and is available for sale; or

    **b.** The cost of blank materials, plus any cost incurred to copy data onto blank materials from a duplicate source on the same type of materials, provided such copying does not violate licensing or contract agreements.

**7.** Subject to 1., 2., and 5. above, the most we will pay for any one item for scheduled equipment is the value per item shown on the schedule on file with us.

Case ID: 220500208
00116



# Original Information Property Coverage Form

**Table of Contents**

| Section | Page No. |
|---|---|
| Coverages | 1 |
| Excluded Causes of Loss | 1 |
| Deductible | 4 |
| Valuation | 5 |

Case ID: 220500208
00117



# Original Information Property Coverage Form

## A. COVERAGES

### 1. Original Information Property

We will pay for direct physical loss of or damage to **"original information property"** at a **"premises"** or **"reported unscheduled premises"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Marine Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Original Information Property.

### 2. Original Information Property--Away From Premises

We will also pay for direct physical loss of or damage to **"original information property"** away from a **"premises"** or **"reported unscheduled premises"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Marine Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Original Information Property--Away From Premises.

## B. EXCLUDED CAUSES OF LOSS

### 1. Alteration, Falsification, Concealment, or Destruction

We will not pay for loss or damage caused by or resulting from alteration, falsification, concealment, or destruction of **"original information property"** done to conceal the wrongful giving, taking, or withholding of **"money"**, **"securities"**, or other property.

### 2. Bookkeeping, Accounting, or Billing Mistakes

We will not pay for loss or damage caused by or resulting from a **"mistake"** or **"malfunction"** in bookkeeping, accounting, or billing.

### 3. Defects or Errors

We will not pay for any of the following:

**a.** Loss or damage caused by or resulting from a **"mistake"** in:

    **1)** Programming;

    **2)** Instructions to a machine; or

    **3)** Installation or maintenance of **"electronic data processing hardware"** or component parts.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**b.** Loss or damage, including the costs of correcting or making good, caused by or resulting from:

Case ID: 220500208
00118

1) A **"mistake"** in planning, zoning, development, surveying, siting;

2) A **"mistake"** in design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

3) A **"mistake"** in materials used in repair, construction, renovation, or remodeling; or

4) Insufficient or failure of maintenance or servicing,

of part or all of any **"original information property"** on or off a **"premises"** or **"reported unscheduled premises"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**c.** Loss or damage, including the costs of correcting or making good, caused by or resulting from incorporating **"defective materials"** into part or all of any **"original information property"** on or off a **"premises"** or **"reported unscheduled premises"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**4.  Disappearance or Shortage**

We will not pay for loss caused by or resulting from disappearance or shortage disclosed on taking inventory or where there is no physical evidence to show what happened to the **"original information property"**. This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

**5.  Dishonest Acts**

We will not pay for loss or damage caused by or resulting from fraudulent, dishonest, or criminal acts or omissions, committed by you, your partners, **"members"**, officers, **"managers"**, employees (including leased or temporary employees), directors, trustees, authorized representatives, or anyone else to whom you have entrusted the **"original information property"** for any purpose:

**a.** Acting alone or in collusion with others; or

**b.** Whether or not occurring during the hours of employment.

This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

This exclusion does not apply to:

**a.** Acts of vandalism committed by your employees (including leased or temporary employees); or

**b.** Carriers for hire or anyone claiming to be a carrier for hire at the time the property is entrusted to them.

**6.  Earth Movement**

We will not pay for loss or damage caused directly or indirectly by **"earth movement"**.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be

Case ID: 220500208
00119

covered.  But if **"earth movement"** results in fire, explosion, theft, or sprinkler leakage, we will pay for that portion of the loss or damage which was solely caused by that fire, explosion, theft, or sprinkler leakage.

**7.   Electronic Vandalism**

We will not pay for loss or damage caused by or resulting from **"electronic vandalism"**.

This exclusion applies even if the **"electronic vandalism"** was caused by or resulted from a **"mistake"** or **"malfunction"**.

**8.   Expected, Preventable, or Accumulated Losses**

We will not pay for loss or damage caused by or resulting from:

**a.**   Wear and tear;

**b.**   Smoke, vapor, or gas from agricultural smudging or industrial operations;

**c.**   Smog;

**d.**   Rust or other corrosion, decay, deterioration, fading, hidden or latent defect, or any quality of the property that causes it to damage or destroy itself;

**e.**   Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or

**f.**   Inherent vice.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**9.   Flood**

We will not pay for loss or damage caused directly or indirectly by **"flood"**.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.  But if **"flood"** results in fire, explosion, or theft, we will pay for that portion of the loss or damage which was solely caused by that fire, explosion, or theft.

**10.  Governmental Action**

We will not pay for loss or damage caused directly or indirectly by any seizure, confiscation, expropriation, nationalization, or destruction of property by order of governmental authority.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

This exclusion does not apply to acts of destruction of **"original information property"** ordered by governmental authority and taken at the time of fire to prevent its spread.

Case ID: 220500208
00120

**11. Loss of Market or Delay**

We will not pay for loss or damage caused by or resulting from loss of market, loss of use, or delay.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

**12. Microorganisms**

We will not pay for loss or damage consisting of, directly or indirectly caused by, contributed to, or aggravated by the presence, growth, proliferation, spread, or any activity of **"microorganisms"**, unless resulting from fire or lightning.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"specified cause of loss"**, other than fire or lightning, we will pay that portion of the loss or damage which was solely caused by that **"specified cause of loss"**.

We will also not pay for loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"microorganisms"**.

**13. Nuclear Hazard**

We will not pay for loss or damage caused directly or indirectly by nuclear reaction or radiation, or radioactive contamination, however caused.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.   But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for that portion of the loss or damage which was solely caused by that fire.

**14. War and Military Action**

We will not pay for loss or damage arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority by hindering or defending against any of these

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

## C.  DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductibles shown on the Declarations.  We will then pay the amount of loss or damage in excess of the Deductibles, up to the applicable Limits of Insurance.

Case B 220500208
00121

**D.  VALUATION**

We will determine the value of covered loss or damage to lost or damaged **"original information property"** at the full cost necessary to research and reproduce a master copy, including the information and material on which it resides. However, we will only pay for costs of research and reproduction if you reproduce your **"original information property"**.  We will not include the cost of making additional copies.

# Transit Coverage Form



**Table of Contents**

| Section | Page No. |
|---|---|
| Coverage | 1 |
| Property Not Covered | 1 |
| Excluded Causes of Loss | 2 |
| Deductible | 4 |
| Additional Conditions | 4 |
| Valuation | 4 |

# Transit Coverage Form



### A. COVERAGE

We will pay for direct physical loss of or damage to **"personal property"** in transit, including:

**1.** Your interest in shipments sold under Free on Board or Freight Allowed terms;

**2.** **"Personal property"** when the purchaser refuses to accept delivery or returns it to the shipper; or

**3.** General average and salvage charges on shipments while waterborne,

directly caused by a **"covered cause of loss"**.

The most we will pay under this Marine Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Transit--Personal Property.

### B. PROPERTY NOT COVERED

This Coverage Form does not apply to:

**1.** **"Personal property"** in transit to or from a fair or exhibition;

**2.** **"Salespersons samples"**;

**3.** Property of others in your care, custody, or control if you are acting as a carrier for hire, broker, loader, consolidator, or freight forwarder with a written contract or bill of lading;

**4.** **"Personal property"** used by you to install or service property at an **"installation or service premises"**;

**5.** **"Stock"** in transit to or from an **"installation or service premises"** or a **"temporary storage location"**;

**6.** Furs, fur garments, and garments trimmed with fur;

**7.** Jewelry, watches, watch movements, jewels, pearls, precious or semiprecious stones, bullion, gold, silver, platinum, and other precious alloys or metals, except for:

    **a.** Jewelry or watches worth $100 or less per item; or

    **b.** Precious or semiprecious stones or metals used for industrial purposes; or

**8.** Lottery tickets held for sale.

Case ID: 220500208
00124

## C.  EXCLUDED CAUSES OF LOSS

1.  **Artificially Maintained Conditions**

We will not pay for loss of or damage to **"personal property"** caused by or resulting from the loss of or change in any artificially maintained or generated temperature, humidity, or atmosphere.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from an **"equipment breakdown cause of loss"**, **"mistake"**, or **"malfunction"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

This exclusion does not apply to **"electronic data processing hardware"** or **"duplicate information property"**.

2.  **Dishonest Acts**

We will not pay for loss or damage caused by or resulting from fraudulent, dishonest, or criminal acts or omissions, committed by you, your partners, **"members"**, officers, **"managers"**, employees (including leased or temporary employees), directors, trustees, authorized representatives, or anyone else to whom you have entrusted the **"personal property"** for any purpose:

a.  Acting alone or in collusion with others; or

b.  Whether or not occurring during the hours of employment.

This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

This exclusion does not apply to:

a.  Acts of vandalism committed by your employees (including leased or temporary employees); or

b.  Carriers for hire or anyone claiming to be a carrier for hire at the time the property is entrusted to them.

3.  **Expected, Preventable, or Accumulated Losses**

We will not pay for loss or damage caused by or resulting from:

a.  Wear and tear;

b.  Smoke, vapor, or gas from agricultural smudging or industrial operations;

c.  Smog;

d.  Rust or other corrosion, decay, deterioration, fading, hidden or latent defect, or any quality of the property that causes it to damage or destroy itself;

e.  Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or

f.  Inherent vice.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

PPP-0117 (03 14)
Page 2 of 5

Case ID: 220500208
00125

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**4.   Governmental Action**

We will not pay for loss or damage caused directly or indirectly by any seizure, confiscation, expropriation, nationalization, or destruction of property by order of governmental authority. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

This exclusion does not apply to seizure or destruction of property by order of governmental authority and taken at the time of fire to prevent its spread.

**5.   Loss of Market or Delay**

We will not pay for loss or damage caused by or resulting from loss of market, loss of use, or delay.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

**6.   Microorganisms**

We will not pay for loss or damage consisting of, directly or indirectly caused by, contributed to, or aggravated by the presence, growth, proliferation, spread, or any activity of **"microorganisms"**, unless resulting from fire or lightning.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"specified cause of loss"**, other than fire or lightning, we will pay that portion of the loss or damage which was solely caused by that **"specified cause of loss"**.

We will also not pay for loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"microorganisms"**.

**7.   Nuclear Hazard**

We will not pay for loss or damage caused directly or indirectly by nuclear reaction or radiation, or radioactive contamination, however caused. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.  But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for that portion of the loss or damage which was solely caused by that fire.

**8.   Process Failures, Defects, or Errors**

We will not pay for any of the following:

**a.**   Loss or damage due to spoilage, destruction, adulteration, discard, reduction in value, or any other loss or damage to **"stock"** caused by or resulting from a **"mistake"** or **"malfunction"** in the alteration, development, distribution, installation, manufacturing, maintenance, processing, repair, or testing of such **"stock"**.

**b.**   Loss or damage, including the costs of correcting or making good, caused by or resulting from incorporating **"defective materials"** into part or all of any property on or off the **"premises"**.

PPP-0117 (03 14)
Page 32 of 55

Case ID: 220500208
00126

But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**9.   Suspended Equipment**

We will not pay for loss or damage caused by or resulting from an **"equipment breakdown cause of loss"** to **"suspended equipment"**.  This exclusion applies even if this excluded cause of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**10.   War and Military Action**

We will not pay for loss or damage arising, directly or indirectly, out of:

**a.**   War, including undeclared or civil war;

**b.**   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**c.**   Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority by hindering or defending against any of these.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

## D.   DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductibles shown on the Declarations.  We will then pay the amount of loss or damage in excess of the Deductibles, up to the applicable Limits of Insurance.

## E.   ADDITIONAL CONDITIONS

The following conditions apply in addition to the COMMERCIAL PROPERTY CONDITIONS and the COMMON POLICY CONDITIONS:

**1.**   In the event of any loss or damage to **"personal property"** in transit, you must immediately make a claim in writing against the carrier, bailee, or others involved.

**2.**   If **"personal property"** in transit which was sold under Free on Board or Freight Allowed terms is lost or damaged and the consignee refuses to pay for such **"personal property"** because of the loss or damage, we will not attempt to enforce collection from the consignee without your written permission.

## F.   VALUATION

We will determine the amount of covered loss or damage as follows:

**1.**   Except as provided in 2., 3., 4., 5., and 6. below, the lesser of the following amounts:

**a.**   The **"replacement cost"**; or

**b.**   The **"amount you actually spend"** to repair, rebuild, or replace **"personal property"**.

Case ID: 220500208
00127

2.  Except as provided in 3., 5., and 6. below, **"personal property"** which is not repaired, rebuilt, or replaced will be valued at the **"actual cash value"** at the time and place of loss or damage.  If you commence the repair, rebuilding, or replacement of the lost or damaged **"personal property"** within 24 months from the date the loss or damage occurred, upon completion of the repair, rebuilding, or replacement we will pay you the difference between the **"actual cash value"** previously paid and the **"replacement cost"** at the time of loss or damage.

3.  **"Merchandise"** which has been sold but not delivered and **"finished stock"** at the regular cash selling price, less any discounts and expenses you otherwise would have had.

4.  **"Stock in process"** at the value of **"raw stock"**, your labor expended, and your materials incorporated plus the proper proportion of your overhead charges, calculated in accordance with principles of Direct Costing. In no event will overhead be calculated in accordance with the principles of Absorption Costing.

5.  **"Personal property"** which has been permanently removed from service at **"actual cash value"**.

6.  **"Duplicate information property"** at the lesser of:

   a.  The cost to purchase a duplicate copy, if a duplicate copy exists and is available for sale; or

   b.  The cost of blank materials, plus any cost incurred to copy data onto blank materials from a duplicate source on the same type of materials, provided such copying does not violate licensing or contract agreements.

Case ID: 220500208
00128



# Business Income Coverage Form (Excluding Extra Expense)

**Table of Contents**

| **Section** | **Page No.** |
|---|---|
| Coverage | 1 |
| Additional Coverages | 1 |
| Exclusions | 4 |
| Limitations | 5 |
| Deductible | 6 |
| Loss Determination | 6 |
| Optional Coverages | 7 |

Case ID: 220500208
00129



# Business Income Coverage Form
# (Excluding Extra Expense)

## A. COVERAGE

We will pay for the actual loss of **"business income"** you sustain due to the necessary **"suspension"** of your **"operations"** during the **"period of restoration"**. The **"suspension"** must be caused by direct physical loss of or damage to property at a **"premises"** at which a Limit of Insurance is shown on the Declarations for Business Income. The loss or damage must be directly caused by a **"covered cause of loss"**. We will not pay more than the applicable Limit of Insurance shown on the Declarations for Business Income at that **"premises"**.

## B. ADDITIONAL COVERAGES

### 1. Civil Authority

We will pay for the actual loss of **"business income"** you sustain for up to the number of days shown on the Declarations for Civil Authority resulting from the necessary **"suspension"**, or delay in the start, of your **"operations"** if the **"suspension"** or delay is caused by order of civil authority that prohibits access to the **"premises"** or **"reported unscheduled premises"**. That order must result from a civil authority's response to direct physical loss of or damage to property located within one mile from the **"premises"** or **"reported unscheduled premises"** which sustains a **"business income"** loss. The loss or damage must be directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage is the Limit of Insurance shown on the Declarations for Business Income at the **"premises"** or **"reported unscheduled premises"** where access was prohibited.

The Limit for this Additional Coverage is included in, and not in addition to, the applicable Limit of Insurance.

### 2. Contractual Penalties

We will pay contractual penalties you are legally liable to pay under the provisions of a written contract due to late or non-completion of orders. Those penalties must be the result of direct physical loss of or damage to property at a **"premises"** or **"reported unscheduled premises"** at which a Limit of Insurance is shown on the Declarations for Business Income. The loss or damage must be directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Contractual Penalties.

### 3. Electronic Vandalism

We will pay for the actual loss of **"business income"** you sustain due to the necessary **"suspension"** of your **"operations"** provided the **"suspension"** was directly caused by **"electronic vandalism"**.

The most we will pay under this Additional Coverage in any one policy year is the Annual Aggregate Limit of Insurance shown on the Declarations for Electronic Vandalism--Business Income.

Case ID: 220500208
00130

4.  **Expense to Reduce Loss**

We will pay reasonable and necessary expenses you incur, except the cost of extinguishing a fire, to reduce the amount of loss of **"business income"**.  We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this Coverage Form and subject to the applicable Limit of Insurance shown on the Declarations for Business Income at that **"premises"** or **"reported unscheduled premises"**.

5.  **Extended Period of Indemnity**

If the necessary **"suspension"** of your **"operations"** produces a **"business income"** loss payable under this Coverage Form, and you resume **"operations"** with reasonable speed, we will pay for the actual loss of **"business income"** you sustain during the **"extended period of indemnity"**.

The most we will pay under this Additional Coverage is the Limit of Insurance shown on the Declarations for Business Income at the **"premises"** or **"reported unscheduled premises"** where the direct physical loss or damage occurred.

The Limit for this Additional Coverage is included in, and not in addition to, the applicable Limit of Insurance.

6.  **Fairs or Exhibitions**

We will pay for the actual loss of **"business income"** you sustain due to the necessary **"suspension"** of your **"operations"** during the **"period of restoration"**.  The **"suspension"** must be caused by direct physical loss of or damage to property at, or while in transit to or from, any fair or exhibition.  The loss or damage must be directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Fairs or Exhibitions--Business Income.

7.  **Ingress/Egress**

We will pay for the actual loss of **"business income"** you sustain for up to the number of days shown on the Declarations for Ingress/Egress following the necessary **"suspension"** of your **"operations"**, when ingress or egress by your suppliers, customers, or employees to the **"premises"** or **"reported unscheduled premises"** is physically obstructed due to direct physical loss or damage.  The actual loss of **"business income"** you sustain must be caused by direct physical loss or damage to property not owned, occupied, leased, or rented by you, or insured under this Commercial Property Coverage Part.  That property must be located within one mile from the **"premises"** or **"reported unscheduled premises"** which sustains a **"business income"** loss.  The obstruction cannot be the result of an order of civil authority that prohibits access to that **"premises"** or **"reported unscheduled premises"**.  The loss or damage must be directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage is the Limit of Insurance shown on the Declarations for Business Income at the **"premises"** or **"reported unscheduled premises"** where ingress or egress was obstructed.

The Limit for this Additional Coverage is included in, and not in addition to, the applicable Limit of Insurance.

8.  **Microorganisms**

We will pay for the actual loss of **"business income"** you sustain due to the:

a.  Necessary **"suspension"** of your **"operations"** from direct physical loss of or damage to Covered Property caused by **"microorganisms"** when the **"microorganisms"** are the result of a **"covered cause of loss"**; or

b.  Prolonged **"period of restoration"** due to the remediation of **"microorganisms"** from a covered loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0130 (08 16)
Page 13 of 18

Case ID: 220500208
00131

The most we will pay under this Additional Coverage in any one policy year is the Annual Aggregate Limit of Insurance shown on the Declarations for Microorganisms--Business Income.  Regardless of the number of claims, this Limit of Insurance is the most we will pay for the total of all loss, even if the **"microorganisms"** continue to be present, active, or recur.

