IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHICKIE'S AND PETE'S, INC.   :   CIVIL ACTION
:
:
          v.                 :
:
                             :   No. 22-2513
ZURICK AMERICAN INSURANCE    :
 COMPANY

**O R D E R**

**AND NOW,** this 3rd day of February, 2023 it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                George Wylesol
                                Clerk of Court


                           By:  /s/Kristin R. Makely
                                _____
                                Kristin R. Makely,
                                Supervisor, Court
                                Services

Civ. 2 41.1(b) (3/18)