**9. Newly Acquired Premises**

We will pay for the actual loss of **"business income"** you sustain due to the necessary **"suspension"** of your **"operations"** during the **"period of restoration"**.  The **"suspension"** must be caused by direct physical loss of or damage to your property at a **"newly acquired premises"**.  The loss or damage must be directly caused by a **"covered cause of loss"**.

This Additional Coverage will automatically expire on the earliest of the following dates:

**a.**  The date you report the **"newly acquired premises"** to us;

**b.**  The number of days shown on the Declarations from the date the location becomes a **"newly acquired premises"**; or

**c.**  The date this policy expires or is cancelled.

We will charge you additional premium for values reported from the date the location becomes a **"newly acquired premises"**.

The most we will pay under this Additional Coverage at any one **"newly acquired premises"** is the Limit of Insurance shown on the Declarations for Newly Acquired Premises--Business Income.

**10. Reported Unscheduled Premises**

We will pay for the actual loss of **"business income"** you sustain due to the necessary **"suspension"** of your **"operations"** during the **"period of restoration"**.  The **"suspension"** must be caused by direct physical loss of or damage to property at a **"reported unscheduled premises"**.  The loss or damage must be directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage at any one **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Reported Unscheduled Premises--Business Income.

**11. Scheduled Property**

We will pay for the actual loss of **"business income"** you sustain due to the necessary **"suspension"** of your **"operations"** during the **"period of restoration"**.  The **"suspension"** must be caused by direct physical loss of or damage to **"scheduled property"**.  The loss or damage must be directly caused by a **"covered cause of loss"** within the Coverage Territory.

The most we will pay under this Additional Coverage in any one occurrence is 25% of the applicable Limit of Insurance shown on the SCHEDULED PROPERTY COVERAGE FORM.

**12. Transit**

We will pay for the actual loss of **"business income"** you sustain due to the necessary **"suspension"** of your **"operations"** during the **"period of restoration"**.  The **"suspension"** must be caused by direct physical loss of or damage to property in transit, other than while in transit to or from any fair or exhibition.  The loss or damage must be directly caused by a **"covered cause of loss"**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0130 (08 16)
Page 13 of 18

Case B-220500208
00132

The most we will pay under this Marine Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Transit--Business Income.

**13. Unreported Premises**

We will pay for the actual loss of **"business income"** you sustain due to the necessary **"suspension"** of your **"operations"** during the **"period of restoration"**. The **"suspension"** must be caused by direct physical loss of or damage to your property, or property of your landlord, at an **"unreported premises"**. The loss or damage must be directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage at any one **"unreported premises"** is the Limit of Insurance shown on the Declarations for Unreported Premises--Business Income.

**C. EXCLUSIONS**

**1. Real or Personal Property**

The exclusions in paragraphs 6., 7., 8., and 9. below and the excluded causes of loss in the REAL AND PERSONAL PROPERTY COVERAGE FORM, except Off-Premises Service Interruption, apply to loss of **"business income"** caused by or resulting from loss of or damage to any property other than:

**a.** **"Fine arts"**;

**b.** **"Original information property"**;

**c.** **"Outdoor trees, shrubs, plants, or lawns"**;

**d.** **"Green roofing systems"**;

**e.** **"Personal property"** in transit; or

**f.** **"Scheduled property"**.

**2. Fine Arts**

The exclusions in paragraphs 6., 7., 8., and 9. below and the excluded causes of loss in the FINE ARTS COVERAGE FORM apply to loss of **"business income"** caused by or resulting from loss of or damage to **"fine arts"**.

**3. Original Information Property**

The exclusions in paragraphs 6., 7., 8., and 9. below and the excluded causes of loss in the ORIGINAL INFORMATION PROPERTY COVERAGE FORM apply to loss of **"business income"** caused by or resulting from loss of or damage to **"original information property"**.

**4. Personal Property in Transit**

The exclusions in paragraphs 6., 7., 8., and 9. below and the excluded causes of loss in the TRANSIT COVERAGE FORM apply to loss of **"business income"** caused by or resulting from loss of or damage to **"personal property"** in transit.

**5. Scheduled Property**

The exclusions in paragraphs 6., 7., 8., and 9. below and the excluded causes of loss in the SCHEDULED PROPERTY COVERAGE FORM apply to loss of **"business income"** caused by or resulting from loss of or damage to **"scheduled property"**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0130 (08 16)

Page 5 of 8

Case ID: 220500208
00133

**6.  Finished Stock**

We will not pay for loss of **"business income"** caused by or resulting from:

**a.**  Loss of or damage to **"finished stock"**; or

**b.**  The time required to replace **"finished stock"**.

**7.  Off-Premises Service Interruption**

We will not pay for loss of **"business income"** caused by or resulting from any **"off-premises service interruption"**.  Such loss is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

**8.  Suspension, Lapse, or Cancellation**

We will not pay for any loss of **"business income"** caused by or resulting from a suspension, lapse, or cancellation of any license, lease, or contract, unless the suspension, lapse, or cancellation is directly caused by the **"suspension"** of your **"operations"**.  If the suspension, lapse, or cancellation of any license, lease, or contract is directly caused by the **"suspension"** of your **"operations"**, we will not pay for that portion of any loss from such suspension, lapse, or cancellation which occurs after the **"extended period of indemnity"**.

**9.  Space and Space Related Risks**

We will not pay for any loss of "**business income"** caused by or resulting from loss of or damage to:

**a.**  Spacecraft, satellites, associated launch vehicles and any major components, including any property contained therein; or

**b.**  Launch facilities for spacecraft or satellites.

**D.  LIMITATIONS**

**1.  Idle Periods**

We will not pay for loss of **"business income"** during any period in which business would not or could not have been conducted for any reason other than:

**a.**  Direct physical loss of or damage to property as described in Section A., Coverage, above;

**b.**  A civil authority prohibiting access to the **"premises"** or **"reported unscheduled premises"** as described in the Civil Authority Additional Coverage above; or

**c.**  A physical obstruction affecting ingress or egress to the **"premises"** or **"reported unscheduled premises"** as described in the Ingress/Egress Additional Coverage above.

**2.  Strikers or Others Causing Delay**

We will not pay for any loss of **"business income"** caused by or resulting from delay in rebuilding, repairing, or replacing property, or resuming **"operations"**, due to the interference at the location of the rebuilding, repair, or replacement by strikers or other persons.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0130 (08 16)
Page 13 of 18

Case ID: 220500208
00134

3. **Outdoor Trees, Shrubs, Plants, or Lawns**

We will not pay for loss of **"business income"** caused by or resulting from loss of or damage to **"outdoor trees, shrubs, plants, or lawns"** unless the loss or damage is directly caused by fire, lightning, explosion, riot or civil commotion, or aircraft.

4. **Green Roofing Systems**

We will not pay for loss of **"business income"** caused by or resulting from loss of or damage to **"green roofing systems"** unless the loss or damage is directly caused by a **"covered cause of loss"** other than loss or damage caused by or resulting from:

   a. Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals;

   b. Disease;

   c. Changes in or extremes of temperature;

   d. Dampness or dryness of atmosphere or of soil supporting the vegetation; or

   e. Rain, snow, hail, ice, or sleet.

E. **DEDUCTIBLE**

We will not pay for any loss of **"business income"** in any one occurrence until the amount of loss exceeds the applicable Deductibles or is incurred after the applicable Waiting Periods shown on the Declarations.  We will then pay the amount of actual **"business income"** loss sustained in excess of the Deductibles or incurred after the Waiting Periods, up to the applicable Limits of Insurance.

If a Waiting Period is shown on the Declarations, the Waiting Period begins immediately following the direct physical loss of or damage to property, directly caused by a **"covered cause of loss"**.

F. **LOSS DETERMINATION**

1. **Sources of Information**

The amount of actual **"business income"** loss sustained will be based on relevant sources of information, including, but not limited to:

   a. Your financial records, tax returns, and accounting procedures;

   b. Bills, invoices, and other vouchers; and

   c. Deeds, liens, and contracts.

2. **Net Income**

The amount of **"net income"** will be determined based on:

   a. The **"net income"** of the business before the direct physical loss or damage occurred; and

   b. The likely **"net income"** of the business if no direct physical loss or damage had occurred.

Case ID: 220500208
00135

**3. Continuing Expenses**

The amount of **"continuing expenses"** will be determined based on those expenses which are necessary to resume your **"operations"** with the same quality of service that existed just before the direct physical loss or damage and which are incurred during the **"period of restoration"** or **"extended period of indemnity"**.

**4. Resumption of Operations**

We will reduce the amount of the **"business income"** loss payment:

**a.** To the extent you could resume your **"operations"**, in whole or in part, by using damaged or undamaged property, including **"stock"**; or

**b.** To the extent you could resume your **"operations"**, in whole or in part, by using any other location.

**5. Finished Stock and Merchandise**

Lost or damaged **"finished stock"** or **"merchandise"** that is valued at regular cash selling price will be considered to have been sold to your customers and will be credited against the lost sales.

**G. OPTIONAL COVERAGES**

If shown on the Declarations, the following Optional Coverages apply separately to each item:

**1. Maximum Period of Indemnity**

The most we will pay for loss of **"business income"** is the lesser of:

**a.** The amount of loss incurred during the 120 days immediately following the beginning of the **"period of restoration"**; or

**b.** The Limit of Insurance shown on the Declarations.

The Additional Condition--Coinsurance endorsement does not apply to this Optional Coverage.

The Extended Period of Indemnity Additional Coverage does not apply.

**2. Monthly Limit of Indemnity**

The most we will pay for loss of **"business income"** in each period of 30 consecutive days after the beginning of the **"period of restoration"** is:

**a.** The Limit of Insurance, multiplied by

**b.** The fraction shown on the Declarations for this Optional Coverage.

The Additional Condition--Coinsurance endorsement does not apply to this Optional Coverage.

The Extended Period of Indemnity Additional Coverage does not apply.

**Example:**

If:

**a.** The Limit of Insurance is $120,000.

Case ID: 220500208
00136

**b.**   The fraction shown on the Declarations for this Optional Coverage is 1/4.

The most we will pay for loss in each period of 30 consecutive days is $30,000.

If, in this example, the actual amount of the loss is:

| | | |
|---|---|---|
| Days | 1-30 | $40,000 |
| Days | 31-60 | 20,000 |
| Days | 61-90 | <u>30,000</u> |
| | | $90,000 |

We will pay:

| | | |
|---|---|---|
| Days | 1-30 | $30,000 |
| Days | 31-60 | 20,000 |
| Days | 61-90 | <u>30,000</u> |
| | | $80,000 |

The remaining $10,000 of loss is not covered.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0130 (08 16)

Page 137 of 8

Case ID: 220500208
00137



# Extra Expense Coverage Form

**Table of Contents**

| <u>Section</u> | <u>Page No.</u> |
|---|---|
| Coverage ................................................................................................................... | 1 |
| Additional Coverages ................................................................................................ | 1 |
| Exclusions ................................................................................................................. | 2 |
| Limitations ................................................................................................................. | 3 |
| Deductible ................................................................................................................. | 4 |
| Loss Determination ................................................................................................... | 4 |

Case ID: 220500208
Case ID: 00138



# Extra Expense Coverage Form

## A. COVERAGE

We will pay for the actual and necessary **"extra expense"** you incur due to direct physical loss of or damage to property at a **"premises"** at which a Limit of Insurance is shown for Extra Expense on the Declarations.  The loss or damage must be directly caused by a **"covered cause of loss"**.  We will not pay more than the applicable Limit of Insurance shown on the Declarations for Extra Expense at that **"premises"**.

## B. ADDITIONAL COVERAGES

### 1. Civil Authority

We will pay for the actual and necessary **"extra expense"** you incur for up to the number of days shown on the Declarations for Civil Authority when an order of civil authority prohibits access to the **"premises"** or **"reported unscheduled premises"**.  That order must result from a civil authority's response to direct physical loss of or damage to property located within one mile from the **"premises"** or **"reported unscheduled premises"** where the **"extra expense"** was incurred.  The loss or damage must be directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage is the Limit of Insurance shown on the Declarations for Extra Expense at the **"premises"** or **"reported unscheduled premises"** where access was prohibited.

The Limit for this Additional Coverage is included in, and not in addition to, the applicable Limit of Insurance.

### 2. Ingress/Egress

We will pay for the actual and necessary **"extra expense"** you incur for up to the number of days shown on the Declarations for Ingress/Egress, when ingress or egress by your suppliers, customers, or employees to the **"premises"** or **"reported unscheduled premises"** is physically obstructed due to direct physical loss or damage.  The actual and necessary **"extra expense"** you incur must be caused by direct physical loss of or damage to property not owned, occupied, leased, or rented by you, or insured under this Commercial Property Coverage Part.  That property must be located within one mile from the **"premises"** or **"reported unscheduled premises"** where the **"extra expense"** was incurred.  The obstruction cannot be the result of an order of civil authority that prohibits access to that **"premises"** or **"reported unscheduled premises"**.  The loss or damage must be directly caused by a **"covered cause of loss"**.

The most we will pay under the Additional Coverage is the Limit of Insurance shown on the Declarations for Extra Expense at the **"premises"** or **"reported unscheduled premises"** where ingress or egress was obstructed.

The Limit for this Additional Coverage is included in, and not in addition to, the applicable Limit of Insurance.

### 3. Newly Acquired Premises

We will pay for the actual and necessary **"extra expense"** you incur due to direct physical loss of or damage to your property at a **"newly acquired premises"**.  The loss or damage must be directly caused by a **"covered cause of loss"**.

This Additional Coverage will automatically expire on the earliest of the following dates:

PPP-0132 (08 16)
Page 1 of 4

CASE ID: 220500208
00139

**a.** The date you report the **"newly acquired premises"** to us;

**b.** The number of days shown on the Declarations from the date the location becomes a **"newly acquired premises"**; or

**c.** The date this policy expires or is cancelled.

We will charge you additional premium for values reported from the date the location becomes a **"newly acquired premises"**.

The most we will pay under this Additional Coverage at any one **"newly acquired premises"** is the Limit of Insurance shown on the Declarations for Newly Acquired Premises--Extra Expense.

**4. Reported Unscheduled Premises**

We will pay for the actual and necessary **"extra expense"** you incur due to direct physical loss of or damage to property at a **"reported unscheduled premises"**.  The loss or damage must be directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage at any one **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Reported Unscheduled Premises--Extra Expense.

**5. Unreported Premises**

We will pay for the actual and necessary **"extra expense"** you incur due to direct physical loss of or damage to your property at an **"unreported premises"**.  The loss or damage must be directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage at any one **"unreported premises"** is the Limit of Insurance shown on the Declarations for Unreported Premises--Extra Expense.

**C. EXCLUSIONS**

**1. Real or Personal Property**

The exclusions in paragraphs 4., 5., and 6. below and the excluded causes of loss in the REAL AND PERSONAL PROPERTY COVERAGE FORM, except Off Premises Service Interruption, apply to **"extra expense"** incurred, caused by or resulting from loss of or damage to any property other than:

**a.** **"Fine arts"**;

**b.** **"Original information property"**;

**c.** **"Outdoor trees, shrubs, plants, or lawns"**; or

**d.** **"Green roofing systems"**.

**2. Fine Arts**

The exclusions in paragraphs 4., 5., and 6. below and the excluded causes of loss in the FINE ARTS COVERAGE FORM apply to **"extra expense"** incurred, caused by or resulting from loss of or damage to **"fine arts"**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0132 (08 16)

Page 14

Case ID: 220500208
00140

**3.   Original Information Property**

The exclusions in paragraphs 4., 5., and 6. below and the excluded causes of loss in the ORIGINAL INFORMATION PROPERTY COVERAGE FORM apply to **"extra expense"** incurred, caused by or resulting from loss of or damage to **"original information property"**.

**4.   Off-Premises Service Interruption**

We will not pay for **"extra expense"** incurred, caused by or resulting from any **"off-premises service interruption"**.   Such loss is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

**5.   Suspension, Lapse, or Cancellation**

We will not pay for **"extra expense"** incurred, caused by or resulting from a suspension, lapse, or cancellation of any license, lease, or contract, unless the suspension, lapse, or cancellation is directly caused by the **"suspension"** of your **"operations"**.  If the suspension, lapse, or cancellation of any license, lease, or contract is directly caused by the **"suspension"** of your **"operations"**, we will not pay for that portion of any **"extra expense"** incurred from such suspension, lapse, or cancellation which occurs after the **"period of restoration"**.

**6.   Space and Space Related Risks**

We will not pay for **"extra expense"** incurred, caused by or resulting from loss or damage to:

**a.**   Spacecraft, satellites, associated launch vehicles and any major components, including any property contained therein; or

**b.**   Launch facilities for spacecraft or satellites.

**D.   LIMITATIONS**

**1.   Idle Periods**

We will not pay for **"extra expense"** incurred during any period in which business would not or could not have been conducted for any reason other than:

**a.**   Direct physical loss of or damage to property as described in Section A., Coverage, above;

**b.**   A civil authority prohibiting access to the **"premises"** or **"reported unscheduled premises"** as described in the Civil Authority Additional Coverage above; or

**c.**   A physical obstruction affecting ingress or egress to the **"premises"** or **"reported unscheduled premises"** as described in the Ingress/Egress Additional Coverage above.

**2.   Strikers or Others Causing Delay**

We will not pay for any increase in **"extra expense"** incurred, caused by delay in rebuilding, repairing, or replacing property or resuming **"operations"**, due to the interference at the location of the rebuilding, repair, or replacement by strikers or other persons.

**3.   Outdoor Trees, Shrubs, Plants, or Lawns**

We will not pay for **"extra expense"** incurred, caused by or resulting from loss of or damage to **"outdoor trees, shrubs, plants, or lawns"** unless the loss or damage is directly caused by fire, lightning, explosion, riot or civil commotion, or aircraft.

Page 39 of 44

CBP 220500208
00141

**4.   Green Roofing Systems**

We will not pay for **"extra expense"** incurred, caused by or resulting from loss of or damage to **"green roofing systems"** unless the loss or damage is directly caused by a **"covered cause of loss"** other than loss or damage caused by or resulting from:

**a.**   Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals;

**b.**   Disease;

**c.**   Changes in or extremes of temperature;

**d.**   Dampness or dryness of atmosphere or of soil supporting the vegetation; or

**e.**   Rain, snow, hail, ice, or sleet.

**E.   DEDUCTIBLE**

We will not pay for any **"extra expense"** incurred in any one occurrence until the amount of **"extra expense"** incurred exceeds the applicable Deductibles shown on the Declarations.  We will then pay the actual and necessary **"extra expense"** incurred in excess of the Deductibles up to the applicable Limits of Insurance.

**F.   LOSS DETERMINATION**

**1.   Sources of Information**

The amount of actual and necessary **"extra expense"** incurred will be based on relevant sources of information, including, but not limited to:

**a.**   Your financial records, tax returns, and accounting procedures;

**b.**   Bills, invoices, and other vouchers; and

**c.**   Deeds, liens, and contracts.

**2.   Extra Expense**

The amount of actual and necessary **"extra expense"** incurred will be determined based on:

**a.**   All **"extra expense"** that exceeds the normal operating expenses that would have been incurred by your **"operations"** during the **"period of restoration"** if no direct physical loss or damage had occurred; and

**b.**   All expenses that reduce the **"extra expense"** that otherwise would have been incurred.

We will deduct from the total **"extra expense"** incurred the salvage value of any property bought for temporary use during the **"period of restoration"**, once **"operations"** are resumed.

**3.   Resumption of Operations**

We will reduce the amount of **"extra expense"** paid to the extent you can return **"operations"** to normal and discontinue such **"extra expense"**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0132 (08 16)

Page 12 of 17

Case ID: 220500208

00142



# Flood Exclusion--Amended Definition
# For Specified Locations

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies the following:

**COMMERCIAL PROPERTY DEFINITIONS**

**SCHEDULE** *

LOC# 9, 10, 13, 15, 17.

*Information required to complete this Schedule, if not shown on this endorsement, will be shown on the Declarations.

With respect to any location shown in the Schedule above, the definition of **"flood"** is replaced by the following:

**"Flood"** means a general and temporary condition of partial or complete inundation of land areas from:

**a.**  The overflow, or the expansion beyond normal boundaries, of inland or tidal waters, including natural or man-made lakes, reservoirs, ponds, brooks, rivers, streams, harbors, oceans, or any other body of water or watercourse;

**b.**  Waves or tides, including tsunami;

**c.**  Surface water;

**d.**  The spray from items a., b., and c. above, whether driven by wind or not;

**e.**  Water that backs up or overflows from a sewer, drain, or sump;

**f.**  Mudslide or mudflow; or

**g.**  Water under the ground surface pressing on, or flowing or seeping through:

   **1)**  Foundations, walls, floors, or paved surfaces;

   **2)**  Basements, whether paved or not; or

   **3)**  Doors, windows, or other openings.

Case ID: 220500208
00143



# Dependent Premises Business Income Coverage--Unscheduled Locations

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies the following:

**BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)**
**BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY**
**COMMERCIAL PROPERTY DEFINITIONS**
**EXTRA EXPENSE COVERAGE FORM**

**A.  COVERAGE**

The following is added to Section A., Coverage, in the BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE) and Section A., Coverages, in the BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY:

We will also pay for the actual loss of **"business income"** you sustain due to the necessary **"suspension"** of your **"operations"** during the **"period of restoration"**.  The **"suspension"** must be caused by direct physical loss of or damage to property, including property in the open (or in a vehicle), at a **"dependent premises"**.  The loss or damage must be directly caused by a **"covered cause of loss"**.

The most we will pay in any one occurrence is the Limit of Insurance shown on the Declarations for Dependent Premises Business Income--Unscheduled Locations.

**B.  ADDITIONAL COVERAGES**

With respect to a **"suspension"** of your **"operations"** caused by direct physical loss of or damage to property, including property in the open (or in a vehicle), at a **"dependent premises"**, the Civil Authority and Contractual Penalties Additional Coverages in the BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE) and the BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY are replaced by the following:

**Civil Authority**

We will pay for the actual loss of **"business income"** you sustain for up to 30 days resulting from the necessary **"suspension"**, or delay in the start, of your **"operations"** if the **"suspension"** or delay is caused by order of civil authority that prohibits access to a **"dependent premises"**.  That order must result from a civil authority's response to direct physical loss of or damage to property located within one mile from the **"dependent premises"**.  The loss or damage must be directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage is the Limit of Insurance shown on the Declarations for Dependent Premises Business Income--Unscheduled Locations.

The Limit for this Additional Coverage is included in, and not in addition to, that Limit of Insurance.

**Contractual Penalties**

We will pay contractual penalties you are legally liable to pay under the provisions of a written contract due to late or non-completion of orders.  Those penalties must be the result of direct physical loss of or damage to property at a **"dependent premises"**.  The loss or damage must be directly caused by a **"covered cause of loss"**.

Case ID: 220500208
00144



The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Contractual Penalties.

## C. OPTIONAL COVERAGE

If a Blanket Business Income and Extra Expense Limit of Insurance is shown on the Declarations, the following Optional Coverage is added to Section A., Coverage, in the EXTRA EXPENSE COVERAGE FORM:

We will pay for the actual and necessary **"extra expense"** you incur due to direct physical loss of or damage to property, including property in the open (or in a vehicle), at a **"dependent premises"**. The loss or damage must be directly caused by a **"covered cause of loss"**. The most we will pay in any one occurrence is the Limit of Insurance shown on the Declarations for Dependent Premises Business Income--Unscheduled Locations. This Limit is included in, and not in addition to, any other applicable Limit of Insurance.

If a Blanket Business Income and Extra Expense Limit of Insurance applies, the Civil Authority Additional Coverage in the EXTRA EXPENSE COVERAGE FORM applies to the actual and necessary **"extra expense"** you incur for up to 30 days after an order of civil authority prohibits access to that **"dependent premises"**. That order must result from a civil authority's response to direct physical loss of or damage to property located within one mile from the **"dependent premises"**. The loss or damage must be directly caused by a **"covered cause of loss"**. The most we will pay under this Additional Coverage is the Limit of Insurance shown on the Declarations for Dependent Premises Business Income--Unscheduled Locations. The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limit of Insurance.

## D. LOSS DETERMINATION

With respect to a **"suspension"** of **"operations"** caused by direct physical loss of or damage to a **"dependent premises"**, the Resumption of Operations Loss Determination in the BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE) and the BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY is replaced by the following:

**Resumption of Operations**

We will reduce the amount of **"business income"** loss payment to the extent you could resume your **"operations"**, in whole or in part, by using:

**a.** Sources of materials or services; or

**b.** Outlets for your products or services,

available to you.

## E. DEFINITIONS

With respect to a **"suspension"** of **"operations"** caused by direct physical loss of or damage to property at a **"dependent premises"**, the **"period of restoration"** definition in the COMMERCIAL PROPERTY DEFINITIONS is replaced by the following:

**"Period of restoration"** means the period of time that:

**a.** Begins when the direct physical loss of or damage to property at a **"dependent premises"** occurs; and

**b.** Ends on the date when the property at that **"dependent premises"** should be repaired, rebuilt, or replaced with reasonable speed and similar quality.

Case ID: 220500208
00145

**"Period of restoration"** does not include any increased period required due to the enforcement of any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"pollutants"** or **"microorganisms"**.

The expiration of this policy will not cut short the **"period of restoration"**.

**F.** Coverage provided by this endorsement does not apply at any location at which **"business income"** coverage is provided by any other Coverage Form included in this Commercial Property Coverage Part.

Case ID: 220500208

00146



# Earth Movement Coverage

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies the following:

**ACCOUNTS RECEIVABLE COVERAGE FORM (REVENUE LOSS)**
**BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)**
**BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES**
**    (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY**
**COMMERCIAL PROPERTY DEFINITIONS**
**EXTRA EXPENSE COVERAGE FORM**
**FINE ARTS COVERAGE FORM**
**ORIGINAL INFORMATION PROPERTY COVERAGE FORM**
**REAL AND PERSONAL PROPERTY COVERAGE FORM**
**RESEARCH AND DEVELOPMENT PROPERTY COVERAGE FORM**

**A.  COVERAGE**

The Earth Movement exclusion does not apply to loss or damage at a **"premises"** at which a Limit of Insurance is shown on the Declarations for Earth Movement.  However, we will not pay for loss or damage caused directly or indirectly by any **"earth movement"** that begins before the inception of this Commercial Property Coverage Part.

All earthquake shocks that occur within any single 168-hour period will constitute a single occurrence.  The expiration of this policy will not reduce the 168-hour period.

If the Earth Movement and Flood Coverage--Specified Property endorsement is included in this Commercial Property Coverage Part, this endorsement does not apply to property covered by that endorsement.

**B.  ADDITIONAL EXCLUDED CAUSES OF LOSS**

**1.  Mine Subsidence**

We will not pay for loss or damage caused directly or indirectly by **"mine subsidence"**.  Such loss or damage is excluded regardless of any other cause or event, including **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.  But if **"mine subsidence"** results in fire, explosion, or theft, we will pay for that portion of the loss or damage solely caused by that fire, explosion, or theft.

**2.  Off-Premises Damage**

We will not pay for loss or damage caused directly or indirectly by **"earth movement"** at any of the following locations:

**a.**  **"Cloud facility"**;

**b.**  **"Dependent premises"**;

**c.**  Fairs or exhibitions;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0304 (08 16)
Page 1 of 3

Case ID: 220500208
00147

    **d.**   **"Newly acquired premises"**;

    **e.**   **"Reported unscheduled premises"**;

    **f.**   **"Unreported premises"**; or

    **g.**   Any location used to provide power or other utility service to **"premises"**.

## C.  LIMITS OF INSURANCE

   **1.**   **Premises Limits**

      The most we will pay in any one occurrence for loss or damage caused directly or indirectly by **"earth movement"** at any one **"premises"** is the Limit of Insurance shown on the Declarations for Earth Movement for that **"premises"**.

   **2.**   **Occurrence Limits**

      **a.**   The most we will pay in any one occurrence for all loss or damage caused directly or indirectly by **"earth movement"** at all **"Schedule A Premises"** is the Occurrence Limit of Insurance shown on the Declarations for Earth Movement (Schedule A), regardless of the number of **"Schedule A Premises"** involved.

      **b.**   The most we will pay in any one occurrence for all loss or damage caused directly or indirectly by **"earth movement"** at all **"Schedule B Premises"** is the Occurrence Limit of Insurance shown on the Declarations for Earth Movement (Schedule B), regardless of the number of **"Schedule B Premises"** involved.

      **c.**   The most we will pay in any one occurrence for all loss or damage caused directly or indirectly by **"earth movement"** at all **"Schedule C Premises"** is the Occurrence Limit of Insurance shown on the Declarations for Earth Movement (Schedule C), regardless of the number of **"Schedule C Premises"** involved.

   **3.**   **Annual Aggregate Limits**

      **a.**   The most we will pay for all loss or damage caused directly or indirectly by **"earth movement"** in any one policy year, regardless of the number of occurrences or **"Schedule A Premises"** involved, is the annual Aggregate Limit of Insurance shown on the Declarations for Earth Movement (Schedule A).

      **b.**   The most we will pay for all loss or damage caused directly or indirectly by **"earth movement"** in any one policy year, regardless of the number of occurrences or **"Schedule B Premises"** involved, is the annual Aggregate Limit of Insurance shown on the Declarations for Earth Movement (Schedule B).

      **c.**   The most we will pay for all loss or damage caused directly or indirectly by **"earth movement"** in any one policy year, regardless of the number of occurrences or **"Schedule C Premises"** involved, is the annual Aggregate Limit of Insurance shown on the Declarations for Earth Movement (Schedule C).

   These Limits are included in, and not in addition to, any other applicable Limits of Insurance.

## D.  DEDUCTIBLE

   **1.**   The Earth Movement Deductible only applies to loss or damage that, but for the application of the Deductible, would be paid by us under this Commercial Property Coverage Part.

   **2.**   With respect the coverage provided by this endorsement, the Deductible section is replaced by the following:

      We will not pay for loss, damage, cost, or expense at any one **"premises"** in any one occurrence until the amount of covered loss, damage, cost, or expense exceeds the Earth Movement Deductible shown on the Declarations

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0304 (08 16)
Page 13

Case ID: 220500208
00148

for that **"premises"**.  We will then pay for the amount of covered loss, damage, cost, or expense in excess of the Deductible, up to the applicable Limits of Insurance.

If more than one **"premises"** suffers loss or damage in one occurrence, the applicable Deductibles shown on the Declarations will apply separately and individually to covered loss, damage, cost, or expense at each **"premises"**.

The Earth Movement Deductibles apply to all covered loss, damage, cost, or expense covered by **"time element coverage"** when the loss, damage, cost, or expense is caused directly or indirectly by covered **"earth movement"** even if no other deductible applies to the **"time element coverage"**.

## E.  COINSURANCE

The Additional Condition--Coinsurance endorsement does not apply to coverage provided by this endorsement.

## F.  ADDITIONAL DEFINITIONS

With respect to coverage provided by this endorsement, the following are added to the COMMERCIAL PROPERTY DEFINITIONS:

**"Mine subsidence"** means subsidence of a man-made mine, whether or not mining activity has ceased.

**"Schedule A Premises"** means **"premises"** at which the term Schedule A is shown under the Summary of Premises section on the Declarations.

**"Schedule B Premises"** means **"premises"** at which the term Schedule B is shown under the Summary of Premises section on the Declarations.

**"Schedule C Premises"** means **"premises"** at which the term Schedule C is shown under the Summary of Premises section on the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Camp Br 220500208
00149



# Enabling Endorsement

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies the following:

**COMMERCIAL PROPERTY CONDITIONS**
**REAL AND PERSONAL PROPERTY COVERAGE FORM**

The provisions of any forms or endorsements that make reference to the BUILDING AND PERSONAL PROPERTY COVERAGE FORM or the CAUSES OF LOSS SPECIAL FORM are applicable to the COMMERCIAL PROPERTY CONDITIONS and the REAL AND PERSONAL PROPERTY COVERAGE FORM.

Case ID: 220500208
00150



# Flood Coverage

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies the following:

**ACCOUNTS RECEIVABLE COVERAGE FORM (REVENUE LOSS)**
**BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)**
**BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES
    (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY**
**COMMERCIAL PROPERTY DEFINITIONS**
**EXTRA EXPENSE COVERAGE FORM**
**FINE ARTS COVERAGE FORM**
**ORIGINAL INFORMATION PROPERTY COVERAGE FORM**
**REAL AND PERSONAL PROPERTY COVERAGE FORM**
**RESEARCH AND DEVELOPMENT PROPERTY COVERAGE FORM**

**A.  COVERAGE**

The Flood exclusion does not apply to loss or damage at a **"premises"** at which a Limit of Insurance is shown on the Declarations for Flood.  However, we will not pay for loss or damage caused directly or indirectly by **"flood"** that begins before the inception of this Commercial Property Coverage Part.

If the Earth Movement and Flood Coverage--Specified Property endorsement is included in this Commercial Property Coverage Part, this endorsement does not apply to property covered by that endorsement.

**B.  ADDITIONAL EXCLUDED CAUSES OF LOSS**

**Off-Premises Damage**

We will not pay for loss or damage that is caused directly or indirectly by **"flood"** at any of the following locations:

1.  **"Cloud facility"**;

2.  **"Dependent premises"**;

3.  Fairs or exhibitions;

4.  **"Newly acquired premises"**;

5.  **"Reported unscheduled premises"**;

6.  **"Unreported premises"**; or

7.  Any location used to provide power or other utility service to **"premises"**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0310 (08 16)
Page 1 of 3

Case ID: 220500208
00151

**C.  LIMITS OF INSURANCE**

**1.  Premises Limits**

The most we will pay in any one occurrence for loss or damage caused directly or indirectly by **"flood"** at any one **"premises"** is the Limit of Insurance shown on the Declarations for Flood for that **"premises"**.

**2.  Occurrence Limits**

**a.**  The most we will pay in any one occurrence for all loss or damage caused directly or indirectly by **"flood"**, at all **"Schedule I Premises"** is the Occurrence Limit of Insurance shown on the Declarations for Flood (Schedule I), regardless of the number of **"Schedule I Premises"** involved.

**b.**  The most we will pay in any one occurrence for all loss or damage caused directly or indirectly by **"flood"**, at all **"Schedule II Premises"** is the Occurrence Limit of Insurance shown on the Declarations for Flood (Schedule II), regardless of the number of **"Schedule II Premises"** involved.

**c.**  The most we will pay in any one occurrence for all loss or damage caused directly or indirectly by **"flood"**, at all **"Schedule III Premises"** is the Occurrence Limit of Insurance shown on the Declarations for Flood (Schedule III), regardless of the number of **"Schedule III Premises"** involved.

The most we will pay in any one occurrence for all loss or damage caused directly or indirectly by **"flood"** for all **"Schedule I Premises"**, **"Schedule II Premises"** and **"Schedule III Premises"**, is the largest of the applicable **"Schedule I Premises"**, **"Schedule II Premises"** or **"Schedule III Premises"** Occurrence Limit of Insurance shown on the Declarations.

**3.  Annual Aggregate Limits**

**a.**  The most we will pay for all loss or damage caused directly or indirectly by **"flood"** in any one policy year, regardless of the number of occurrences or **"Schedule I Premises"** involved, is the annual Aggregate Limit of Insurance shown on the Declarations for Flood (Schedule I).

**b.**  The most we will pay for all loss or damage caused directly or indirectly by **"flood"** in any one policy year, regardless of the number of occurrences or **"Schedule II Premises"** involved, is the annual Aggregate Limit of Insurance shown on the Declarations for Flood (Schedule II).

**c.**  The most we will pay for all loss or damage caused directly or indirectly by **"flood"** in any one policy year, regardless of the number of occurrences or **"Schedule III Premises"** involved, is the annual Aggregate Limit of Insurance shown on the Declarations for Flood (Schedule III).

The most we will pay for all loss or damage caused directly or indirectly by **"flood"** in any one policy year, regardless of the number of occurrences, **"Schedule I Premises"**, **"Schedule II Premises"** or **"Schedule III Premises"** involved, is the largest of the applicable **"Schedule I Premises"**, **"Schedule II Premises"** or **"Schedule III Premises"** annual Aggregate Limit of Insurance shown on the Declarations.

These Limits are included in, and not in addition to, any other applicable Limits of Insurance.

**D.  DEDUCTIBLE**

**1.**  The Flood Deductible only applies to loss or damage that, but for the application of the Deductible, would be paid by us under this Commercial Property Coverage Part.

**2.**  With respect to loss or damage caused directly or indirectly by **"flood"**, the Deductible section is replaced by the following:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PPP-0310 (08 16)

Page 162 of 3

Case ID: 220500208
00152

We will not pay for loss, damage, cost, or expense at any one **"premises"** in any one occurrence until the amount of covered loss, damage, cost, or expense exceeds the Flood Deductible shown on the Declarations for that **"premises"**.  We will then pay for the amount of covered loss, damage, cost, or expense in excess of the Deductible, up to the applicable Limits of Insurance.

If more than one **"premises"** suffers loss or damage in one occurrence, the applicable Deductibles shown on the Declarations will apply separately and individually to covered loss, damage, cost, or expense at each **"premises"**.

The Flood Deductibles apply to all covered loss, damage, cost, or expense covered by **"time element coverage"** when the loss, damage, cost, or expense is caused directly or indirectly by covered **"flood"** even if no other deductible applies to the **"time element coverage"**.

## E.  COINSURANCE

The Additional Condition--Coinsurance endorsement does not apply to coverage provided by this endorsement.

## F.  ADDITIONAL DEFINITIONS

With respect to the coverage provided by this endorsement, the following are added to the COMMERCIAL PROPERTY DEFINITIONS:

**"Schedule I Premises"** means **"premises"** at which the term Schedule I is shown under the Summary of Premises section on the Declarations.

**"Schedule II Premises"** means **"premises"** at which the term Schedule II is shown under the Summary of Premises section on the Declarations.

**"Schedule III Premises"** means **"premises"** at which the term Schedule III is shown under the Summary of Premises section on the Declarations.

CaseID 220500208
00153



# Off-Premises Service Interruption--Time Element

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies the following:

**BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)**
**BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES**
  **(EXCLUDING EXTRA EXPENSE)--TECHNOLOGY**
**COMMERCIAL PROPERTY DEFINITIONS**
**EXTRA EXPENSE COVERAGE FORM**
**REAL AND PERSONAL PROPERTY COVERAGE FORM**

### SCHEDULE

| Premises # | Water/ Sewer | POWER | | COMMUNICATION | |
| | | With Overhead T&D Property | Without Overhead T&D Property | With Overhead T&D Property | Without Overhead T&D Property |
|---|---|---|---|---|---|
| 4 | X | X | | X | |
| 5 | X | X | | X | |
| 9 | X | X | | X | |

## A.  COVERAGE

### 1.    Blanket Business Income and Extra Expense

For those **"premises"** and **"reported unscheduled premises"** at which a Blanket Business Income and Extra Expense Limit of Insurance is shown on the Declarations:

**a.**  The following Additional Coverage is added to the following forms:

BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)
BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING
  EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY

We will pay for the actual loss of **"business income"** you sustain, as determined by the applicable Coverage Form, provided such loss was caused by an **"off-premises service interruption"**.  The interruption must result from direct physical loss or damage directly caused by a **"covered cause of loss"** to property:

**1.**  Located away from the **"premises"** or **"reported unscheduled premises"**; and

**2.**  Used to provide the services checked by an "X" in the Schedule above to the **"premises"** or **"reported unscheduled premises"**.

ZUSR 174 220500208
00154



# Off-Premises Service Interruption--Time Element

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies the following:

**BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)**
**BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES**
**   (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY**
**COMMERCIAL PROPERTY DEFINITIONS**
**EXTRA EXPENSE COVERAGE FORM**
**REAL AND PERSONAL PROPERTY COVERAGE FORM**

### SCHEDULE

| Premises # | Water/ Sewer | POWER | | COMMUNICATION | |
|---|---|---|---|---|---|
| | | With Overhead T&D Property | Without Overhead T&D Property | With Overhead T&D Property | Without Overhead T&D Property |
| 10 | X | X | | X | |
| 13 | X | X | | X | |
| 15 | X | X | | X | |

## A. COVERAGE

### 1. Blanket Business Income and Extra Expense

For those **"premises"** and **"reported unscheduled premises"** at which a Blanket Business Income and Extra Expense Limit of Insurance is shown on the Declarations:

**a.** The following Additional Coverage is added to the following forms:

BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)
BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING
   EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY

We will pay for the actual loss of **"business income"** you sustain, as determined by the applicable Coverage Form, provided such loss was caused by an **"off-premises service interruption"**. The interruption must result from direct physical loss or damage directly caused by a **"covered cause of loss"** to property:

**1.** Located away from the **"premises"** or **"reported unscheduled premises"**; and

**2.** Used to provide the services checked by an "X" in the Schedule above to the **"premises"** or **"reported unscheduled premises"**.

220500208
00155



# Off-Premises Service Interruption--Time Element

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies the following:

**BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)**
**BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES**
  **(EXCLUDING EXTRA EXPENSE)--TECHNOLOGY**
**COMMERCIAL PROPERTY DEFINITIONS**
**EXTRA EXPENSE COVERAGE FORM**
**REAL AND PERSONAL PROPERTY COVERAGE FORM**

**SCHEDULE**

| Premises # | Water/ Sewer | POWER | | COMMUNICATION | |
|:---:|:---:|:---:|:---:|:---:|:---:|
| | | **With Overhead T&D Property** | **Without Overhead T&D Property** | **With Overhead T&D Property** | **Without Overhead T&D Property** |
| 16 | X | X | | X | |
| 17 | X | X | | X | |
| 18 | X | X | | X | |

## A.  COVERAGE

### 1.  Blanket Business Income and Extra Expense

For those **"premises"** and **"reported unscheduled premises"** at which a Blanket Business Income and Extra Expense Limit of Insurance is shown on the Declarations:

**a.**  The following Additional Coverage is added to the following forms:

BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)
BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING
   EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY

We will pay for the actual loss of **"business income"** you sustain, as determined by the applicable Coverage Form, provided such loss was caused by an **"off-premises service interruption"**.  The interruption must result from direct physical loss or damage directly caused by a **"covered cause of loss"** to property:

**1.**  Located away from the **"premises"** or **"reported unscheduled premises"**; and

**2.**  Used to provide the services checked by an "X" in the Schedule above to the **"premises"** or **"reported unscheduled premises"**.

ZURICH 220500208
00156



# Off-Premises Service Interruption--Time Element

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies the following:

**BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)
BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES
    (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY
COMMERCIAL PROPERTY DEFINITIONS
EXTRA EXPENSE COVERAGE FORM
REAL AND PERSONAL PROPERTY COVERAGE FORM**

### SCHEDULE

| Premises # | Water/Sewer | POWER | | COMMUNICATION | |
|---|---|---|---|---|---|
| | | With Overhead T&D Property | Without Overhead T&D Property | With Overhead T&D Property | Without Overhead T&D Property |
| 1 | X | X | | X | |
| 2 | X | X | | X | |
| 3 | X | X | | X | |

## A.  COVERAGE

1.  **Blanket Business Income and Extra Expense**

    For those **"premises"** and **"reported unscheduled premises"** at which a Blanket Business Income and Extra Expense Limit of Insurance is shown on the Declarations:

    a.  The following Additional Coverage is added to the following forms:

    BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)
    BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING
        EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY

    We will pay for the actual loss of **"business income"** you sustain, as determined by the applicable Coverage Form, provided such loss was caused by an **"off-premises service interruption"**.  The interruption must result from direct physical loss or damage directly caused by a **"covered cause of loss"** to property:

    1.  Located away from the **"premises"** or **"reported unscheduled premises"**; and

    2.  Used to provide the services checked by an "X" in the Schedule above to the **"premises"** or **"reported unscheduled premises"**.

220500208
00157



# Off-Premises Service Interruption--Time Element

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies the following:

**BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)**
**BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES**
  **(EXCLUDING EXTRA EXPENSE)--TECHNOLOGY**
**COMMERCIAL PROPERTY DEFINITIONS**
**EXTRA EXPENSE COVERAGE FORM**
**REAL AND PERSONAL PROPERTY COVERAGE FORM**

### SCHEDULE

| Premises # | Water/ Sewer | POWER | | COMMUNICATION | |
|---|---|---|---|---|---|
| | | With Overhead T&D Property | Without Overhead T&D Property | With Overhead T&D Property | Without Overhead T&D Property |
| 6 | X | X | | X | |
| 7 | X | X | | X | |
| 8 | X | X | | X | |

## A.  COVERAGE

**1.   Blanket Business Income and Extra Expense**

For those **"premises"** and **"reported unscheduled premises"** at which a Blanket Business Income and Extra Expense Limit of Insurance is shown on the Declarations:

**a.**  The following Additional Coverage is added to the following forms:

BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)
BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING
    EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY

We will pay for the actual loss of **"business income"** you sustain, as determined by the applicable Coverage Form, provided such loss was caused by an **"off-premises service interruption"**.  The interruption must result from direct physical loss or damage directly caused by a **"covered cause of loss"** to property:

**1.**  Located away from the **"premises"** or **"reported unscheduled premises"**; and

**2.**  Used to provide the services checked by an "X" in the Schedule above to the **"premises"** or **"reported unscheduled premises"**.

220500208
00158



# Off-Premises Service Interruption--Time Element

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies the following:

**BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)**
**BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES**
**    (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY**
**COMMERCIAL PROPERTY DEFINITIONS**
**EXTRA EXPENSE COVERAGE FORM**
**REAL AND PERSONAL PROPERTY COVERAGE FORM**

**SCHEDULE**

| Premises # | Water/ Sewer | POWER | | COMMUNICATION | |
|---|---|---|---|---|---|
| | | **With Overhead T&D Property** | **Without Overhead T&D Property** | **With Overhead T&D Property** | **Without Overhead T&D Property** |
| 11 | X | X | | X | |
| 12 | X | X | | X | |
| 14 | X | X | | X | |

## A.  COVERAGE

### 1.    Blanket Business Income and Extra Expense

For those **"premises"** and **"reported unscheduled premises"** at which a Blanket Business Income and Extra Expense Limit of Insurance is shown on the Declarations:

**a.**  The following Additional Coverage is added to the following forms:

BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)
BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING
    EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY

We will pay for the actual loss of **"business income"** you sustain, as determined by the applicable Coverage Form, provided such loss was caused by an **"off-premises service interruption"**.  The interruption must result from direct physical loss or damage directly caused by a **"covered cause of loss"** to property:

**1.**  Located away from the **"premises"** or **"reported unscheduled premises"**; and

**2.**  Used to provide the services checked by an "X" in the Schedule above to the **"premises"** or **"reported unscheduled premises"**.

220500208
00159

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Off-Premises Service Interruption--Business Income and Extra Expense.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**a.**  The following Additional Coverage is added to the EXTRA EXPENSE COVERAGE FORM:

We will pay for the actual and necessary **"extra expense"** you incur, provided such **"extra expense"** was caused by an **"off-premises service interruption"**.  The interruption must result from direct physical loss or damage directly caused by a **"covered cause of loss"** to property:

**1.**  Located away from the **"premises"** or **"reported unscheduled premises"**; and

**2.**  Used to provide the services checked by an "X" in the Schedule above to the **"premises"** or **"reported unscheduled premises"**.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Off-Premises Service Interruption--Business Income and Extra Expense.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**2.  Business Income**

For those **"premises"** and **"reported unscheduled premises"** at which a Business Income Limit of Insurance is shown on the Declarations, the following Additional Coverage is added to the following forms:

BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)
BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING
    EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY

We will pay for the actual loss of **"business income"** you sustain, as determined by the applicable Coverage Form, provided such loss was caused by an **"off-premises service interruption"**.  The interruption must result from direct physical loss or damage directly caused by a **"covered cause of loss"** to property:

**a.**  Located away from the **"premises"** or **"reported unscheduled premises"**; and

**b.**  Used to provide the services checked by an "X" in the Schedule above to the **"premises"** or **"reported unscheduled premises"**.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Off-Premises Service Interruption--Business Income.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**3.  Extra Expense**

For those **"premises"** and **"reported unscheduled premises"** at which an Extra Expense Limit of Insurance is shown on the Declarations, the following Additional Coverage is added to the EXTRA EXPENSE COVERAGE FORM:

We will pay for the actual and necessary **"extra expense"** you incur, provided such **"extra expense"** was caused by an **"off-premises service interruption"**.  The interruption must result from direct physical loss or damage directly caused by a **"covered cause of loss"** to property:

220500208

    **a.**   Located away from the **"premises"** or **"reported unscheduled premises"**; and

    **b.**   Used to provide the services checked by an "X" in the Schedule above to the **"premises"** or **"reported unscheduled premises"**.

The most we will pay under this Additional Coverage is the Limit of Insurance shown on the Declarations for Off-Premises Service Interruption--Extra Expense.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

    **4.**   **Research and Development Continuing Expenses**

For those **"premises"** at which a Research and Development Continuing Expenses Limit of Insurance is shown on the Declarations, the following Additional Coverage is added to the BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY:

We will pay for the actual and necessary **"research and development continuing expenses"** you incur, provided such **"research and development continuing expenses"** were caused by an **"off-premises service interruption"**. The interruption must result from direct physical loss or damage directly caused by a **"covered cause of loss"** to property:

    **a.**   Located away from the **"premises"**; and

    **b.**   Used to provide the services checked by an "X" in the Schedule above to the **"premises"**.

The most we will pay under this Additional Coverage is the Limit of Insurance shown on the Declarations for Off-Premises Service Interruption--Research and Development Continuing Expenses.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**B.**   With respect to loss or expense covered by this endorsement, the terms used in the Schedule above mean:

    **1.**   **Communication**

Communication includes video, voice, and data, but does not include **"information technology services"**.

    **2.**   **Power**

Power includes all sources of power, including steam and natural gas.

    **3.**   **Reported Unscheduled Premises (RUP)**

The Premises Symbol--RUP means all **"reported unscheduled premises"**.

    **4.**   **T&D Property**

The terms With Overhead T&D Property and Without Overhead T&D Property have the following meanings:

    **a.**   With Overhead T&D Property means the property providing the applicable service includes **"overhead transmission and distribution property"** and **"transmission and distribution property"**.

    **b.**   Without Overhead T&D Property means the property providing the applicable service includes **"transmission and distribution property"** but does not include **"overhead transmission and distribution property"**.

220500208
00161

### C.  ADDITIONAL COVERAGES

**1.**  The Civil Authority and Contractual Penalties Additional Coverages contained in the BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE) apply to loss of **"business income"** covered by this endorsement.  However, these Additional Coverages will not increase the applicable Off-Premises Service Interruption Limits of Insurance.

**2.**  The Civil Authority, Contractual Penalties, and Delayed Net Income Additional Coverages contained in the BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY apply to loss of **"business income"**  and **"research and development continuing expenses"** covered by this endorsement.  However, these Additional Coverages will not increase the applicable Off-Premises Service Interruption Limits of Insurance.

**3.**  The Civil Authority Additional Coverage contained in the EXTRA EXPENSE COVERAGE FORM is extended to apply to **"extra expense"** covered by this endorsement.  However, this Additional Coverage will not increase the applicable Off-Premises Service Interruption Limits of Insurance.

### D.  ADDITIONAL DEFINITIONS

1.  The following definitions are added to the COMMERCIAL PROPERTY DEFINITIONS:

**"Overhead transmission and distribution property"** means property located away from **"premises"** and **"reported unscheduled premises"** and used to provide power or communications services to **"premises"** and **"reported unscheduled premises"**, which consists of:

**a.**  Overhead wires, cables, lines, conductors, including related equipment used with such property; and

**b.**  Poles, towers, similar structures, and any property mounted on them, including antennae, transmitters, and transformers.

**"Overhead transmission and distribution property"** does not mean satellites or any other orbiting equipment.

**"Transmission and distribution property"** means property located away from **"premises"** and **"reported unscheduled premises"** and used to provide power or communications services to **"premises"** and **"reported unscheduled premises"**, which consists of ground-level or underground wires, cables, lines, conductors, including related ground level or underground equipment used with such property.

**"Transmission and distribution property"** does not mean **"overhead transmission and distribution property"**.

2.  With respect to coverage under this endorsement, the definition of **"off-premises service interruption"** in the COMMERCIAL PROPERTY DEFINTIONS form is deleted and replaced by the following:

**"Off-premises service interruption"** means the interruption of power or other utility services supplied to a covered location if the interruption takes place away from the covered location.

### E.  The Additional Condition--Coinsurance endorsement does not apply to coverage provided by this endorsement.

### F.  DEDUCTIBLE

We will not pay for any loss of **"business income"**, **"extra expense"**, or **"research and development continuing expenses"** incurred in any one occurrence until the amount of loss or expense incurred exceeds the applicable Deductibles or is incurred after the applicable Waiting Periods shown on the Declarations for Off-Premises Service Interruption--Time Element.  We will then pay the amount of actual **"business income"** loss sustained or actual and necessary **"extra expense"** or **"research and development continuing expenses"** incurred in excess of the Deductibles or incurred after the Waiting Periods, up to the applicable Limits of Insurance.

220500208

If a Waiting Period is shown on the Declarations, the Waiting Period begins immediately following the direct physical loss of or damage to property directly caused by a **"covered cause of loss"**.

With the exception of any applicable Named Storm Deductibles, any other deductible otherwise applicable to **"business income"**, **"extra expense"**, or **"research and development continuing expenses"** does not apply to coverage provided by this endorsement.

## G.  EXCLUDED CAUSES OF LOSS

With respect to coverage under this endorsement, the **Electronic Vandalism** exclusion in Section **B.** of the REAL AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced by the following:

### Electronic Vandalism

We will not pay for loss or damage caused directly or indirectly by **"electronic vandalism"**.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or physical damage to property, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

220500208
00163



# Unintentional Errors or Omissions Coverage

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**ADDITIONAL COVERAGES FORM**
**BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)**

The following is added to Section A., Additional Coverages, in the ADDITIONAL COVERAGES FORM and Section B., Additional Coverages, in the BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE):

**Unintentional Errors or Omissions**

1.  We will pay for direct physical loss of or damage to Covered Property and the actual loss of **"business income"** you sustain which is not payable under this policy as a result of:

    a.  Your unintentional error or omission in the description or location of such Covered Property; or

    b.  Failure to include a **"premises"** you own, lease, rent, or control as of the effective date shown on the Declarations due to your unintentional error or omission.

    We will pay such loss or damage only to the extent such loss or damage would have been covered under the terms and conditions of this Commercial Property Coverage Part if the unintentional error or omission had not been made.

2.  This Additional Coverage applies only if:

    a.  You report and correct such unintentional error or omission when discovered; and

    b.  You pay any additional premium that may be due.

3.  This Additional Coverage does not apply if:

    a.  You collect or are entitled to collect any portion of the loss or damage under this or any other policy; or

    b.  The loss or damage is caused directly or indirectly by **"earth movement"** or **"flood"**.

4.  The most we will pay under this Additional Coverage for direct physical loss of or damage to Covered Property and the actual loss of **"business income"** you sustain in any one occurrence is the Limit of Insurance shown on the Declarations for Unintentional Errors or Omissions.

Case ID: 220500208
00164

# New Jersey Earthquake Insurance Availability Notice



All insureds and applicants are cautioned that commercial fire and extended coverage insurance policies do not provide coverage for earthquake damage.

The definition of an *earthquake*:

- is a shaking or trembling of the earth that is geologic or tectonic in nature;
- includes shock waves or tremors before, during or after a volcanic eruption; and
- can also include after-shocks that occur within a seventy-two hour period following an *earthquake*.

A typical commercial fire and extended coverage insurance policy:

- **does not** cover the cost to replace or repair your damaged dwelling, premises or structures, such as garages, resulting from an *earthquake;*
- **does not** cover the cost to replace or repair the contents of your business if the damages result from an *earthquake*; and
- **does not** pay for any additional business expenses if your property is badly damaged or destroyed by an *earthquake.*

*Earthquake* **insurance is available through an endorsement to your policy for an additional premium.   The decision to purchase earthquake insurance is one that should be carefully considered based on individual circumstances.**

Historically, an earthquake in New Jersey is a rare event, although the possibility exists that it could happen.  Over the five-year  period from 2010 to 2015, for every  $1 of  *earthquake* insurance premium, 1/10 of one cent has been paid out for losses.

**Please contact your insurance agent or us at 1-800-382-2150 if you have any questions or want additional information on how you can obtain** *earthquake* **insurance.**

**This notice is a general description of coverage and does not change, modify or invalidate any of the provisions, terms or conditions of your policy or endorsements.**

Case ID: 220500208
00165

COMMERCIAL PROPERTY
CP 01 21 06 95

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# STANDARD FIRE POLICY PROVISIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

The provisions of the Standard Fire Policy are stated below. <u>State law requires that they be attached to all policies.</u> If any conditions of this form are construed to be more liberal than any other policy conditions relating to the perils of fire, lightning or removal, the conditions of this form will apply.

IN CONSIDERATION OF THE PROVISIONS AND STIPULATIONS HEREIN OR ADDED HERETO, AND OF THE PREMIUM SPECIFIED in the Declarations or in endorsements made a part hereof, this Company, for the term of *years specified in the Declarations* from *inception date shown in the Declarations* At Noon (Standard Time) to *expiration date shown in the Declarations* At Noon (Standard Time) at location of property involved, to an amount not exceeding the limit of liability specified in the Declarations, does insure *the Insured named in the Declarations* and legal representatives, to the extent of the actual cash value of the property at the time of loss, but not exceeding the amount which it would cost to repair or replace the property with material of like kind and quality within a reasonable time after such loss, without allowance for any increased cost of repair or reconstruction by reason of any ordinance or law regulating construction or repair, and without compensation for loss resulting from interruption of business or manufacture, nor in any event for more than the interest of the insured, against all DIRECT LOSS BY FIRE, LIGHTNING AND OTHER PERILS INSURED AGAINST IN THIS POLICY INCLUDING REMOVAL FROM PREMISES ENDANGERED BY THE PERILS INSURED AGAINST IN THIS POLICY, EXCEPT AS HEREINAFTER PROVIDED, to the property described in the Declarations while located or contained as described in this policy, or pro rata for five days at each proper place to which any of the property shall necessarily be removed for preservation from the perils insured against in this policy, but not elsewhere.

Assignment of this policy shall not be valid except with the written consent of this Company.

This policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy, together with such other provisions, stipulations and agreements as may be added hereto, as provided in this policy.

| | | |
|---|---|---|
| 1 | **Concealment,** | This entire policy shall be void if, whether |
| 2 | **fraud.** | before or after a loss, the insured has wil- |
| 3 | | fully concealed or misrepresented any ma- |
| 4 | terial fact or circumstance concerning this insurance or the | |
| 5 | subject thereof, or the interest of the insured therein, or in case | |
| 6 | of any fraud or false swearing by the insured relating thereto. | |
| 7 | **Uninsurable** | This policy shall not cover accounts, bills, |
| 8 | **and** | currency, deeds, evidences of debt, money or |
| 9 | **excepted property.** | securities; nor, unless specifically named |
| 10 | | hereon in writing, bullion or manuscripts. |
| 11 | **Perils not** | This Company shall not be liable for loss by |
| 12 | **included.** | fire or other perils insured against in this |
| 13 | | policy caused, directly or indirectly, by: (a) |
| 14 | enemy attack by armed forces, including action taken by mili- | |
| 15 | tary, naval or air forces in resisting an actual or an immediately | |
| 16 | impending enemy attack; (b) invasion; (c) insurrection; (d) | |
| 17 | rebellion; (e) revolution; (f) civil war; (g) usurped power; (h) | |
| 18 | order of any civil authority except acts of destruction at the time | |
| 19 | of and for the purpose of preventing the spread of fire, provided | |

Case No. 220500208
00166

20  that such fire did not originate from any of the perils excluded
21  by this policy; (i) neglect of the insured to use all reasonable
22  means to save and preserve the property at and after a loss, or
23  when the property is endangered by fire in neighboring prem-
24  ises; (j) nor shall this Company be liable for loss by theft.
25  **Other Insurance.**                Other insurance may be prohibited or the
26                                      amount of insurance may be limited by en-
27  dorsement attached hereto.
28  **Conditions suspending or restricting insurance. Unless other-**
29  **wise provided in writing added hereto this Company shall not**
30  **be liable for loss occurring**
31  (a) while the hazard is increased by any means within the con-
32  trol or knowledge of the insured; or
33  (b) while a described building, whether intended for occupancy
34  by owner or tenant, is vacant or unoccupied beyond a period of
35  sixty consecutive days; or
36  (c) as a result of explosion or riot, unless fire ensue, and in
37  that event for loss by fire only.
38  **Other perils**                   Any other peril to be insured against or sub-
39  **or subjects.**                    ject of insurance to be covered in this policy
40                                      shall be by endorsement in writing hereon or
41  added hereto.
42  **Added provisions.**              The extent of the application of insurance
43                                      under this policy and of the contribution to
44  be made by this Company in case of loss, and any other pro-
45  vision or agreement not inconsistent with the provisions of this
46  policy, may be provided for in writing added hereto, but no pro-
47  vision may be waived except such as by the terms of this policy
48  is subject to change.
49  **Waiver**                         No permission affecting this insurance shall
50  **provisions.**                     exist, or waiver of any provision be valid,
51                                      unless granted herein or expressed in writing
52  added hereto. No provision, stipulation or forfeiture shall be
53  held to be waived by any requirement or proceeding on the part
54  of this Company relating to appraisal or to any examination
55  provided for herein.
56  **Cancellation**                   This policy shall be cancelled at any time
57  **of policy.**                      at the request of the insured, in which case
58                                      this Company shall, upon demand and sur-
59  render of this policy, refund the excess of paid premium above
60  the customary short rates for the expired time. This pol-
61  icy may be cancelled at any time by this Company by giving
62  to the insured a five days' written notice of cancellation with
63  or without tender of the excess of paid premium above the pro
64  rata premium for the expired time, which excess, if not ten-
65  dered, shall be refunded on demand. Notice of cancellation shall
66  state that excess premium (if not tendered) will be re-
67  funded on demand.
68  **Mortgagee**                      If loss hereunder is made payable, in whole
69  **interests and**                   or in part, to a designated mortgagee not
70  **obligations.**                    named herein as the insured, such interest in
71                                      this policy may be cancelled by giving to such
72                                      mortgagee a ten days' written notice of can-
73  cellation.

EX. 20500208
00167

74  If the insured fails to render proof of loss such mortgagee, upon
75  notice, shall render proof of loss in the form herein specified
76  within sixty (60) days thereafter and shall be subject to the pro-
77  visions hereof relating to appraisal and time of payment and of
78  bringing suit. If this Company shall claim that no liability ex-
79  isted as to the mortgagor or owner, it shall, to the extent of pay-
80  ment of loss to the mortgagee, be subrogated to all the mort-
81  gagee's rights of recovery, but without impairing mortgagee's
82  right to sue; or it may pay off the mortgage debt and require
83  an assignment thereof and of the mortgage. Other provisions
84  relating to the interests and obligations of such mortgagee may
85  be added hereto by agreement in writing.

86  **Pro rata liability.**                This Company shall not be liable for a greater
87                                          proportion of any loss than the amount
88  hereby insured shall bear to the whole insurance covering the
89  property against the peril involved, whether collectible or not.

90  **Requirements in**              The insured shall give immediate written
91  **case loss occurs.**            notice to this Company of any loss, protect
92                                   the property from further damage, forthwith
93  separate the damaged and undamaged personal property, put
94  it in the best possible order, furnish a complete inventory of
95  the destroyed, damaged and undamaged property, showing in
96  detail quantities, costs, actual cash value and amount of loss
97  claimed; **and within sixty days after the loss, unless such time**
98  **is extended in writing by this Company, the insured shall render**
99  **to this Company a proof of loss,** signed and sworn to by the
100 insured, stating the knowledge and belief of the insured as to
101 the following: the time and origin of the loss, the interest of the
102 insured and of all others in the property, the actual cash value of
103 each item thereof and the amount of loss thereto, all encum-
104 brances thereon, all other contracts of insurance, whether valid
105 or not, covering any of said property, any changes in the title,
106 use, occupation, location, possession or exposures of said prop-
107 erty since the issuing of this policy, by whom and for what
108 purpose any building herein described and the several parts
109 thereof were occupied at the time of loss and whether or not it
110 then stood on leased ground, and shall furnish a copy of all the
111 descriptions and schedules in all policies and, if required, verified
112 plans and specifications of any building, fixtures or machinery
113 destroyed or damaged. The insured, as often as may be reason-
114 ably required, shall exhibit to any person designated by the
115 Company all that remains of any property herein described, and
116 submit to examinations under oath by any person named by this
117 Company, and subscribe the same; and, as often as may be
118 reasonably required, shall produce for examination all books of
119 accounts, bills, invoices and other vouchers, or certified copies
120 thereof if originals be lost, at such reasonable time and place as
121 may be designated by this Company or its representative, and
122 shall permit extracts and copies thereof to be made.

123 **Appraisal.**                   In case the insured and this Company shall
124                                  fail to agree as to the actual cash value or
125 the amount of loss, then, on the written demand of either, each
126 shall select a competent and disinterested appraiser and notify
127 the other of the appraiser selected within twenty days of such

Case No. 220500208
00168

128  demand. The appraisers shall first select a competent and dis-
129  interested umpire; and failing for fifteen days to agree upon
130  such umpire, then, on request of the insured or this Company,
131  such umpire shall be selected by a judge of a court of record in
132  the state in which the property covered is located. The ap-
133  praisers shall then appraise the loss, stating separately actual
134  cash value and loss to each item; and, failing to agree, shall
135  submit their differences, only, to the umpire. An award in writ-
136  ing, so itemized, of any two when filed with this Company shall
137  determine the amount of actual cash value and loss. Each
138  appraiser shall be paid by the party selecting him and the ex-
139  penses of appraisal and umpire shall be paid by the parties
140  equally.

141  **Company's**            It shall be optional with this Company to
142  **options.**             take all, or any part, of the property at the
143                          agreed or appraised value, and also to re-
144  pair, rebuild or replace the property destroyed or damaged with
145  other of like kind and quality within a reasonable time, on giv-
146  ing notice of its intention so to do within thirty days after the
147  receipt of the proof of loss herein required.

148  **Abandonment.**         There can be no abandonment to this Com-
149                          pany of any property.

150  **When loss**           The amount of a loss for which this Company
151  **payable.**             may be liable shall be payable sixty days
152                          after proof of loss, as herein provided, is
153  received by this Company and ascertainment of the loss is made
154  either by agreement between the insured and this Company ex-
155  pressed in writing or by the filing with this Company of an
156  award as herein provided.

157  **Suit.**                No suit or action on this policy for the recov-
158                          ery of any claim shall be sustainable in any
159  court of law or equity unless all the requirements of this policy
160  shall have been complied with, and unless commenced within
161  twelve months next after inception of the loss.

162  **Subrogation.**         This Company may require from the insured
163                          an assignment of all right of recovery against
164  any party for loss to the extent that payment therefor is made
165  by this Company.

Case No. 220500208
00169

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEE HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following is added to the **Who Is An Insured** Provision:

An "employee" of yours is an "insured" while operating an "auto" hired or rented under a contract or agreement in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

**B. Changes In General Conditions**

Paragraph **5.b.** of the **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and Paragraph **5.f.** of the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

**1.** Any covered "auto" you lease, hire, rent or borrow; and

**2.** Any covered "auto" hired or rented by your "employee" under a contract in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

 © Insurance Services Office, Inc., 2011

Case ID: 220500208
00170

POLICY NUMBER: PRA 9887237-02

COMMERCIAL AUTO<br>CA 20 01 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LESSOR – ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** CHICKIE'S & PETE'S INC |
| **Endorsement Effective Date:** |

SCHEDULE

| | |
|---|---|
| **Insurance Company:** AMERICAN GUARANTEE AND LIABILITY | |
| **Policy Number:** PRA 9887237-02 | **Effective Date:** 06-30-2021 |
| **Expiration Date:** 06-30-2022 | |
| **Named Insured:** CHICKIE'S & PETE'S INC | |
| **Address:** 489 BRISTOL PIKE BENSALEM      PA    19020-6336 | |
| **Additional Insured (Lessor): Address:** CHICKIE'S & PETE'S INC 489 BRISTOL PIKE BENSALEM, PA USA 19020-6336 | |
| **Designation Or Description Of "Leased Autos":** | |

     © Insurance Services Office, Inc., 2011     

Case ID: 220500208
00171

| Coverages | Limit Of Insurance |
|---|---|
| **Covered Autos Liability** | Each "Accident" |
| **Comprehensive** | Actual Cash Value Or Cost Of Repair Whichever Is Less, Minus<br><br>Deductible For Each Covered "Leased Auto" |
| **Collision** | Actual Cash Value Or Cost Of Repair Whichever Is Less, Minus<br><br>Deductible For Each Covered "Leased Auto" |
| **Specified Causes Of Loss** | Actual Cash Value Or Cost Of Repair Whichever Is Less, Minus<br><br>Deductible For Each Covered "Leased Auto" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

## A. Coverage

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow.

2. For a "leased auto" designated or described in the Schedule, the **Who Is An Insured** provision under **Covered Autos Liability Coverage** is changed to include as an "insured" the lessor named in the Schedule. However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:

   a. You;

   b. Any of your "employees" or agents; or

   c. Any person, except the lessor or any "employee" or agent of the lessor, operating a "leased auto" with the permission of any of the above.

3. The coverages provided under this endorsement apply to any "leased auto" described in the Schedule until the expiration date shown in the Schedule, or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

## B. Loss Payable Clause

1. We will pay, as interest may appear, you and the lessor named in this endorsement for "loss" to a "leased auto".

2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

## C. Cancellation

1. If we cancel the policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.

2. If you cancel the policy, we will mail notice to the lessor.

3. Cancellation ends this agreement.

## D.
The lessor is not liable for payment of your premiums.

## E. Additional Definition

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

Case ID: 220500208
00172



**ZURICH**

**THIS NOTICE DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# NOTICE REGARDING TERRORISM PREMIUM (FOR COMMERCIAL AUTOMOBILE INSURANCE)

**SCHEDULE\***

| | |
|---|---|
| Premium attributable to risk of loss resulting from terrorism for the Commercial Automobile line of insurance: | |
| Automobile | $███████ |

\*Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.  Terrorism Risk Insurance Act ("TRIA")**

The Commercial Automobile line is not part of TRIA. On December 22, 2005, the President of the United States signed the first TRIA extension act into law and, at that time, the Commercial Auto line was removed from the program. The federal government does not share in Commercial Automobile terrorism losses..

**B.  Disclosure of Terrorism Premium**

We have elected to provide notice to you of the amount of the total policy premium attributable to the risk of loss from terrorism for the Commercial Automobile line of insurance.

Copyright - 2008 Zurich American Insurance Compnay
Includes copyrighted material of Insurance Services Office, Inc., with its permission

U-CA-531-B (2/08)
Page 1 of 1

Case ID: 220500208
00173

# Notification to Others of Cancellation



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| PRA 9887237-02 | 06/30/2021 | 06/30/2022 | | 10521000 | $  **INCL** | $ |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial Automobile Coverage Part**

**A.** If we cancel this Coverage Part by written notice to the first Named Insured for any reason other than nonpayment of premium, we will mail or deliver a copy of such written notice of cancellation:

    **1.** To the name and address corresponding to each person or organization shown in the Schedule below; and

    **2.** At least 10 days prior to the effective date of the cancellation, as advised in our notice to the first Named Insured, or the longer number of days notice if indicated in the Schedule below.

**B.** If we cancel this Coverage Part by written notice to the first Named Insured for nonpayment of premium, we will mail or deliver a copy of such written notice of cancellation to the name and address corresponding to each person or organization shown in the Schedule below at least 10 days prior to the effective date of such cancellation.

**C.** If notice as described in Paragraphs **A.** or **B.** of this endorsement is mailed, proof of mailing will be sufficient proof of such notice.

| SCHEDULE | |
|---|---|
| **Name and Address of Other Person(s) / Organization(s):** | **Number of Days Notice:** |
| CHICKIE'S & PETE'S INC<br>489 BRISTOL PIKE<br>BENSALEM, PA 190206336 | 90 |

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 220500208<br>00174

# PENNSYLVANIA NOTICE

**THIS POLICY DOES NOT PROVIDE PROTECTION AGAINST DAMAGES CAUSED BY UNINSURED OR UNDERINSURED MOTORISTS.**

U-CA 822-A (02-11)

Case ID: 220500208
00175

**POLICY NUMBER:**    PRA 9887237-02                **COMMERCIAL AUTO**

**AMERICAN GUARANTEE AND LIABILITY**
**INSURANCE COMPANY**

1299 Zurich Way
Schaumburg, Illinois 60196-1056
1-800-382-2150

# BUSINESS AUTO DECLARATIONS

**ITEM ONE**

---

**PRODUCER:**
THE GRAHAM COMPANY

---

**NAMED INSURED:**    CHICKIE'S & PETE'S INC
                      (SEE NAMED INSURED ENDORSEMENT)

**MAILING ADDRESS:**    489 BRISTOL PIKE
                      BENSALEM, PA 19020-6336

**POLICY PERIOD:**    From  _06-30-2021_  to  _06-30-2022_  at 12:01 A.M. Standard Time at your
                                                    mailing address shown above

**PREVIOUS POLICY NUMBER:**    PRA 9887237-01

**FORM OF BUSINESS:**

[X] CORPORATION      [ ] LIMITED LIABILITY COMPANY      [ ] INDIVIDUAL
[ ] PARTNERSHIP      [ ] OTHER  _____

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| Premium shown is payable at inception:  $ ▮▮▮▮▮▮ | | | | | |
|---|---|---|---|---|---|
| AUDIT PERIOD (IF APPLICABLE) | | ANNUALLY | SEMI-ANNUALLY | QUARTERLY | MONTHLY |

**ENDORSEMENTS ATTACHED TO THIS POLICY:**
    **IL 00 17** – Common Policy Conditions (**IL 01 46** in Washington)
    **IL 00 21** – Broad Form Nuclear Exclusion (not Applicable in New York) (**IL 01 98** in Washington)

**SEE SCHEDULE OF FORMS AND ENDORSEMENTS**

---

COUNTERSIGNED _____  BY  _____
                        (Date)                         (Authorized Representative)

Case ID: 220500208
00176

**ITEM TWO**

**Schedule Of Coverages And Covered Autos**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form next to the name of the coverage.**

| COVERAGES | COVERED AUTOS | LIMIT | PREMIUM |
|---|---|---|---|
| COVERED AUTOS LIABILITY | 1 | $1,000,000 | $ ▉ |
| PERSONAL INJURY PROTECTION (or equivalent No-fault Coverage) | 5 | SEPARATELY STATED IN EACH P.I.P. ENDORSEMENT MINUS DEDUCTIBLE. | $ ▉ |
| ADDED PERSONAL INJURY PROTECTION (or equivalent Added No-fault Coverage) | 5 | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT. | $ ▉ |
| PROPERTY PROTECTION INSURANCE (Michigan only) | | SEPARATELY STATED IN THE PROPERTY PROTECTION INSURANCE ENDORSEMENT MINUS                           DEDUCTIBLE FOR EACH ACCIDENT. | |
| AUTO MEDICAL PAYMENTS | 2 | $      5,000      EACH INSURED | |
| MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia only) | | SEPARATELY STATED IN THE MEDICAL EXPENSE AND INCOME LOSS BENEFITS ENDORSEMENT. | |
| UNINSURED MOTORISTS | | | |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists Coverage) | | | |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 2, 8 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS SEE ENDT DEDUCTIBLE FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. See ITEM FOUR For Hired or Borrowed Autos. | $ ▉ |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. See ITEM FOUR For Hired Or Borrowed Autos. | |
| PHYSICAL DAMAGE COLLISION COVERAGE | 2, 8 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS SEE ENDT DEDUCTIBLE, FOR EACH COVERED AUTO. See ITEM FOUR For Hired Or Borrowed Autos. | $ ▉ |
| PHYSICAL DAMAGE TOWING AND LABOR | 3 | SEE SCHEDULE FOR EACH DISABLEMENT OF A PRIVATE PASSENGER AUTO. | $ ▉ |
| TAX/SURCHARGE/FEE | | | |
| PREMIUM FOR ENDORSEMENTS | | | $ ▉ |
| *ESTIMATED TOTAL PREMIUM | | | $ ▉ |

*This policy may be subject to final audit.

Case ID: 220500208
00177

**ITEM THREE**

**SCHEDULE OF COVERED AUTOS YOU OWN**

| Covered Auto No. | DESCRIPTION — Year, Model, Trade Name, Body Type Serial Number (S) Vehicle Identification Number (VIN) | TERRITORY — Town & State Where The Covered Auto Will Be Principally Garaged | Original Cost New |
|---|---|---|---|
| PA1 | 2004, FORD ECONOLINE E350 SUPER DUTY CUTAWAY VA, 1FDWE35L54HA18884 | PHILADELPHIA PA, 101 | $ 40,000   ACV |
| PA2 | 2005, CHEVROLET EXPRESS G3500, 1GCHG39U951217568 | PHILADELPHIA PA, 101 | $ 26,805   ACV |
| PA3 | 1995, GMC CUTAWAY VAN G3500, 1GDJG31KXSF555034 | PHILADELPHIA PA, 101 | $ 23,000   ACV |
| PA4 | 2018, CHRYSLER 300 LIMITED, 2C3CCAKG2JH342670 | BENSALEM PA, 142 | $ 49,995   ACV |
| PA5 | 2019, FORD F59, 1F65F5KYXK0A12294 | BENSALEM PA, 142 | $145,000   ACV |

| Covered Auto No. | Radius Of Operation | Business Use s= service r= retail c= commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code | EXCEPT For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss: |
|---|---|---|---|---|---|---|---|
| | | | | | CLASSIFICATION | | |
| PA1 | 50 | R | 9,600 | 18 | All Others | 024990 | |
| PA2 | 50 | R | 9,600 | 17 | All Others | 024990 | |
| PA3 | 50 | R | 10,100 | 27 | All Others | 224990 | |
| PA4 | | | | 4 | | 739800 | |
| PA5 | 50 | R | 20,000 | 3 | All Others | 224990 | |

**COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES**

**(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)**

| Covered Auto No. | COVERED AUTOS LIABILITY — Limit | Premium | PERSONAL INJURY PROTECTION — Limit Stated In Each P.I.P. Endt. Minus Deductible Shown Below | Premium | ADDED P.I.P. — Premium For Limit Stated In Each Added P.I.P. Endt. | PROPERTY PROTECTION (Michigan Only) — Limit Stated In P.P.I. Endt. Minus Deductible Shown Below | Premium |
|---|---|---|---|---|---|---|---|
| PA1 | $ 1,000,000 | $ ■ | | $ ■ | $ ■ | | |
| PA2 | $ 1,000,000 | $ ■ | | $ ■ | $ ■ | | |
| PA3 | $ 1,000,000 | $ ■ | | $ ■ | $ ■ | | |
| PA4 | $ 1,000,000 | $ ■ | | $ ■ | $ ■ | | |
| PA5 | $ 1,000,000 | $ ■ | | $ ■ | $ ■ | | |
| Total Premium | | | | | | | |

CASE ID: 220500208
00178

**ITEM THREE**

**SCHEDULE OF COVERED AUTOS YOU OWN**

| Covered Auto No. | DESCRIPTION | | TERRITORY | Original Cost New |
|---|---|---|---|---|
| | Year, Model, Trade Name, Body Type Serial Number (S) Vehicle Identification Number (VIN) | | Town & State Where The Covered Auto Will Be Principally Garaged | |
| PA6 | 2013, ISUZU NPR HD, JALC4W165D7002717 | | PHILADELPHIA PA, 101 | $ 47,492   ACV |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Covered Auto No. | CLASSIFICATION | | | | | | EXCEPT For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss: |
|---|---|---|---|---|---|---|---|
| | Radius Of Operation | Business Use s= service r= retail c= commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code | |
| PA6 | 50 | R | 14,500 | 9 | All Others | 224990 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES**

**(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)**

| Covered Auto No. | COVERED AUTOS LIABILITY | | PERSONAL INJURY PROTECTION | | ADDED P.I.P. | PROPERTY PROTECTION (Michigan Only) | |
|---|---|---|---|---|---|---|---|
| | Limit | Premium | Limit Stated In Each P.I.P. Endt. Minus Deductible Shown Below | Premium | Premium For Limit Stated In Each Added P.I.P. Endt. | Limit Stated In P.P.I. Endt. Minus Deductible Shown Below | Premium |
| PA6 | $  1,000,000 | $  ▮ | | $   ▮ | $   ▮ | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total Premium | | $  ▮ | | $  ▮ | $  ▮ | | |

U-CA-D-600-C  04 14

Case ID: 220500208
00179

**ITEM THREE**

**SCHEDULE OF COVERED AUTOS YOU OWN (Continued)**

| Covered Auto No. | COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.) | | | | | | |
|---|---|---|---|---|---|---|---|
| | AUTO MEDICAL PAYMENTS | | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) | | UNINSURED MOTORISTS | | UNDERINSURED MOTORISTS |
| | Limit Each Insured | Premium | Limit Stated In The Medical Expense and Income Loss Benefits Endorsement For Each Person | Premium | Limit | Premium | Premium |
| PA1 | | | | | | | |
| PA2 | | | | | | | |
| PA3 | | | | | | | |
| PA4 | | | | | | | |
| PA5 | | | | | | | |
| Total Premium | | | | | | | |

| Covered Auto No. | COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.) | | | | | | |
|---|---|---|---|---|---|---|---|
| | COMPREHENSIVE | | SPECIFIED CAUSES OF LOSS | | COLLISION | | TOWING & LABOR |
| | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Per Disablement | Premium |
| PA1 | $ 2,500 | $       ■ | | | $ 2,500 | $       ■ | | |
| PA2 | $ 1,000 | $       ■ | | | $ 1,000 | $       ■ | | |
| PA3 | $ 1,000 | $       ■ | | | $ 1,000 | $       ■ | | |
| PA4 | $ 1,000 | $       ■ | | | $ 1,000 | $       ■ | $100 | $       ■ |
| PA5 | $ 2,500 | $       ■ | | | $ 2,500 | $       ■ | | |
| Total Premium | | | | | | | | |

Case ID: 220500208
00180

**ITEM THREE**

**SCHEDULE OF COVERED AUTOS YOU OWN (Continued)**

| Covered Auto No. | COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.) | | | | | | |
|---|---|---|---|---|---|---|---|
| | AUTO MEDICAL PAYMENTS | | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) | | UNINSURED MOTORISTS | | UNDERINSURED MOTORISTS |
| | Limit Each Insured | Premium | Limit Stated In The Medical Expense and Income Loss Benefits Endorsement For Each Person | Premium | Limit | Premium | Premium |
| PA6 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total Premium | | | | | | | |

| Covered Auto No. | COVERAGES – PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.) | | | | | | |
|---|---|---|---|---|---|---|---|
| | COMPREHENSIVE | | SPECIFIED CAUSES OF LOSS | | COLLISION | | TOWING & LABOR |
| | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Per Disablement | Premium |
| PA6 | $ 2,500 | $    ▆ | | | $ 2,500 | $    ▆ | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total Premium | | $    ▆ | | | | $    ▆ | | $    ▆ |

Case ID: 220500208
00181

**ITEM FOUR**

**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS**

| COVERED AUTOS LIABILITY COVERAGE – Cost Of Hire Rating Basis for Autos Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| COVERED AUTOS LIABILITY COVERAGE | STATE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE | PREMIUM |
| Primary Coverage | PA | $            50,000 | $        ▉▉▉ |
| Excess Coverage | | | |
| | | TOTAL HIRED AUTO PREMIUM | $        ▉▉▉ |

For "autos" used in your motor carrier operations, cost of hire means:

1.  The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers), and if not included therein,
2.  The total remunerations of all operators and drivers' helpers, of hired automobiles whether hired with a driver by lessor or an "employee" of the lessee, or any other third party, and
3.  The total dollar amount of any other costs (*i.e.*, repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

| COVERED AUTOS LIABILITY COVERAGE – Cost Of Hire Rating Basis for Autos NOT Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| COVERED AUTOS LIABILITY COVERAGE | STATE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE | PREMIUM |
| Primary Coverage | | | |
| Excess Coverage | | | |
| | | TOTAL HIRED AUTO PREMIUM | |

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

Case ID: 220500208
00182

**ITEM FOUR**

**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS (Cont'd)**

| Physical Damage Coverages – Cost Of Hire Rating Basis For All Autos (Other Than Mobile or Farm Equipment) | | | | |
|---|---|---|---|---|
| **COVERAGE** | **STATE** | **LIMIT OF INSURANCE** | **ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE (Excluding Autos Hired With A Driver)** | **PREMIUM** |
| **COMPREHENSIVE** | PA | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ 1,000    DEDUCTIBLE  FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. | $25,000 | $     ■ |
| **SPECIFIED CAUSES OF LOSS** | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS            DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. | | |
| **COLLISION** | PA | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ 1,000    DEDUCTIBLE FOR EACH COVERED AUTO. | $25,000 | $     ■ |
| | | | **TOTAL HIRED AUTO PREMIUM** | $     ■ |
| For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver. | | | | |

Case ID: 220500208 00183

**ITEM FOUR**

**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS (Cont'd)**

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment — Other Than Physical Damage Coverages | | | | | |
|---|---|---|---|---|---|
| **COVERAGE** | **STATE** | **ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE** | | **PREMIUM** | |
| | | **Mobile Equipment** | **Farm Equipment** | **Mobile Equipment** | **Farm Equipment** |
| Covered Autos Liability – Primary Coverage | | | | | |
| Covered Autos Liability – Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | | | | | |
| Income Loss Benefits (Virginia Only) | | | | | |
| Auto Medical Payments | | | | | |
| **TOTAL HIRED AUTO PREMIUM** | | | | | |
| Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers. | | | | | |

Case ID: 220500208
00184

**ITEM FOUR**
**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS (Cont'd)**

| Cost Of Hire Rating Basis For Mobile or Farm Equipment -- Physical Damage Coverages | | | | | | |
|---|---|---|---|---|---|---|
| | | | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE (Excluding Autos Hired With A Driver) | | PREMIUM | |
| COVERAGE | STATE | LIMIT OF INSURANCE | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| COMPREHENSIVE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. | | | | |
| SPECIFIED CAUSES OF LOSS | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. | | | | |
| COLLISION | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE FOR EACH COVERED AUTO. | | | | |
| TOTAL HIRED AUTO PREMIUM | | | | | | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any auto that is leased, hired, rented or borrowed with a driver.

Case ID: 220500208
00185

**ITEM FOUR**

**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS (Cont'd)**

| Rental Period Rating Basis For Mobile Or Farm Equipment | | | | | |
|---|---|---|---|---|---|
| COVERAGE | TOWN AND STATE WHERE THE JOB SITE IS LOCATED | ESTIMATED NUMBER OF DAYS EQUIPMENT WILL BE RENTED | | PREMIUM | |
| | | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary Coverage | | | | | |
| Covered Autos Liability – Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits  (Virginia Only) | | | | | |
| Income Loss Benefits (Virginia Only) | | | | | |
| Auto Medical Payments | | | | | |
| TOTAL HIRED AUTO PREMIUMS | | | | | |

**ITEM FIVE**

**SCHEDULE FOR NON-OWNERSHIP COVERED AUTOS LIABILITY**

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| Other Than Garage Service Operations And Other Than Social Service Agencies | Number Of Employees | 2 5 | $        ■ |
| | Number Of Partners (Active and Inactive) | | |
| Garage Service Operations | Number Of Employees Whose Principal Duty Involves The Operation Of Autos | | |
| | Number Of Partners (Active and Inactive) | | |
| Social Service Agencies | Number Of Employees | | |
| | Number Of Volunteers Who Regularly Use Autos To Transport Clients | | |
| | Number Of Partners (Active and Inactive) | | |
| TOTAL NON-OWNERSHIP COVERED AUTOS LIABILITY PREMIUM | | | $        ■ |

Case ID: 220500208
00186

**ITEM SIX**
**SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS**

| | | | |
|---|---|---|---|
| **Type Of Risk** (Check one): | ☐ **Public Autos** | | ☐ **Leasing Or Rental Concerns** |
| **Rating Basis** (Check one): | ☐ **Gross Receipts (Per $100)** | | ☐ **Mileage (Per Mile)** |
| **Estimated Yearly** (Check One): | ☐ **Gross Receipts (Per $100)** | | ☐ **Mileage** |

| Premiums | |
|---|---|
| **Covered Autos Liability** | |
| **Personal Injury Protection** | |
| **Added Personal Injury Protection** | |
| **Property Protection Insurance (Michigan Only)** | |
| **Auto Medical Payments** | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | |
| **Comprehensive** | |
| **Specified Causes Of Loss** | |
| **Collision** | |
| **Towing And Labor** | |

When used as a premium basis:

**FOR PUBLIC AUTOS**

Gross receipts means the total amount earned by the named insured for transporting passengers, mail and merchandise.

Gross receipts does not include:

1. Amounts paid to air, sea or land carriers operating under their own permits.
2. Advertising revenue.
3. Taxes collected as a separate item and paid directly to the government.
4. C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing "autos" during the policy period.

**FOR RENTAL OR LEASING CONCERNS**

Gross receipts means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.

Mileage means the total live and dead mileage of all "autos" you leased or rented to others without drivers.

Case ID: 220500208
00187

COMMERCIAL AUTO
CA 00 01 10 13

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

© Insurance Services Office, Inc., 2011

Case ID: 220500208
00188

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|----|----|----|

## B. Owned Autos You Acquire After The Policy Begins

**1.** If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

**2.** But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

## C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

**1.** "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

**2.** "Mobile equipment" while being carried or towed by a covered "auto".

**3.** Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   **a.** Breakdown;

   **b.** Repair;

   **c.** Servicing;

   **d.** "Loss"; or

   **e.** Destruction.

## SECTION II – COVERED AUTOS LIABILITY COVERAGE

### A. Coverage

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is An Insured**

The following are "insureds":

   **a.** You for any covered "auto".

   **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

   **(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

   This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

Case ID: 220500208
00189

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

Case ID: 220500208
00190

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

   **(1)** Employment by the "insured"; or

   **(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

   **(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

   **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraphs **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

   **(1)** When all of the work called for in your contract has been completed;

   **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

   **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

© Insurance Services Office, Inc., 2011

Case ID: 220500208
00191

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

Case ID: 220500208
00192

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

### A. Coverage

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

**c. Collision Coverage**

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**2. Towing**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4. Coverage Extensions**

**a. Transportation Expenses**

We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**b. Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

© Insurance Services Office, Inc., 2011

Case ID: 220500208
00193

**(3)** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

## B. Exclusions

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

  **a. Nuclear Hazard**

    **(1)** The explosion of any weapon employing atomic fission or fusion; or

    **(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

  **b. War Or Military Action**

    **(1)** War, including undeclared or civil war;

    **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

  **a.** Wear and tear, freezing, mechanical or electrical breakdown.

  **b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

  **a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

  **b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

  **c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

  **d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

  **a.** Permanently installed in or upon the covered "auto";

  **b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

  **c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

  **d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limits Of Insurance

**1.** The most we will pay for:

  **a.** "Loss" to any one covered "auto" is the lesser of:

    **(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

    **(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

  **b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

    **(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

© Insurance Services Office, Inc., 2011

Case ID: 220500208
00194

**(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

**(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

Case ID: 220500208
00195

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

Case ID: 220500208
00196

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Case ID: 220500208
00197

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

    **1.** A lease of premises;

    **2.** A sidetrack agreement;

    **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

    **6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

    **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

    **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **2.** Vehicles maintained for use solely on or next to premises you own or rent;

    **3.** Vehicles that travel on crawler treads;

Case Id: 220500208
00198

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **a.** Power cranes, shovels, loaders, diggers or drills; or

    **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

    **b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **a.** Equipment designed primarily for:

        **(1)** Snow removal;

        **(2)** Road maintenance, but not construction or resurfacing; or

        **(3)** Street cleaning;

    **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

    **1.** Damages because of "bodily injury" or "property damage"; or

    **2.** A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

    **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

© Insurance Services Office, Inc., 2011

Case ID: 220500208

00199

COMMERCIAL AUTO
CA 01 80 03 21

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following is added to Paragraph **2.a. Supplementary Payments:**

Prejudgment interest awarded against the "insured" on the part of the judgment we pay. Any prejudgment interest awarded against the "insured" is subject to the applicable Pennsylvania Rules of Civil Procedure.

**B. Changes In Conditions**

1. Paragraph **2.b.(5)** of the **Duties In The Event Of An Accident, Claim, Suit Or Loss** Condition is replaced by the following:

   **(5)** Submit to an independent medical examination when required by a court order issued in accordance with PA. CONS. STAT. § 1796.

2. The following is added to Paragraph **5. Transfer Of Rights Of Recovery Against Others To Us** Condition:

   If we make any payment due to an "accident" and the "insured" recovers from another party in a separate claim or "suit", the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid less reasonable attorneys' fees, costs and expenses incurred by the "insured" to the extent such payment duplicates any amount we have paid under this coverage.

3. The following paragraph is added to the **Other Insurance** Condition:

   If you are a motor vehicle dealer as defined in the Pennsylvania Board of Vehicles Act, 63 Pa. Stat. Ann. § 818.2, then:

   **a.** For any "auto" you own, which is loaned to a customer as a temporary substitute for an "auto" insured under a "customer's private passenger automobile insurance policy" which is out of use because it is being transported, serviced, repaired or inspected, Covered Autos Liability, but only with respect to damages because of "bodily injury" and Physical Damage Coverage provided by this Coverage Form shall be excess in the event of an "accident" or "loss".

   **b.** For any "auto" insured under your "customer's private passenger automobile insurance policy", while it is being transported, serviced, repaired or inspected by you or your "employee":

      **(1)** Covered Autos Liability, but only with respect to damages because of "bodily injury";

      **(2)** Comprehensive Coverage;

      **(3)** Specified Cause Of Loss Coverage; and/or

© Insurance Services Office, Inc., 2020

Case ID: 220500208
00200

**(4)** Collision Coverage;

provided by this Coverage Form shall be primary in the event of an "accident" or "loss".

**4.** The following is added to Paragraph **B. General Conditions:**

**a. Constitutionality Clause**

The premium for, and the coverages of, this Coverage Form have been established in reliance upon the provisions of the Pennsylvania Motor Vehicle Financial Responsibility Law. In the event a court, from which there is no appeal, declares or enters a judgment, the effect of which is to render the provisions of such statute invalid or unenforceable in whole or in part, we shall have the right to recompute the premium payable for the Coverage Form and void or amend the provisions of the Coverage Form, subject to the approval of the Insurance Commissioner.

**b. Conformity Clause**

If you are a motor vehicle dealer as defined in the Pennsylvania Board of Vehicles Act, 63 Pa. Stat. Ann. § 818.2, then whenever an "auto" insured under your "customer's private passenger automobile insurance policy" is being transported, serviced, repaired or inspected by you or your "employee":

**(1)** The provisions of the:

**(a)** Covered Autos Liability, but only with respect to damages because of "bodily injury";

**(b)** Comprehensive Coverage;

**(c)** Specified Cause Of Loss Coverage; and/or

**(d)** Collision Coverage;

provided by this Coverage Form are hereby amended to conform to 40 Pa. Stat. Ann. § 991.2007a; and

**(2)** Pursuant to 40 Pa. Stat. Ann. § 991.2007a, the Limits Of Insurance provided in the Schedule or in the Declarations are hereby increased as needed to an amount equal to the:

**(a)** Applicable limit(s);

**(b)** Actual cash value; and/or

**(c)** Amount necessary to repair or replace the property with other property of like kind and quality;

set forth in the "customer's private passenger automobile insurance policy".

**C. Changes In Definitions**

For motor vehicle dealers as defined in the Pennsylvania Board of Vehicles Act, 63 Pa. Stat. Ann. § 818.2, the following definition is added:

"Customer's private passenger automobile insurance policy" means a private passenger automobile insurance policy that:

**1.** Is currently in effect; and

**2.** Lists an "auto" owned by your customer or a "customer's auto" in the Declarations.

Case ID: 220500208
00201

POLICY NUMBER:  PRA 9887237-02

**COMMERCIAL AUTO**
**CA 22 37 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA BASIC FIRST-PARTY BENEFIT

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Pennsylvania, this endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:**   CHICKIE'S & PETE'S INC |
| **Endorsement Effective Date:** |

**SCHEDULE**

| Benefits | Limit Of Insurance |
|---|---|
| **Medical Expense Benefits** | Up to $5,000 per insured |

| |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Coverage**

We will pay the Basic First-party Benefit in accordance with the "Act" to or for an "insured" who sustains "bodily injury" caused by an "accident" arising out of the maintenance or use of an "auto".

**BENEFITS**

Subject to the limit shown in the Schedule or Declarations, the Basic First-party Benefit consists of Medical Expense Benefits. These benefits consist of reasonable and necessary medical expenses incurred for an "insured's":

**1.** Care;

**2.** Recovery; or

**3.** Rehabilitation.

This includes remedial care and treatment rendered in accordance with a recognized religious method of healing.

Medical expenses will be paid if incurred within 18 months from the date of the "accident" causing "bodily injury". If within 18 months from the date of the "accident" causing "bodily injury" it is ascertainable with reasonable medical probability that further expenses may be incurred as a result of the "bodily injury", medical expenses will be paid without limitation as to the time such further expenses are incurred.

**B. Who Is An Insured**

**1.** You.

**2.** If you are an individual, any "family member".

**3.** Any person while "occupying" a covered "auto".

**4.** Any person while not "occupying" an "auto" if injured as a result of an "accident" in Pennsylvania involving a covered "auto".

If a covered "auto" is parked and unoccupied, it is not an "auto" involved in an "accident" unless it was parked in a manner as to create an unreasonable risk of injury.


Case ID: 220500208
00202

## C. Exclusions

We will not pay First-party Benefits for "bodily injury":

1. Sustained by any person injured while intentionally causing or attempting to cause injury to himself or herself or any other person.

2. Sustained by any person while committing a felony.

3. Sustained by any person while seeking to elude lawful apprehension or arrest by a law enforcement official.

4. Sustained by any person while maintaining or using an "auto" knowingly converted by that person. However, this exclusion does not apply to:

   a. You; or

   b. Any "family member".

5. Sustained by any person who, at the time of the "accident":

   a. Is the owner of one or more currently registered "autos" and none of those "autos" is covered by the financial responsibility required by the "Act"; or

   b. Is "occupying" an "auto" owned by that person for which the financial responsibility required by the "Act" is not in effect.

6. Sustained by any person maintaining or using an "auto" while located for use as a residence or premises.

7. Sustained by a pedestrian if the "accident" occurs outside of Pennsylvania. This exclusion does not apply to:

   a. You; or

   b. Any "family member".

8. Sustained by any person while "occupying":

   a. A recreational vehicle designed for use off public roads; or

   b. A motorcycle, moped or similar type vehicle.

9. Arising directly or indirectly out of:

   a. A discharge of a nuclear weapon (even if accidental);

   b. War, including undeclared or civil war;

   c. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   d. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

10. From or as a consequence of the following whether controlled or uncontrolled or however caused:

    a. Nuclear reaction;

    b. Radiation; or

    c. Radioactive contamination.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", premiums paid, claims made, "autos" involved in the "accident" or insurers providing First-party Benefits, the most we will pay to or for an "insured" as the result of any one "accident" is the limit shown in the Schedule or in the Declarations.

2. Any amount payable under First-party Benefits shall be excess over any sums paid, payable or required to be provided under any workers' compensation law or similar law.

## E. Changes In Conditions

The Conditions are changed for First-party Benefits as follows:

1. **Transfer Of Rights Of Recovery Against Others To Us** does not apply.

2. The following conditions are added:

   **Nonduplication Of Benefits**

   No person may recover duplicate benefits for the same expenses or loss under this or any other similar automobile coverage including self-insurance.

© Insurance Services Office, Inc., 2012

Case ID: 220500208
00203

**Priorities Of Policies**

We will pay First-party Benefits in accordance with the order of priority set forth by the "Act". We will not pay if there is another insurer at a higher level of priority. The "First" category listed below is the highest level of priority and the "Fourth" category listed below is the lowest level of priority. The priority order is:

| First | The insurer providing benefits to the "insured" as a named insured. |
|-------|---------------------------------------------------------------------|
| Second | The insurer providing benefits to the "insured" as a "family member" who is not a named insured under another policy providing coverage under the "Act". |
| Third | The insurer of the "auto" which the "insured" is "occupying" at the time of the "accident". |
| Fourth | The insurer providing benefits on any "auto" involved in the "accident" if the "insured" is: |

    **a.** Not "occupying" an "auto"; and

    **b.** Not provided First-party Benefits under any other policy.

If two or more policies have equal priority within the highest applicable number in the priority order:

**1.** The insurer against whom the claim is first made shall process and pay the claim as if wholly responsible;

**2.** If we are the insurer against whom the claim is first made, our payment to or for an "insured" will not exceed the applicable limit shown in the Schedule or Declarations;

**3.** The insurer thereafter is entitled to recover pro rata contribution from any other insurer for the benefits paid and the costs of processing the claim. If contribution is sought among insurers under the Fourth priority, proration shall be based on the number of involved motor vehicles; and

**4.** The maximum recovery under all policies shall not exceed the amount payable under the policy with the highest dollar limit of benefits.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Auto" means a self-propelled motor vehicle or trailer required to be registered, operated or designed for use on public roads. However, "auto" does not include a vehicle operated:

    **a.** By muscular power; or

    **b.** On rails or tracks.

**2.** The "Act" means the Pennsylvania Motor Vehicle Financial Responsibility Law.

**3.** "Family member" means a resident of your household who is:

    **a.** Related to you by blood, marriage or adoption; or

    **b.** A minor in your custody or in the custody of any other "family member".

**4.** "Occupying" means in, upon, getting in, on, out or off.

Case ID: 220500208
00204

POLICY NUMBER: PRA 9887237-02

**COMMERCIAL AUTO**
**CA 22 38 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA ADDED AND COMBINATION FIRST-PARTY BENEFITS ENDORSEMENT

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Pennsylvania, this endorsement modifies insurance provided under the following:

PENNSYLVANIA BASIC FIRST-PARTY BENEFIT

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

**Basic First-party Benefit** is changed as follows:

### SCHEDULE

As indicated below, Added First-party Benefits or Combination First-party Benefits apply instead of the Basic First-party Benefit. The Limits Of Liability shown for the benefits selected below replace the Limits Of Liability shown in the Schedule for the Basic First-party Benefit.

| Benefits | Limit Of Liability (Per Insured) |
|---|---|
| ☐ **Added First-party Benefits:** | |
| **Medical Expense Benefits** | Up to |
| **Work Loss Benefits** | Up to               subject to a maximum of                per month |
| **Funeral Expense Benefits** | Up to |
| **Accidental Death Benefits** | |
| ☒ **Combination First-party Benefits:** | |
| **Maximum Total Limit For All Benefits** | Up to    $277,500 |
| Subject to the following individual limits: | |
| **Medical Expense Benefits** | No specific dollar amount |
| **Work Loss Benefits** | No specific dollar amount |
| **Funeral Expense Benefits** | Up to $2,500 |
| **Accidental Death Benefits** | $25,000 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**CA 22 38 10 13**

© Insurance Services Office, Inc., 2012

**Page 1 of 2**

Case ID: 220500208
00205

## A. Coverage

We will pay Added First-party Benefits or Combination First-party Benefits in accordance with the "Act" up to the limits stated in the Schedule or Declarations to or for an "insured" who sustains "bodily injury" caused by an "accident" and arising out of the maintenance or use of an "auto". We will only pay Combination First-party Benefits for expenses or loss incurred within three years from the date of the "accident".

In addition to the Medical Expense Benefits described in the Basic First-party Benefit endorsement, Added First-party Benefits and Combination First-party Benefits also consist of:

**1.** Work Loss Benefits consisting of:

  **a.** Loss of income. Up to 80% of the gross income actually lost by an "insured".

  **b.** Reasonable expenses actually incurred to reduce loss of income by hiring:

    **(1)** Special help, thereby enabling the "insured" to work; or

    **(2)** A substitute to perform the work a self-employed "insured" would have performed.

  However, Work Loss Benefits do not include:

  **a.** Loss of expected income for any period following the death of an "insured";

  **b.** Expenses incurred for services performed following the death of an "insured"; or

  **c.** Any loss of income, or expenses incurred for services performed, during the first five working days the "insured" did not work after the "accident" because of the "bodily injury".

**2.** Funeral Expense Benefits. Actual expenses incurred for an "insured's" funeral or burial if "bodily injury" resulting from the "accident" causes his or her death within 24 months from the date of the "accident".

**3.** Accidental Death Benefits. A death benefit paid if "bodily injury" resulting from an "accident" causes the death of you or any "family member" within 24 months from the date of the "accident".

## B. Exclusions

In addition to the exclusions in the Basic First-party Benefit endorsement, the following exclusion also applies.

We will not pay:

Accidental Death Benefits on behalf of any person who intentionally caused or attempted to cause "bodily injury" to himself, herself or any other person.

## C. Limit Of Insurance

**1.** Regardless of the number of covered "autos", premiums paid, claims made, "autos" involved in the "accident" or insurers providing First-party Benefits, the most we will pay to or for an "insured" as the result of any one "accident" is the limit shown in the Schedule or the Declarations. Combination First-party Benefits are subject to a maximum total single limit of liability with individual limits for specific benefits as shown in the Schedule or Declarations.

**2.** If Combination First-party Benefits are afforded, we will make available at least the minimum limit required by the "Act" for the Basic First-party Benefit. This provision will not change our total limit of liability.

## D. Changes In Conditions

In addition to the conditions applicable to the Basic First-party Benefit endorsement, the following condition also applies:

**Payment Of Accidental Death Benefits**

The Accidental Death Benefit under this policy will be paid to the executor or administrator of the deceased "insured's" estate. If there is no executor or administrator, benefits shall be paid to:

**1.** The deceased "insured's" surviving spouse; or

**2.** If there is no surviving spouse, the deceased "insured's" surviving children; or

**3.** If there is no surviving spouse or surviving children, the deceased "insured's" estate.

© Insurance Services Office, Inc., 2012     **CA 22 38 10 13**

Case ID: 220500208
00206

# Coverage Extension Endorsement



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| PRA 9887237-02 | 06/30/2021 | 06/30/2022 | | 10521000 | **INCL** | |

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the:

**Business Auto Coverage Form**
**Motor Carrier Coverage Form**

**A.  Amended Who Is An Insured**

**1.**  The following is added to the **Who Is An Insured** Provision in **Section II – Covered Autos Liability Coverage**:

The following are also "insureds":

**a.**  Any "employee" of yours is an "insured" while using a covered "auto" you don't own, hire or borrow for acts performed within the scope of employment by you.  Any "employee" of yours is also an "insured" while operating an "auto" hired or rented under a contract or agreement in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

**b.**  Anyone volunteering services to you is an "insured" while using a covered "auto" you don't own, hire or borrow to transport your clients or other persons in activities necessary to your business.

**c.**  Anyone else who furnishes an "auto" referenced in Paragraphs **A.1.a.** and **A.1.b.** in this endorsement.

**d.**  Where and to the extent permitted by law, any person(s) or organization(s) where required by written contract or written agreement with you executed prior to any "accident", including those person(s) or organization(s) directing your work pursuant to such written contract or written agreement with you,  provided the "accident" arises out of operations governed by such contract or agreement and only up to the limits required in the written contract or written agreement, or the Limits of Insurance shown in the Declarations, whichever is less.

**2.**  The following is added to the **Other Insurance** Condition in the Business Auto Coverage Form and the **Other Insurance – Primary and Excess Insurance Provisions Condition** in the Motor Carrier Coverage Form**:**

Coverage for any person(s) or organization(s), where required by written contract or written agreement with you executed prior to any "accident", will apply on a primary and non-contributory basis and any insurance maintained by the additional "insured" will apply on an excess basis.  However, in no event will this coverage extend beyond the terms and conditions of the Coverage Form.

**B.  Amendment – Supplementary Payments**

Paragraphs  **a.(2)**  and  **a.(4)**  of the  **Coverage Extensions** Provision in **Section II – Covered Autos Liability Coverage** are replaced by the following:

**(2)**  Up to $5,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover.  We do not have to furnish these bonds.

**(4)**  All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $500 a day because of time off from work.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Case ID: 220500208
00207

**C. Fellow Employee Coverage**

The **Fellow Employee** Exclusion contained in **Section II – Covered Autos Liability Coverage** does not apply.

**D. Driver Safety Program Liability and Physical Damage Coverage**

**1.** The following is added to the **Racing** Exclusion in **Section II – Covered Autos Liability Coverage**:

This exclusion does not apply to covered "autos" participating in a driver safety program event, such as, but not limited to, auto or truck rodeos and other auto or truck agility demonstrations.

**2.** The following is added to Paragraph **2.** in the **Exclusions** of **Section III – Physical Damage Coverage** of the Business Auto Coverage Form and Paragraph **2.b.** in the **Exclusions** of **Section IV – Physical Damage Coverage** of the Motor Carrier Coverage Form:

This exclusion does not apply to covered "autos" participating in a driver safety program event, such as, but not limited to, auto or truck rodeos and other auto or truck agility demonstrations.

**E. Lease or Loan Gap Coverage**

The following is added to the **Coverage** Provision of the **Physical Damage Coverage** Section:

**Lease Or Loan Gap Coverage**

In the event of a total "loss" to a covered "auto", we will pay any unpaid amount due on the lease or loan for a covered "auto", less:

**a.** Any amount paid under the **Physical Damage Coverage** Section of the Coverage Form; and

**b.** Any:

**(1)** Overdue lease or loan payments at the time of the "loss";

**(2)** Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;

**(3)** Security deposits not returned by the lessor;

**(4)** Costs for extended warranties, credit life insurance, health, accident or disability insurance purchased with the loan or lease; and

**(5)** Carry-over balances from previous leases or loans.

**F. Towing and Labor**

Paragraph **A.2.** of the **Physical Damage Coverage** Section is replaced by the following:

We will pay up to $75 for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled.  However, the labor must be performed at the place of disablement.

**G. Extended Glass Coverage**

The following is added to Paragraph **A.3.a.** of the **Physical Damage Coverage** Section:

If glass must be replaced, the deductible shown in the Declarations will apply.  However, if glass can be repaired and is actually repaired rather than replaced, the deductible will be waived.  You have the option of having the glass repaired rather than replaced.

**H. Hired Auto Physical Damage – Increased Loss of Use Expenses**

The **Coverage Extension** for **Loss Of Use Expenses** in the **Physical Damage Coverage** Section is replaced by the following:

**Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or written rental agreement.  We will pay for loss of use expenses if caused by:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 220500208
00208

**(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $100 per day, to a maximum of $3000.

**I.   Personal Effects Coverage**

The following is added to the **Coverage** Provision of the **Physical Damage Coverage** Section:

**Personal Effects Coverage**

**a.**   We will pay up to $750 for "loss" to personal effects which are:

**(1)** Personal property owned by an "insured"; and

**(2)** In or on a covered "auto".

**b.**   Subject to Paragraph **a.** above, the amount to be paid for "loss" to personal effects will be based on the lesser of:

**(1)** The reasonable cost to replace; or

**(2)** The actual cash value.

**c.**   The coverage provided in Paragraphs **a.** and **b.** above, only applies in the event of a total theft of a covered "auto".  No deductible applies to this coverage.  However, we will not pay for "loss" to personal effects of any of the following:

**(1)** Accounts, bills, currency, deeds, evidence of debt, money, notes, securities, or commercial paper or other documents of value.

**(2)** Bullion, gold, silver, platinum, or other precious alloys or metals; furs or fur garments; jewelry, watches, precious or semi-precious stones.

**(3)** Paintings, statuary and other works of art.

**(4)** Contraband or property in the course of illegal transportation or trade.

**(5)** Tapes, records, discs or other similar devices used with audio, visual or data electronic equipment.

Any coverage provided by this Provision is excess over any other insurance coverage available for the same "loss".

**J.   Tapes, Records and Discs Coverage**

**1.**   The Exclusion in Paragraph **B.4.a.** of **Section III – Physical Damage Coverage** in the Business Auto Coverage Form and the Exclusion in Paragraph **B.2.c.** of **Section IV – Physical Damage Coverage** in the Motor Carrier Coverage Form does not apply.

**2.**   The following is added to Paragraph **1.a. Comprehensive Coverage** under the **Coverage** Provision of the **Physical Damage Coverage** Section:

We will pay for "loss" to tapes, records, discs or other similar devices used with audio, visual or data electronic equipment.  We will pay only if the tapes, records, discs or other similar audio, visual or data electronic devices:

**(a)** Are the property of an "insured"; and

**(b)** Are in a covered "auto" at the time of "loss".

The most we will pay for such "loss" to tapes, records, discs or other similar devices is $500.  The **Physical Damage Coverage Deductible** Provision does not apply to such "loss".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**K. Airbag Coverage**

The Exclusion in Paragraph **B.3.a.** of **Section III – Physical Damage Coverage** in the Business Auto Coverage Form and the Exclusion in Paragraph **B.4.a.** of **Section IV – Physical Damage Coverage** in the Motor Carrier Coverage Form does not apply to the accidental discharge of an airbag.

**L. Two or More Deductibles**

The following is added to the **Deductible** Provision of the **Physical Damage Coverage** Section:

If an accident is covered both by this policy or Coverage Form and by another policy or Coverage Form issued to you by us, the following applies for each covered "auto" on a per vehicle basis:

**1.** If the deductible on this policy or Coverage Form is the smaller (or smallest) deductible, it will be waived; or

**2.** If the deductible on this policy or Coverage Form is not the smaller (or smallest) deductible, it will be reduced by the amount of the smaller (or smallest) deductible.

**M. Physical Damage – Comprehensive Coverage – Deductible**

The following is added to the **Deductible** Provision of the **Physical Damage Coverage** Section:

Regardless of the number of covered "autos" damaged or stolen, the maximum deductible that will be applied to Comprehensive Coverage for all "loss" from any one cause is $5,000 or the deductible shown in the Declarations, whichever is greater.

**N. Temporary Substitute Autos – Physical Damage**

**1.** The following is added to **Section I – Covered Autos**:

**Temporary Substitute Autos – Physical Damage**

If Physical Damage Coverage is provided by this Coverage Form on your owned covered "autos", the following types of vehicles are also covered "autos" for Physical Damage Coverage:

Any "auto" you do not own when used with the permission of its owner as a temporary substitute for a covered "auto" you do own but is out of service because of its:

**1.** Breakdown;

**2.** Repair;

**3.** Servicing;

**4.** "Loss"; or

**5.** Destruction.

**2.** The following is added to the Paragraph **A. Coverage** Provision of the **Physical Damage Coverage** Section:

**Temporary Substitute Autos – Physical Damage**

We will pay the owner for "loss" to the temporary substitute "auto" unless the "loss" results from fraudulent acts or omissions on your part.  If we make any payment to the owner, we will obtain the owner's rights against any other party.

The deductible for the temporary substitute "auto" will be the same as the deductible for the covered "auto" it replaces.

**O. Amended Duties In The Event Of Accident, Claim, Suit Or Loss**

Paragraph **a.** of the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition is replaced by the following:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident", claim, "suit" or "loss".  However, these duties only apply when the "accident", claim, "suit" or "loss" is known to you (if you are an individual), a partner (if you are a partnership), a member (if you are a limited liability company) or an executive officer or insurance manager (if you are a corporation).  The failure of any

Case ID: 220500208
00210

agent, servant or employee of the "insured" to notify us of any "accident", claim, "suit" or "loss" shall not invalidate the insurance afforded by this policy.

Include, as soon as practicable:

**(1)** How, when and where the "accident" or "loss" occurred and if a claim is made or "suit" is brought, written notice of the claim or "suit" including, but not limited to, the date and details of such claim or "suit";

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

If you report an "accident", claim, "suit" or "loss" to another insurer when you should have reported to us, your failure to report to us will not be seen as a violation of these amended duties provided you give us notice as soon as practicable after the fact of the delay becomes known to you.

**P.   Waiver of Transfer Of Rights Of Recovery Against Others To Us**

The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Condition:

This Condition does not apply to the extent required of you by a written contract, executed prior to any "accident" or "loss", provided that the "accident" or "loss" arises out of operations contemplated by such contract.  This waiver only applies to the person or organization designated in the contract.

**Q.   Employee Hired Autos – Physical Damage**

Paragraph **b.** of the **Other Insurance** Condition in the Business Auto Coverage Form and Paragraph **f.** of the **Other Insurance – Primary and Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

**(1)** Any covered "auto" you lease, hire, rent or borrow; and

**(2)** Any covered "auto" hired or rented under a written contract or written agreement entered into by an "employee" or elected or appointed official with your permission while being operated within the course and scope of that "employee's" employment by you or that elected or appointed official's duties as respect their obligations to you.

However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**R.   Unintentional Failure to Disclose Hazards**

The following is added to the **Concealment, Misrepresentation Or Fraud** Condition:

However, we will not deny coverage under this Coverage Form if you unintentionally:

**(1)** Fail to disclose any hazards existing at the inception date of this Coverage Form; or

**(2)** Make an error, omission, improper description of "autos" or other misstatement of information.

You must notify us as soon as possible after the discovery of any hazards or any other information that was not provided to us prior to the acceptance of this policy.

**S.   Hired Auto – World Wide Coverage**

Paragraph **7a.(5)** of the **Policy Period, Coverage Territory** Condition is replaced by the following:

**(5)** Anywhere in the world if a covered "auto" is leased, hired, rented or borrowed for a period of 60 days or less,

**T.   Bodily Injury Redefined**

The definition of "bodily injury" in the **Definitions** Section is replaced by the following:

"Bodily injury" means bodily injury, sickness or disease, sustained by a person including death or mental anguish, resulting from any of these at any time.  Mental anguish means any type of mental or emotional illness or disease.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 220500208
00211

**U. Expected Or Intended Injury**

The **Expected Or Intended Injury** Exclusion in Paragraph **B. Exclusions** under **Section II – Covered Auto Liability Coverage** is replaced by the following:

**Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".  This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**V. Physical Damage – Additional Temporary Transportation Expense Coverage**

Paragraph **A.4.a.** of **Section III – Physical Damage Coverage** is replaced by the following:

    **4. Coverage Extensions**

        **a. Transportation Expenses**

        We will pay up to $50 per day to a maximum of $1,000 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type.  We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage.  We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**W. Replacement of a Private Passenger Auto with a Hybrid or Alternative Fuel Source Auto**

The following is added to Paragraph **A. Coverage** of the **Physical Damage Coverage** Section:

In the event of a total "loss" to a covered "auto" of the private passenger type that is replaced with a hybrid "auto" or "auto" powered by an alternative fuel source of the private passenger type, we will pay an additional 10% of the cost of the replacement "auto", excluding tax, title, license, other fees and any aftermarket vehicle upgrades, up to a maximum of $2500.  The covered "auto" must be replaced by a hybrid "auto" or an "auto" powered by an alternative fuel source within 60 calendar days of the payment of the "loss" and evidenced by a bill of sale or new vehicle lease agreement.

To qualify as a hybrid "auto", the "auto" must be powered by a conventional gasoline engine and another source of propulsion power.  The other source of propulsion power must be electric, hydrogen, propane, solar or natural gas, either compressed or liquefied.  To qualify as an "auto" powered by an alternative fuel source, the "auto" must be powered by a source of propulsion power other than a conventional gasoline engine.  An "auto" solely propelled by biofuel, gasoline or diesel fuel or any blend thereof is not an "auto" powered by an alternative fuel source.

**X. Return of Stolen Automobile**

The following is added to the **Coverage Extension** Provision of the **Physical Damage Coverage** Section:

If a covered "auto" is stolen and recovered, we will pay the cost of transport to return the "auto" to you.  We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage.

All other terms, conditions, provisions and exclusions of this policy remain the same.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case II.220500208
00212

POLICY NUMBER: PRA 9887237-02

COMMERCIAL AUTO
CA 99 16 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HIRED AUTOS SPECIFIED AS
# COVERED AUTOS YOU OWN

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:**  CHICKIE'S & PETE'S INC |
| **Endorsement Effective Date:** |

### SCHEDULE

| |
|---|
| **Description Of Auto:** |
| PA/001 FORD ECONOLINE E350 SUPER DUTY CUTAWAY VA 1FDWE35L54HA18884 |
| PA/002 CHEVROLET EXPRESS G3500 1GCHG39U951217568 |
| PA/003 GMC CUTAWAY VAN G3500 1GDJG31KXSF555034 |
| PA/004 CHRYSLER 300 LIMITED 2C3CCAKG2JH342670 |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Any "auto'' described in the Schedule will be considered a covered "auto'' you own and not a covered "auto'' you hire, borrow or lease.

**B. Changes In Covered Autos Liability Coverage**

The following is added to the **Who Is An Insured** provision:

While any covered "auto" described in the Schedule is rented or leased to you and is being used by or for you, its owner or anyone else from whom you rent or lease it is an "insured" but only for that covered "auto".

CA 99 16 10 13

© Insurance Services Office, Inc., 2011

**Page 1 of 1**

Case ID: 220500208
00213

POLICY NUMBER: PRA 9887237-02

**COMMERCIAL AUTO**
CA 99 23 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RENTAL REIMBURSEMENT COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** CHICKIE'S & PETE'S INC | |
| **Endorsement Effective Date:** | |

## SCHEDULE

| Coverage | Designation Or Description Of Covered "Autos" To Which This Insurance Applies | Maximum Payment Each Covered "Auto" | | | Premium |
|---|---|---|---|---|---|
| | | Any One Day | No. Of Days | Any One Period | |
| **Comprehensive** | PA 1<br>2004 FORD<br>1FDWE35L54HA18884 | $ 30 | 30 | $    900 | $          ▉ |
| **Collision** | PA 1<br>2004 FORD<br>1FDWE35L54HA18884 | $ 30 | 30 | $    900 | $          ▉ |
| **Specified Causes Of Loss** | | | | | |
| | | | | **Total Premium** | $        ▉ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** This endorsement provides only those coverages where a premium is shown in the Schedule. It applies only to a covered "auto" described or designated in the Schedule.

**B.** We will pay for rental reimbursement expenses incurred by you for the rental of an "auto" because of "loss" to a covered "auto". Payment applies in addition to the otherwise applicable amount of each coverage you have on a covered "auto". No deductibles apply to this coverage.

**C.** We will pay only for those expenses incurred during the policy period beginning 24 hours after the "loss" and ending, regardless of the policy's expiration, with the lesser of the following number of days:

**1.** The number of days reasonably required to repair or replace the covered "auto". If "loss" is caused by theft, this number of days is added to the number of days it takes to locate the covered "auto" and return it to you.

CA 99 23 10 13

© Insurance Services Office, Inc., 2011

Case ID: 220500208
00214

**2.** The number of days shown in the Schedule.

**D.** Our payment is limited to the lesser of the following amounts:

**1.** Necessary and actual expenses incurred.

**2.** The maximum payment stated in the Schedule applicable to "any one day" or "any one period".

**E.** This coverage does not apply while there are spare or reserve "autos" available to you for your operations.

**F.** If "loss" results from the total theft of a covered "auto" of the private passenger type, we will pay under this coverage only that amount of your rental reimbursement expenses which is not already provided for under the Physical Damage Coverage Extension.

Case ID: 220500208 00215

POLICY NUMBER: PRA 9887237-02

COMMERCIAL AUTO
CA 99 23 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# RENTAL REIMBURSEMENT COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** | CHICKIE'S & PETE'S INC |
| **Endorsement Effective Date:** | |

## SCHEDULE

| Coverage | Designation Or Description Of Covered "Autos" To Which This Insurance Applies | Maximum Payment Each Covered "Auto" | | | Premium |
|---|---|---|---|---|---|
| | | Any One Day | No. Of Days | Any One Period | |
| **Comprehensive** | PA 2<br>2005 CHEVROLET<br>1GCHG39U951217568 | $ 30 | 30 | $   900 | $   ■ |
| **Collision** | PA 2<br>2005 CHEVROLET<br>1GCHG39U951217568 | $ 30 | 30 | $   900 | $   ■ |
| **Specified Causes Of Loss** | | | | | |
| | | | | **Total Premium** | INCL |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** This endorsement provides only those coverages where a premium is shown in the Schedule. It applies only to a covered "auto" described or designated in the Schedule.

**B.** We will pay for rental reimbursement expenses incurred by you for the rental of an "auto" because of "loss" to a covered "auto". Payment applies in addition to the otherwise applicable amount of each coverage you have on a covered "auto". No deductibles apply to this coverage.

**C.** We will pay only for those expenses incurred during the policy period beginning 24 hours after the "loss" and ending, regardless of the policy's expiration, with the lesser of the following number of days:

**1.** The number of days reasonably required to repair or replace the covered "auto". If "loss" is caused by theft, this number of days is added to the number of days it takes to locate the covered "auto" and return it to you.

CA 99 23 10 13

© Insurance Services Office, Inc., 2011

**Page 1 of 2**

Case ID: 220500208
00216

**2.** The number of days shown in the Schedule.

**D.** Our payment is limited to the lesser of the following amounts:

  **1.** Necessary and actual expenses incurred.

  **2.** The maximum payment stated in the Schedule applicable to "any one day" or "any one period".

**E.** This coverage does not apply while there are spare or reserve "autos" available to you for your operations.

**F.** If "loss" results from the total theft of a covered "auto" of the private passenger type, we will pay under this coverage only that amount of your rental reimbursement expenses which is not already provided for under the Physical Damage Coverage Extension.

© Insurance Services Office, Inc., 2011

Case ID: 220500208
00217

POLICY NUMBER: PRA 9887237-02

COMMERCIAL AUTO
CA 99 23 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RENTAL REIMBURSEMENT COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| **Named Insured:** CHICKIE'S & PETE'S INC |
|---|

**Endorsement Effective Date:**

## SCHEDULE

| Coverage | Designation Or Description Of Covered "Autos" To Which This Insurance Applies | Maximum Payment Each Covered "Auto" | | | Premium |
|---|---|---|---|---|---|
| | | Any One Day | No. Of Days | Any One Period | |
| **Comprehensive** | PA 4 2018 CHRYSLER 2C3CCAKG2JH342670 | $ 30 | 30 | $ 900 | $ ▪ |
| **Collision** | PA 4 2018 CHRYSLER 2C3CCAKG2JH342670 | $ 30 | 30 | $ 900 | $ ▪ |
| **Specified Causes Of Loss** | | | | | |
| | | | | **Total Premium** | INCL |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

**A.** This endorsement provides only those coverages where a premium is shown in the Schedule. It applies only to a covered "auto" described or designated in the Schedule.

**B.** We will pay for rental reimbursement expenses incurred by you for the rental of an "auto" because of "loss" to a covered "auto". Payment applies in addition to the otherwise applicable amount of each coverage you have on a covered "auto". No deductibles apply to this coverage.

**C.** We will pay only for those expenses incurred during the policy period beginning 24 hours after the "loss" and ending, regardless of the policy's expiration, with the lesser of the following number of days:

**1.** The number of days reasonably required to repair or replace the covered "auto". If "loss" is caused by theft, this number of days is added to the number of days it takes to locate the covered "auto" and return it to you.

CA 99 23 10 13

© Insurance Services Office, Inc., 2011

Case ID: 220500208
00218

**2.** The number of days shown in the Schedule.

**D.** Our payment is limited to the lesser of the following amounts:

  **1.** Necessary and actual expenses incurred.

  **2.** The maximum payment stated in the Schedule applicable to "any one day" or "any one period".

**E.** This coverage does not apply while there are spare or reserve "autos" available to you for your operations.

**F.** If "loss" results from the total theft of a covered "auto" of the private passenger type, we will pay under this coverage only that amount of your rental reimbursement expenses which is not already provided for under the Physical Damage Coverage Extension.

Case ID: 220500208
00219

**Insured Name:** CHICKIE'S & PETE'S INC
**Policy Number:** PRA 9887237-02
**Effective Date:** 06/30/2021



**THIS DISCLOSURE IS ATTACHED TO AND MADE PART OF YOUR POLICY.**

# DISCLOSURE OF IMPORTANT INFORMATION RELATING TO TERRORISM RISK INSURANCE ACT

**SCHEDULE\***

| |
|---|
| Premium attributable to risk of loss from certified acts of terrorism for lines of insurance subject to TRIA: |
| Property Portfolio Protection                                    $▮ |

\*Any information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

**B. Disclosure of Federal Participation in Payment of Terrorism Losses**

You should know that where coverage is provided by this policy for losses resulting from certified acts of terrorism, the United States Government may pay up to 80% of insured losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

**C. Disclosure of $100 Billion Cap on All Insurer and Federal Obligations**

If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a calendar year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**D. Availability**

As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

**E. Definition of Act of Terrorism under TRIA**

TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

**1.** To be an act of terrorism;

**2.** To be a violent act or an act that is dangerous to human life, property or infrastructure;

**3.** To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

Copyright © 2020 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 220500208
00220

**4.** To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

Copyright © 2020 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 220500208
00221



# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

| Insureds Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| CHICKIE'S & PETE'S INC | PRA 9887237-02 | 06/30/2021 | |

**THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies your insurance:

## A. Cap on Losses From Certified Terrorism Losses

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

**1.** To be an act of terrorism;

**2.** To be a violent act or an act that is dangerous to human life, property or infrastructure;

**3.** To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

**4.** To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

If aggregate insured losses attributable to one or more "certified acts of terrorism" exceed $100 billion in a calendar year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

## B. Application of Other Exclusions

The terms and limitations of a terrorism exclusion or any other exclusion, or the inapplicability or omission of a terrorism exclusion or any other exclusion, do not serve to create coverage which would otherwise be excluded, limited or restricted under this policy.

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

U-GU-767-B CW (01/15)

Page 1 of 1

# Disclosure Statement



It is our pleasure to present the enclosed policy to you
for presentation to your customer.

**INSTRUCTION TO AGENT OR BROKER:**

WE REQUIRE THAT YOU TRANSMIT THE ATTACHED / ENCLOSED DISCLOSURE STATEMENT TO THE CUSTOMER
WITH THE POLICY.

Once again, thank you for your interest, and we look forward to meeting your needs and those of your customers.

Case ID: 220500208
00223

# Disclosure Statement



**NOTICE OF DISCLOSURE FOR AGENT & BROKER COMPENSATION**

If you want to learn more about the compensation Zurich pays agents and brokers visit:

http://www.zurichnaproducercompensation.com

or call the following toll-free number:  (866) 903-1192.

This Notice is provided on behalf of Zurich American Insurance Company

and its underwriting subsidiaries.

Case ID: 220900208
00224